UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER CHANDLER,<br><br>    *Plaintiff*,<br><br>v.<br><br>DONALD BERLIN, *et al.*,<br><br>    *Defendants*. | )<br>)<br>)   **Case No. 1:18-cv-02136-APM**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1(A)(I)**

Pursuant to Rule 41(a)(1)A(i) of the Federal Rules of Civil Procedure, and based on the representations of Defendant Donald Berlin and his counsel that Mr. Berlin has never been associated with Defendant Investigative Consultants Incorporated (409 S. Pine Street, Richmond, Virginia 23220) and that Mr. Berlin was erroneously listed as the agent for service of process for that company on the Virginia State Corporation Commission website, Plaintiff Christopher Chandler hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against Defendant Investigative Consultants Incorporated (409 S. Pine Street, Richmond, Virginia 23220).

Dated: October 22, 2018

Respectfully Submitted,

/s/ *Megan L. Meier*

Thomas A. Clare, P.C.
Megan L. Meier
Daniel P. Watkins (*pro hac vice*)
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: (202) 628-7400
Email: tom@clarelocke.com
Email: megan@clarelocke.com
Email: daniel@clarelocke.com

*Attorneys for Plaintiff Christopher Chandler.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing document was sent via electronic mail on October 22, 2018, to the following:

Steve Oster
OSTER LAW FIRM
1320 19th Street, N.W., Suite 601
Washington, DC 20036
Email: steve@osterlawfirm.com

William Henry Shawn
ShawnCoulson, LLP
1320 19th St., NW, Suite 601
Washington, DC 20036
Email: wshawn@shawncoulson.com

By: */s/ Megan L. Meier*
Megan L. Meier