UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER CHANDLER, | |
| Plaintiff, | No.1:18-cv-02136-APM |
| v | Hon. Amit P. Mehta |
| DONALD BERLIN, *et al.*, | |
| Defendants. | |

### DEFENDANT DONALD M. BERLIN'S DECLARATION IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Donald M. Berlin, defendant in this action, states the following under oath in support of his Motion for Summary Judgment:

1. I am over the age of eighteen, of sound mind, and make this declaration on personal knowledge. I am competent to testify to the facts set forth herein and if called as a witness and placed under oath would so testify.

2. I am the President of Defendant Investigative Consultants, Inc., ("ICI"), an Illinois corporation licensed to do business in Washington, D.C. I am also the president of Defendant Investigative Consultants, Inc., of Washington, D.C. The latter corporation has been dormant for many years.

3. I have reviewed the documents attached to the draft Complaint sent to me on September 11, 2018. Exhibit 1, a "2003 Introduction and Overview Richard Chandler Limited Global Scan" (the "Limited Report") is the only document that I created concerning the Plaintiff.

4. I performed no additional work for Eringer – or anyone else – concerning the Chandlers.

5. To prevent any subsequent use of the Limited Report, I marked every page as "Confidential Memorandum to File." I prepared the report in Washington, D.C. and sent it to Mr. Eringer, and only Mr. Eringer.

6. I had no input, participation, or consultation concerning Ex. 6 to the Redacted Complaint, Mr. Eringer's "Dossier." The first time I ever saw the "Dossier" was on September 11, 2018, when Plaintiff's counsel sent it to me.

7. I did not give permission, authorize, know, or foresee that Mr. Eringer or anyone else would disclose the Limited Report to any third party.

8. I did not give permission, authorize, know, or foresee that Mr. Eringer or anyone else would disclose any content in the Limited Report to the press, any media, or any member of the British Parliament.

I declare under penalty of perjury according to the laws of the United States of America that the preceding is true and correct.

October 24, 2018                                              _____
                                                                               Donald M. Berlin