# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER CHANDLER, ) | |
| ) | |
| *Plaintiff*, ) | Case No. 1:18-cv-02136-APM |
| ) | |
| v. ) | |
| ) | |
| DONALD BERLIN, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

    Before the Court is Defendants Donald Berlin's and Investigative Consultants, Inc.'s (collectively, the "Defendants"), Motion to Dismiss or in the Alternative for Summary Judgement. After considering Defendants' Motion, the parties' arguments, and other matters of record, the Court concludes that the Motion is without merit and should be DENIED.

SO ORDERED, this ___ day of November, 2018.

 

_____
Hon. Amit P. Mehta
United States District Court Judge