# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# Case No. 1:18-cv-02136-APM

| | |
|---|---|
| CHRISTOPHER CHANDLER,<br><br>Plaintiff,<br><br>v.<br><br>DONALD BERLIN, *et al.*,<br><br>Defendants. | **Declaration of Daniel P. Watkins** |

I, Daniel P. Watkins, declare and say as follows:

1. I am over the age of 18, of sound mind, and make this declaration on personal knowledge. I am competent to testify as to the facts contained herein.

2. I am a member in good standing of the bar of the Commonwealth of Virginia. I am an attorney at Clare Locke LLP, located at 10 Prince Street, Alexandria, Virginia, 22314. Clare Locke LLP represents the Plaintiff Christopher Chandler and I am counsel of record for Mr. Chandler in this action.

3. I submit this declaration to authenticate exhibits submitted in opposition to the Defendants' Motion for Summary Judgment in the above-captioned action.

4. Exhibit A is a true and correct excerpt of Robert Eringer's website http://roberteringer.com/books, containing a list of books that Eringer has self-published.

5. Exhibit B is a true and correct copy of the summary of *The Global Manipulators*, from http://roberteringer.com/books/detail/the_global_manipulators, a book self-published by Eringer and publicly-available since 1980.

6. Exhibit C is a true and correct copy of the summary of *Strike for Freedom: The Story of Lech Walesa and Polish Solidarity*, from http://roberteringer.com/books/detail/strike_for

_freedom_the_story_of_lech_walesa_and_polish_solidarity, a book self-published by Eringer and publicly-available since 1982.

7. Exhibit D is a true and correct copy of the summary of *Monaco Cool*, from www.roberteringer.com/books/detail/monaco_cool, a book self-published by Eringer and publicly-available since 1992.

8. Exhibit E is a true and correct copy of a Complaint filed by Eringer against Prince Albert II of Monaco in Superior Court in California on October 5, 2009, which was removed to the United States District Court for the Central District of California on November 3, 2009. Exhibit E contains no mention of any of the Defendants.

9. Exhibit F is a true and correct copy of the Proposed Order of Dismissal and Order to Strike portions of Eringer's Complaint, which Prince Albert filed on November 13, 2009. Exhibit F contains no mention of any of the Defendants.

10. Exhibit G is a true and correct copy of Eringer's Notice of Dismissal, filed on November 17, 2009.

11. Exhibit H is a true and correct copy of *The Spymaster of Monte Carlo*, a book self-published by Eringer in 2014. Exhibit H contains no mention of any of the Defendants

12. Exhibit I is a true and correct copy of the contents of the webpage located at www.icioffshore.com.

13. On September 11, 2018, counsel for Chandler transmitted a demand letter to Berlin. Exhibit J is a true and accurate copy of a document, referenced in the Plaintiff's Complaint and briefing as the first 34 pages of the Pitch, which was attached to the September 11, 2018 demand letter sent to Berlin, and filed with this Court at Docket Entry 20-1.

14. Exhibit K is a true and accurate copy of a document, referenced in the Plaintiff's

Complaint and briefing as the Eringer Report, which was attached to the September 11, 2018 demand letter sent to Berlin, and filed with this Court at Docket Entry 20-6.

15. On September 14, 2018, Berlin's counsel responded to the September 11, 2018 demand letter. The September 14, 2018 response letter proposed that Berlin sign an enclosed declaration. Exhibit L is a true and correct copy of Berlin's proposed declaration.

16. Exhibit M is a true and correct copy of the following news articles, which were attached to the Complaint in this action at Docket Entry 20-9: TOM HARPER, JON UNGOED-THOMAS & RICHARD KERBAJ, *Brexit, dirty tricks and an international game of I spy*, THE SUNDAY TIMES (Dec. 3, 2017, 12:01 AM), https://www.thetimes.co.uk/article/233de870-d78a-11e7-945f-b625fa742a9e; ROBERT HUTTON & JESS SHANKLEMAN, *Brexit-Backing Think Tank Founder Accused of Working for Russia*, BLOOMBERG (May 1, 2018, 1:36 PM), https://www.bloomberg.com/news/articles/2018-05-01/brexit-backing-think-tank-founder-accused-of-working-for-russia; DAN BLOOM, *Founder of Brexiteer Legatum Institute think tank 'was suspected of working for Russian intelligence'*, MIRROR (May 1, 2018, 6:36 PM), https://www.mirror.co.uk/news/politics/founder-brexiteer-legatum-institute-think-12461710; LUKE HARDING, *Founder of pro-Brexit thinktank has link with Russian intelligence, says MP*, THE GUARDIAN (May 1, 2018, 1:57 PM), https://www.theguardian.com/world/2018/may/01/christopher-chandler-founder-of-pro-brexit-thinktank-has-link-with-russian-intelligence-mp-says; DEBORAH HAYNES & LUCY FISHER, *MP accuses founder of pro-Brexit Legatum Institute of being Russian agent*, THE TIMES UK (May 1, 2018, 5:00 PM), https://www.thetimes.co.uk/article/mps-accuse-founder-of-pro-brexit-legatum-institute-of-being-russian-agent-0wlwm5jfx; JON CRAIG, *MP accuses founder of pro-Brexit Legatum Institute of Russian links*, SKY NEWS (May 1, 2018, 8:51 PM), https://news.sky.com/story/mp-accuses-founder-of-pro-brexit-legatum-institute-of-russia-links-

