# Exhibit A

screenshot-roberteringer.com-2018.11.05-15-01-23
http://roberteringer.com/books
05.11.2018





screenshot-roberteringer.com-2018.11.05-14-59-51
http://roberteringer.com/books
05.11.2018



Book Details >

amazon.com

Book Details >

amazon.com

**Monaco Cool**

1992

Book Details >

amazon.com

**Surreal Bounce**

2009

Book Details >

amazon.com

**The Global Manipulators**

1980

Book Details >

amazon.com

Email Robert

Contact | Privacy Policy | site by ONIRACOM
All Rights Reserved © 2018 Robert Eringer