UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **CHRISTOPHER CHANDLER,**    )<br>                                                     )<br>    Plaintiff,                             )<br>                                                     )<br>        v.                                         )<br>                                                     )<br>**DONALD BERLIN, et al.,**             )<br>                                                     )<br>    Defendants.                        )<br>                                                     ) | Case No. 18-cv-02136 (APM) |

**ORDER**

Pursuant to the parties' Report under Local Civil Rule 16.3 and the court's Memorandum Opinion and Order, ECF No. 24, the court orders the following with regard to further proceedings in this matter:

I.    Scheduling.

    A.    The parties shall exchange initial disclosures, as required under Rule 26(a)(1), on or before **April 19, 2019**.

    B.    The parties shall submit a Joint Status Report regarding the status of discovery on or before **June 17, 2019**;

    C.    All discovery shall conclude on **September 2, 2019**; and

    D.    A Post-Discovery Status Conference is set for **September 4, 2019, at 10 a.m.** in Courtroom 10.

**The parties may not extend by stipulation the deadline for the Joint Status Report, discovery deadline, or the Post-Discovery Conference. Instead, the parties must seek an extension of time, preferably by filing a consent motion with the court. A motion to extend any deadline shall indicate whether any previous extensions were requested and granted.**

**The parties may modify all other interim deadlines by stipulation. If the parties cannot agree to a schedule modification, the party seeking**

          **additional time must file a motion and show good cause for the modification.**

II.     <u>Discovery Disputes.</u>

Parties shall not exceed the numerical limitations placed on the various methods of discovery as set forth in the Federal Rules of Civil Procedure, unless granted leave by the court. As requested, each Party shall be able to serve thirty-five written interrogatories for this phase of discovery.

In the event that a discovery dispute arises, the parties shall make a good faith effort to resolve or narrow the areas of disagreement. If the parties are unable to resolve the discovery dispute, then the parties shall jointly call Judge Mehta's chambers at (202) 354-3250, at which time the court will either rule on the issue or determine the manner in which it will be handled. The parties may not file a discovery motion without leave of court.

Disputes regarding discovery must be raised on or before the discovery deadline. Disputes raised after the deadline will be considered untimely. Likewise, a request for additional time to conduct discovery must be made on or before the discovery deadline. A request for an extension of time made after the discovery deadline will be considered untimely.

III.    <u>Settlement.</u>

The parties are expected to continue to evaluate their respective cases for purposes of settlement. The court encourages the use of alternative dispute resolution—e.g., mediation or neutral case evaluation. The use of these methods is available at any time, as is a settlement conference before a magistrate judge. If the parties are interested in further pursuing these options, then they may contact chambers at any time.

Dated: April 22, 2019

                                                Amit P. Mehta
                                          United States District Court Judge