## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER CHANDLER, <br><br> Plaintiff, <br><br> v. <br><br> DONALD BERLIN, *et al.,* <br><br> Defendants. | Case No. 1:18-cv-02136-APM |

### DECLARATION OF ISE TIAPULA

I, Ise Tiapula, declare and say as follows:

1.      I am over the age of 18, of sound mind, and make this declaration on personal knowledge.  I am competent to testify to the facts contained herein.

2.      I am a case manager at Clare Locke LLP, located at 10 Prince Street, Alexandria, Virginia, 22314.

3.      In September of 2018, I coordinated the service of certain papers—specifically a draft complaint and demand letter—upon Donald Berlin and his wife Kimberly Berlin.  Based on public records maintained by the Virginia State Corporation Commission, I understand that Mrs. Berlin and Mr. Berlin are officers of an entity called Investigative Consultants, Inc.   In corporate documents filed with the state of Virginia, Kimberly Berlin is listed as the Secretary and Treasurer of the organization.

4.      I instructed Courtney Inglefield of Process Server VA LLC to serve the documents referenced above, at Mr. Berlin's residence in Leesburg, Virginia.  I specifically directed the process server to comply with Virginia's service of process rules and asked her to deliver the documents to Mr. Berlin or his wife—the two officers listed on Investigative Consultants, Inc.'s

registration with the Virginia State Corporation Commission or a family member over the age of 16.

5.      Ms. Inglefield informed me on September 10, 2018, that she was unable to complete service at the Berlins' residence in Leesburg, Virginia, because there was a locked gate outside of their home, with no working intercom or other means of communicating with the home's residents.

6.      Attached as Exhibit 1 is a true and accurate copy of my September 10, 2018 emails to Courtney Inglefield.

7.      Because she was still unable to locate Mr. or Mrs. Berlin, I instructed Ms. Inglefield to serve Mrs. Berlin at her Leesburg business address.

8.      Attached as Exhibit 2 is a true and accurate copy of the September 11, 2018 email from Courtney Inglefield.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on February 27, 2020

Ise Tiapula

# Exhibit 1

**From:** Ise Tiapula <ise@clarelocke.com>
**Subject: Re: Berlin street sign**
**Date:** September 11, 2018 at 10:29:04 AM EDT
**To:** Courtney Inglefield <courtney@processva.com>

Updated letter for personal delivery to the individual listed below.  We plan to
FedEx to his home and corporate addresses today.  Thanks!

Donald M. Berlin
c/o
Kimberley L. Berlin, LSW, CSAC, SAP, NCAC
Compassionate Beginnings , LLC
Waverly Park Mansion
604 South King Street, Suite 002
Leesburg, VA 20175
(703) 528-8668

Ise Tiapula | Case Manager
C L A R E   L O C K E L L P
10 Prince Street | Alexandria, Virginia 22314
(202) 628-7408- direct | (619) 890-7301- cell
ise@clarelocke.com| www.clarelocke.com

This electronic message transmission contains information from the law firm of
Clare Locke LLP, which may be confidential or privileged.  The information is
intended exclusively for the individual or entity named above.  If you are not the
intended recipient, be aware that any disclosure, copying, distribution, or use of
the contents of this information is prohibited.  If you received this electronic
transmission in error, please notify us immediately at admin@clarelocke.com.

On Sep 10, 2018, at 8:02 PM, Ise Tiapula <ise@clarelocke.com> wrote:

Sounds like a plan. I hope you can do sooner so we have more time in the day to
determine next steps.  Thanks!

Sent from my Verizon 4G LTE smartphone

-------- Original message --------
From: Courtney Inglefield <courtney@processva.com>
Date: 9/10/18 7:42 PM (GMT-05:00)
To: Ise Tiapula <ise@clarelocke.com>
Subject: Re: Berlin street sign

I can attempt DC addresses by 11 am. Let me know if that works. If I can get
there before I will but I would like to try them myself in case there is any issue.

Courtney Inglefield
Process Server VA
10623 Jones St., Suite 301A
Fairfax, VA 22030
703-896-6581

On Sep 10, 2018, at 6:53 PM, Ise Tiapula <ise@clarelocke.com> wrote:

We need permission from a partner for the posting, but if could serve the DC offices first thing in the morning, we should have enough time for her to make a call on the house.  Thanks.

Ise Tiapula | Case Manager
C L A R E    L O C K E L L P
10 Prince Street | Alexandria, Virginia 22314
(202) 628-7408- direct | (619) 890-7301- cell
ise@clarelocke.com| www.clarelocke.com

This electronic message transmission contains information from the law firm of Clare Locke LLP, which may be confidential or privileged.  The information is intended exclusively for the individual or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited.  If you received this electronic transmission in error, please notify us immediately at admin@clarelocke.com.

