# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER CHANDLER, | ) |
| *Plaintiff,* | ) ) Case No. 1:18-cv-02136-APM |
| v. | ) ) |
| DONALD BERLIN, *et al.*, | ) ) |
| *Defendants.* | ) ) ) |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff Christopher Chandler appeals to the United States Court of Appeals for the District of Columbia Circuit the final judgment entered in this action on January 30, 2020 [ECF No. 38] ("Final Judgment") granting the Defendants' Motion for Summary Judgment and Renewed Motion for Summary Judgment filed pursuant to Rule 56 of the Federal Rules of Civil Procedure [ECF Nos. 21, 32].

In appealing from the Final Judgment, Plaintiff appeals from any and all orders antecedent and ancillary thereto, including this Court's October 16, 2018 Order granting in part Defendants' Emergency Motion to Strike filed pursuant to Rule 12(f) of the Federal Rules of Civil Procedure [ECF No. 14], this Court's April 3, 2019 Memorandum Opinion and Order granting in part Defendants' Motion for Summary Judgment filed pursuant to Rule 56 of the Federal Rules of Civil Procedure [ECF No. 24], this Court's January 30, 2020 Memorandum Opinion [ECF No. 37], and this Court's January 30, 2020 Order granting the Defendants' Motion for Summary Judgment filed pursuant to Rule 56 of the Federal Rules of Civil Procedure [ECF No. 38], and any and all interlocutory judgments, decrees, decisions, rulings, verdicts and opinions that merged into and became part of the Final Judgment, that are related to the Final Judgment, and upon which the Final Judgment is based.

1

Dated: February 27, 2020

Respectfully Submitted,

*/s/ Daniel P. Watkins*

Thomas A. Clare, P.C.
Megan L. Meier
Daniel P. Watkins (*pro hac vice*)
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: (202) 628-7400
Email: tom@clarelocke.com
Email: megan@clarelocke.com
Email: daniel@clarelocke.com

*Attorneys for Plaintiff Christopher Chandler*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing document will be filed with the Clerk of Court using the CM/ECF system on February 27, 2020, which will send notification of such filing to the following:

**John Patrick Dean**
OSTER LAW FIRM
1320 19th Street NW, Suite 601
Washington, DC 20036
Telephone: (202) 725-8110
Email: johndean8@aol.com

**Steven Michael Oster**
OSTER LAW FIRM
1320 19th Street, NW, Suite 601
Washington, DC 20036
Telephone: (202) 596-5291
Email: steve@osterlawfirm.com


By: _/s/ Daniel P. Watkins_
      Daniel P. Watkins