## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**CHRISTOPHER CHANDLER,**

**Plaintiff,**

**v.**

**DONALD BERLIN,** *et al.*,

**Defendants.**

**No.1:18-cv-02136-APM**

**Hon. Amit P. Mehta**

### DEFENDANTS' REPLY BRIEF IN SUPPORT OF THEIR MOTIONS FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 11 AND 28 U.S.C. § 1927 AND THIS COURT'S INHERENT AUTHORITY

# EXHIBIT SEVEN



C L A R E   L O C K E
L   L   P

**THOMAS A. CLARE, P.C.**
tom@clarelocke.com
(202) 628-7401

10 Prince Street
Alexandria, Virginia 22314

(202) 628-7400

www.clarelocke.com

November 27, 2018

*Via Email*
Steven M. Oster
The Oster Law Firm
1320 19th Street NW, Suite 601
Washington, DC 20036
steve@osterlawfirm.com

        **Re:**    *Christopher Chandler v. Donald Berlin, et al. – Rule 11 Motion*

Steve:

        Thank you for your most recent letter outlining Mr. Berlin's position on the proposed settlement we sent to you on November 16, 2018.  Although there are several aspects of your proposal that would be unacceptable to Mr. Chandler, there is enough common ground in your proposal that an in-person meeting between counsel would be productive.  The most important consideration for Mr. Chandler continues to be setting the record straight and addressing the reputational harm resulting from the false statements published by Messrs. Berlin and Eringer.  We would like to focus our discussions during the meeting on the elements of a statement from Mr. Berlin that would do his part in achieving that result.  With agreement on a statement, I am confident that we will be able to bridge the other differences that currently separate the parties.

        Over the next two days I will be working with my client to crystalize the essential elements of a statement from Mr. Berlin that could serve as the nucleus of a settlement.  If your schedule permits, would you be available to meet on Friday, November 30, 2018 to carry these discussions forward?  If that timing does not work for you, I am happy to provide other times for us to meet next week.

        Very truly yours,

*Thomas A. Clare*

Thomas A. Clare, P.C.