UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER CHANDLER, | ) |
| *Plaintiff*, | ) ) ) Case No. 1:18-cv-02136-APM |
| v. | ) ) |
| DONALD BERLIN, *et al.*, | ) ) |
| *Defendants*. | ) |

## JOINT STATUS REPORT

As instructed by the Court at the July 13, 2022 discovery hearing in this matter, the parties respectfully submit this discovery status report:

The parties are working to complete the few remaining discovery tasks. Plaintiff Christopher Chandler has agreed to produce responsive documents and a privilege log on or before 11:59 p.m. on August 5, 2022. For his part, Defendant Donald Berlin has agreed to be deposed on August 15 and 16, 2022. And the parties have agreed that any motion to compel related to any party's document production will be submitted no later than August 19, 2022.

Dated: July 27, 2022

*/s/ Steven M. Oster*
Steven M. Oster
John P. Dean
OSTER MCBRIDE PLLC
1320 19th St. N.W., Suite 601
Washington, D.C. 2036
Telephone: (202) 596-5291
soster@ostermcbride.com
johndean8@aol.com

Respectfully Submitted,

*/s/ Daniel P. Watkins*
Thomas A. Clare, P.C.
Megan L. Meier
Daniel P. Watkins (*pro hac vice*)
CLARE LOCKE LLP
10 Prince St.
Alexandria, VA 22314
Telephone: (202) 628-7407
tom@clarelocke.com
megan@clarelocke.com
daniel@clarelocke.com