UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER CHANDLER, )<br>)<br>　　　　*Plaintiff*, 　　　　　　)<br>)<br>　　v. 　　　　　　　　　　　　)<br>)<br>DONALD BERLIN, *et al*., 　　　)<br>)<br>　　　　*Defendants*. 　　　　　)  | Case No. 1:18-cv-02136-APM |

**PLAINTIFF'S MOTION TO EXTEND DISCOVERY CUTOFF
AND RESCHEDULE POST-DISCOVERY STATUS CONFERENCE**

Consistent with this Court's August 26, 2021 Discovery Order [Dkt. No. 53], Plaintiff Christopher Chandler moves to extend the discovery cutoff established by this Court's July 15, 2022 Minute Order. The Minute Order sets July 29, 2022 as the discovery cutoff. This motion seeks a modest extension to modify the close of discovery to August 19, 2022. Consequently, Plaintiff also requests that the Court reschedule the post-discovery status conference to an appropriate date on the Court's calendar after that time.

As a reminder, Defendant Donald Berlin's recovery from knee surgery has necessitated a delay in taking his deposition. To accommodate Mr. Berlin's recovery, the parties have agreed that Mr. Berlin will be deposed on August 15 and 16, 2022. The parties have also agreed that Mr. Chandler will produce responsive documents and a privilege log by August 5, 2022. The parties' agreement on these points is memorialized in their July 27, 2022 Joint Status Report [Dkt. No. 70].

This Court has previously granted three motions to extend the discovery deadline—one motion made by Defendants and consented to by Plaintiff [Dkt. No. 64] and two motions made jointly by the parties [Dkt. Nos. 66 and 68]. Plaintiff reached out to Defendants' counsel to confer about this motion but has not heard back.

## **CONCLUSION**

Plaintiff respectfully moves to extend the discovery cutoff in this case until August 19, 2022, and to reschedule the post-discovery status conference to an appropriate date after that time.

Dated: July 29, 2022                                   Respectfully Submitted,

*/s/ Daniel P. Watkins*
Thomas A. Clare, P.C.
Megan L. Meier
Daniel P. Watkins
CLARE LOCKE LLP
10 Prince St.,
Alexandria, VA 22314
Telephone: (202) 628-7400
Email: tom@clarelocke.com
Email: megan@clarelocke.com
Email: daniel@clarelocke.com

3

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed this motion, accompanying memorandum of points and authorities, and proposed order using the Court's electronic filing system, thereby serving all counsel of record.

Dated: July 29, 2022                                By: /s/ *Daniel P. Watkins*
                                                    Daniel P. Watkins

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER CHANDLER, )<br>)<br>    *Plaintiff*, )<br>)<br>v. )<br>)<br>DONALD BERLIN, *et al*., )<br>)<br>    *Defendants*. )<br>) | Case No. 1:18-cv-02136-APM |

**POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND THE DISCOVERY CUTOFF AND RESCHEDULE POST-DISCOVERY <u>STATUS CONFERENCE</u>**

This Court's August 26, 2021 Scheduling Order permits the parties to seek an extension of the discovery deadline under certain circumstances. Plaintiff Christopher Chandler believes he has established the requisite good cause for the requested extension in light of the circumstances described in his Motion. Accordingly, Plaintiff respectfully moves the Court to grant his Motion.

Dated: July 29, 2022

Respectfully Submitted,

<u>/s/ Daniel P. Watkins</u>
Thomas A. Clare, P.C.
Megan L. Meier
Daniel P. Watkins
CLARE LOCKE LLP
10 Prince St.,
Alexandria, VA 22314
Telephone: (202) 628-7400
Email: tom@clarelocke.com
Email: megan@clarelocke.com
Email: daniel@clarelocke.com

1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER CHANDLER, | ) |
| *Plaintiff*, | ) Case No. 1:18-cv-02136-APM |
| v. | ) |
| DONALD BERLIN, *et al.*, | ) |
| *Defendants*. | ) |

## [PROPOSED] ORDER

Before the Court is Plaintiff's Motion to Extend Discovery Cutoff and Reschedule Post-Discovery Status Conference. After considering the Motion and other matters of record, the Court concludes that the Motion should be GRANTED. Therefore, it is hereby **ORDERED** that:

All discovery in this matter shall conclude by August 19, 2022; and further that

All other provisions of the Scheduling Order, filed August 26, 2021, shall remain in effect.

**SO ORDERED** this _____ day of _____, 2022.

AMIT P. MEHTA
United States District Judge

1