3

11355202; DANIEL MARTIN, *MP accuses pro-Brexit think tank founder of being a Russian spy: Tory member uses parliamentary privilege to claim billionaire was an 'object of interest' to French intelligence*, DAILY MAIL UK (May 1, 2018, 5:49 PM), http://www.dailymail.co.uk/news/article-5680151/MP-accuses-pro-Brexit-think-tank-founder-Russian-spy.html; NED SIMONS, *Pro-Brexit Think-Tank Founder Accused By Tory MP Of Links To Russian Intelligence*, HUFFINGTON POST UK (May 1, 2018, 5:10 PM), https://www.huffingtonpost.co.uk/entry/pro-brexit-think-tank-founder-accused-by-tory-mp-of-links-to-russian-intelligence_uk_5ae884a7e4b02baed1be52e2?guccounter=1; *Alleged Russian agent Chris Chandler opened Pilatus account with US$ 5 M after introduction by Brian Tonna*, MANUELDELIA.COM (May 2, 2018, 9:27 AM), https://manueldelia.com/2018/05/alleged-russian-agent-chris-chandler-opened-pilatus-account-with-us-5-m-after-introduction-by-brian-tonna/; PAUL PEACHEY, *Billionaire Brexit-backer faces claims of Russia spy link*, THE NATIONAL (May 2, 2018, Updated 4:21 PM), https://www.thenational.ae/world/europe/billionaire-brexit-backer-faces-claims-of-russia-spy-links-1.726657tory-mp-of-links-to-russian-intelligence_uk_5ae884a7e4b02baed1be52e2?guccounter=1; LATIKA BOURKE, *British MP claims Kiwi think tank owner has Russian intel links*, SIDNEY MORNING HERALD (May 2, 2018, 7:19 AM), https://www.smh.com.au/world/europe/british-mp-claims-kiwi-think-tank-owner-has-russian-intel-links-20180502-p4zcrw.html; *Former MI6 chief worked with Legatum Institute's Chandler*, INTELLIGENCE ONLINE (May 2, 2018), https://www.intelligenceonline.com/corporate-intelligence/2018/05/02/former-mi6-chief-worked-with-legatum-institute-s-chandler,108309053-bre; DEBORAH HAYNES, LUCY FISHER, OLIVER WRIGHT, CATHERINE PHILP, *Pro-Brexit think tank founder 'suspected of working for Russia'*, THE TIMES UK (May 2, 2018, 12:01 AM), https://www.thetimes.co.uk/article/pro-brexit-think-tank-founder-christopher-chandler-