On Sep 10, 2018, at 6:35 PM, Courtney Inglefield <courtney@processva.com> wrote:

I don't have a problem walking up to the house and posting it on the door if I'm able to figure out a way to get up there. I'm not sure what the legal ramifications are of doing that given the no trespassing sign and the gate and that it will all be on camera. Is it possible for you to run that by the attorney for me and let me know?

<IMG_6437.jpeg>

Courtney Inglefield
Process Server VA
10623 Jones St., Suite 301A
Fairfax, VA 22030
703-896-6581



# C L A R E  L O C K E
## L L P

**MEGAN L. MEIER**
megan@clarelocke.com
(202) 628-7403

10 Prince Street
Alexandria, Virginia 22314

(202) 628-7400

www.clarelocke.com

September 11, 2018

*Confidential Settlement Communication*
*Under Rule 408 and All State Law Equivalents*

*Via Hand Delivery*
Donald Berlin
c/o Kimberley L. Berlin
Waverly Park Mansion
604 South King Street, Suite 002
Leesburg, VA 20175

*Via FedEx*
Donald Berlin
21851 Laurel Wood Ct.
Leesburg, VA 20175-6584
berlin@idl.com
dberlin50@aol.com

*Via FedEx*
Investigative Consultants, Inc.
2020 Pennsylvania Ave NW #813
Washington, DC 20006-1811
DBerlin@icioffshore.com

**Re:**   *ICI's Fake Reports Concerning Christopher Chandler*

Mr. Berlin:

We write on behalf of our client, Christopher Chandler.

We have recently learned that you drafted a pitch for Robert Eringer about Christopher Chandler dated February 24, 2003. The pitch falsely accuses Mr. Chandler of laundering money, committing organized crime, and conspiring to commit tortious interference. We also understand that you charged tens of thousands of dollars for additional fake reports that repeat these accusations and further accuse Mr. Chandler of being a Russian spy. Your false accusations formed the basis of Mr. Eringer's November 2004 report, which—along with your pitch—comprise a fake dossier that is now being circulated and reported on by members of the British press, and has further

been used as the basis for a number of British MPs to repeat these accusations of money laundering and Russian espionage in the House of Commons in the UK under the protections afforded to them by Parliamentary privilege, resulting in millions of dollars in financial and reputational harm to our client.

This firm has partnered with experts to conduct an in-depth investigation into this matter and have discovered your criminal history and the fraudulent process by which you manufactured phony accusations against our client.  As set forth in the attached complaint, we have concluded that you and your web of corporate entities doing business as Investigative Consultants, Inc. ("ICI") have systematically and deliberately defrauded clients into purchasing worthless background reports containing fake accusations about targeted individuals.  Our investigation has also revealed that you compose your reports by inventing salacious narratives from your own imagination and weaving those false narratives together with manipulated information from the public domain, rather than relying on purported Swiss and Russian human intelligence sources as you represent to ICI's clients.

Therefore, we intend to file the attached complaint against you and ICI in the United States District Court for the District of Columbia.   Based on the information uncovered in our investigation, we believe: (1) you intentionally conflated Christopher Chandler's investment company (which happens to have the word "Sovereign" in the name) with a wholly unrelated Bristol-based company called Sovereign (Forex) Ltd, and Swiss-based companies called Sovereign Forex Ltd, Sovereign Finance Group Ltd, Sovereign Capital Management AG, Sovereign Finance Group Ltd, and Sovereign Bank Corporation Ltd—again, companies that has nothing whatsoever to do with Christopher Chandler or his brother, with Sovereign Forex Ltd having been incorporated in Switzerland in 1977, when Mr. Chandler and his brother were teenagers living in New Zealand; (2) you lied about having Swiss and Russian human intelligence sources; and (3) you simply made up the libelous accusations you attributed to those sources.   However, in the event that your false accusations were actually the product of good faith mistakes and faulty intelligence sources, we would like to give you one opportunity to make that clear and set the record straight instead of spending the next several years in litigation. To avoid litigation and resolve this dispute amicably, we require that—**within 48 hours**—you: (1) copy the enclosed letter (attached as Exhibit I) on ICI's letterhead, sign, date, and return the signed letter to me (megan@clarelocke.com) and to Rob Vickers, General Counsel of Legatum Limited, the investment institution of which Christopher Chandler is the Chairman (rob.vickers@legatum.com); (2) schedule a time for us to interview you concerning these matters; and (3) agree to provide an affidavit concerning these matters.  We intend to use the above to rebut the false accusations contained in your prior writings about our client.  We also require that, going forward, you immediately notify me and Mr. Vickers of any inquiries you may receive relating to Mr. Chandler, Mr. Eringer, or these matters, and that you do not respond to any such inquiries unless and until we instruct you otherwise.