suspected-of-working-for-russia-xpghf6k3z; *Founder of Legatum, think-tank known for anti-Russia analysts, accused of links to Russian Intel*, REUTERS UK NEWS (May 3, 2018, 10:08 AM), https://www.rt.com/uk/425714-brexit-legatum-parliament-seely/; PETER GEOGHEGAN & JENNA CORDEROY, *Revealed: Legatum's "extraordinary" secretive monthly meetings with Brexit minister*, OPEN DEMOCRACY UK (May 4, 2018), https://www.opendemocracy.net/uk/brexitinc/peter-geoghegan/revealed-legatum-s-extraordinary-secretive-monthly-meetings-with-brexit; PETER GEOGHEGAN, *Russian-linked think tank held monthly meetings with leading Brexit minister*, I NEWS UK (May 4, 2018), https://inews.co.uk/news/brexit/russian-linked-think-tank-held-monthly-meetings-with-leading-brexit-minister/; OLIVER WRIGHT, *Tycoon Christopher Chandler attacks MPs who branded him Kremlin agent*, THE TIMES UK (May 4, 2018, 12:01 AM), https://www.thetimes.co.uk/article/tycoon-christopher-chandler-attacks-mps-who-branded-him-kremlin-agent-3526wmwbk; REBECCA STEVENSON, *Who is reclusive Kiwi billionaire Christopher Chandler? And is he a Russian spy?,* THE SPINOFF (May 4, 2018), https://thespinoff.co.nz/business/04-05-2018/who-is-reclusive-kiwi-billionaire-christopher-chandler-and-is-he-a-russian-spy/; *Billionaire accused in UK of being suspected Russian agent has Maltese passport,* INDEPENDENT (May 7, 2018, 2:41 PM), http://www.independent.com.mt/articles/2018-05-07/local-news/Billionaire-accused-in-UK-of-being-suspected-Russian-agent-has-Maltese-passport-6736189444; TOM HARPER & OLIVER SHAH, *Christopher Chandler: Russian spy? Money man for Putin and Trump? No – I'm just a shy billionaire*, SUNDAY TIMES (May 13, 2018, 12:01 AM), https://www.thetimes.co.uk/article/christopher-chandler-spy-money-man-for-putin-and-trump-no-im-just-a-shy-billionaire-2h58mbmqh; HENRY ZEFFMAN, *Tycoon Christopher Chandler's firm 'launched coup with Putin'*, THE TIMES UK (May 14, 2018, 12:01 AM), https://www.thetimes.co.uk/edition/news/tycoon-christopher-chandler-s-firm-launched-coup-with-putin-279lt6sjl;

5

DAN HODGES, *DAN HODGES: Putin really IS coming to get you…and our leaders are doing nothing about it*, DAILY MAIL UK (May 19, 2018, 7:59 PM), http://www.dailymail.co.uk/debate/article-5749369/DAN-HODGES-Putin-really-coming-leaders-doing-it.html; GLEN OWEN, *We WON'T be bullied by you, MPs tell Brexit tycoon with links to Kremlin*, DAILY MAIL UK (May 19, 2018, 7:26 PM), http://www.dailymail.co.uk/news/article-5749267/Pro-Brexit-think-tank-backer-accused-trying-threaten-MPs-investigation-Russian-links.html; HOLLY WATT, *Pro-Brexit thinktank broke charity rules on politics, watch dog says*, THE GUARDIAN (May 31, 2018, 7:01 PM), https://www.theguardian.com/politics/2018/jun/01/pro-brexit-thinktank-legatum-institute-broke-charity-rules-politics-watchdog; PETER GEOGHEGAN, *Think tank 'crossed the line' on Brexit, Charity Commission finds*, THE FERRET (June 1, 2018), https://theferret.scot/legatum-brexit-charity-commission/; PETER GEOGHEGAN, *Legatum breached charity regulations with Brexit work, charity Commission finds*, OPEN DEMOCRACY (June 1, 2018), https://www.opendemocracy.net/uk/peter-geoghegan/legatum-breached-charity-regulations-with-brexit-work-charity-commission-finds; *Legatum Institute criticised by Charity Commission*, FINANCIAL TIMES (June 1, 2018), ft.com/content/50952a76-64da-11e8-a39d-4df188287fff; MARTIN BECKFORD, *Brexit's secret Putin connection: Nigel Farage's bankroller met Russian envoy three times then hooked him up with Trump's team, as MI5 is urged to act*, MAIL ONLINE (June 9, 2018, 10:01 PM), http://www.dailymail.co.uk/news/article-5825129/Nigel-Farages-bankroller-met-Russian-envoy-three-times-hooked-Trumps-team.html. Exhibit M contains no mention of any of the Defendants.

17. In 2016, Robert Eringer posted a blog on his website titled *Art of the Ruse: Richard and Christopher Chandler*, http://www.artoftheruse.com/. This is the same document attached as Ex. 3 to Defs.' Mem.; Oster Decl. ¶ 5. Dkt No. 21-4. This document does not mention Berlin, Investigative Consultants, Inc., or ICI.

18. Exhibit N is a true and correct copy of the article *Send in the Clowns*: How Ringling Bros. minons tormented a freelance writer for eight years, Jeff Stein, *Send in the Clowns*, Salon, https://www.salon.com/2001/08/31/circus_3/ (Aug. 31, 2001).

19. Exhibit O is a true and correct copy of the case *Liberty Lobby, Inc. v. Anderson*, 746 F.2d 1563, 1567 (D.C. Cir. 1984).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on November 8, 2018

_____
Daniel P. Watkins