If you fail to comply with the above requirements, we will sue you and ICI in federal court by filing the attached complaint.   We will also subpoena your emails, text messages, drafts, credentials, and financial records, and we will obtain discovery to further investigate your criminal history and your so-called Swiss and Russian human intelligence sources.   And, we will take all appropriate steps and leverage our contacts in the media to mitigate the harm you have unfairly caused to our client's reputation with your false accusations, to put your prior clients on notice

regarding ICI's fraudulent business model, and to prevent you from defrauding others with fake reports in the future.

In light of the reasonable likelihood of litigation relating to these matters, you and ICI and your employees and independent contractors must preserve and retain all documents, data, and electronically stored information relating in any way to Mr. Chandler and his brother or the subjects mentioned in your pitch and other reports about Mr. Chandler and his brother. This ongoing obligation to preserve and retain documents includes emails and their attachments, text messages, instant messages, voice messages, and other communications; drafts and versions of any contemplated article; notes and work files; audio recordings, video recordings, photographs, images, and transcripts; social media posts, comments, and messages; paper documents; metadata; word processing documents, spreadsheets, presentation slides, databases, calendars and calendar entries, diaries, meeting notes, telephone logs, contact manager information, internet usage files, web browser histories and web search histories (which are typically automatically deleted after a period of time and must therefore be proactively preserved upon receipt of this letter and going forward); offline storage for information stored on removable media, information contained on laptops or other portable devices, voice mails, and network access information. Forward a copy of this letter to all people and entities affiliated with you or ICI and any individual with custodial responsibility for the items mentioned in this letter. Failure to honor this request could result in serious penalties.

We look forward to hearing from you.

Kind regards,

Megan L. Meier

# EXHIBIT I

To Whom It May Concern:

My name is Donald Berlin and I am the President and Founder of Investigative Consultants, Inc.  I write to set the record straight because I am the source of the false accusations of money laundering, organized crime, and Russian espionage that have been made about Christopher Chandler in recent months, based on a faulty dossier that I bear responsibility for.

Fifteen years ago, Robert Eringer approached me to conduct a background investigation into expats living in Monaco, including Christopher Chandler and his brother.  In doing that work, I relied on international subcontractors who unfortunately provided me with false information.

One of my subcontractors informed me, incorrectly, that the Chandler brothers owned Sovereign Forex and some Swiss-based companies with "Sovereign" in their names, which had been connected to money laundering and Russian organized crime.  But I've now figured out that Mr. Chandler and his brother have nothing to do with those companies.  They were teenagers in New Zealand when Sovereign Forex was formed in Switzerland in 1977.  I believe my subcontractor made this mistake because, years later, Mr. Chandler and his brother started a company in Monaco that had "Sovereign" in the name.  But that company isn't related to the companies that were engaged in money laundering and organized crime.

My subcontractors also told me that the Chandler brothers were engaged in Russian espionage and a conspiracy with Credit Agricole Indosuez, but that information was false too.  I don't know whether my subcontractors deliberately deceived me, whether they were deceived by their own sources, or whether their sources were misinformed.   In any event, I stopped working with them because they provided faulty intel and I want my work to be accurate.

It is clear to me now that, unfortunately, the dossier on Christopher Chandler and his brother is entirely false.  As the person who bears ultimate responsibility for that, I want to be clear that I consider the dossier a work of fiction.  I have no reason to believe that Mr. Chandler or his brother is guilty of any misconduct, and I'm sorry that my work has misled people to believe otherwise.


Sincerely,


Donald M. Berlin

# Exhibit 2

**From: Courtney** courtney@processva.com
**Subject:** Ber n
**Date:** September 11, 2018 at 8:23 PM
**To:** lse T apu a  lse@c are ocke.com
**Cc:** para ega s@c are ocke.com

K mber y Ber n, the w fe of Dona d Ber n, accepted the papers today at 2:48 pm.  Er c Turnbaugh was the server.

Er c has served Dona d 5 t mes  n the past 3 years.  I am sure we can get h m  f you fi e the comp a nt and request serv ce.

Let me know  f you need anyth ng e se at th s po nt regards to Ber n.

Thank you
Courtney Ing efie d
Process Server VA LLC
10623 Jones Street, Su te 301 A
Fa rfax, VA 22030
703-896-6581