UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER CHANDLER,<br><br>Plaintiff,<br><br>v.<br><br>DONALD BERLIN, *et al.*,<br><br>Defendants. | No.1:18-cv-02136-APM<br><br>Hon. Amit P. Mehta |

### DEFENDANTS' CONSENT TO DISCOVERY EXTENSION

In accordance with the Court's Minute Order of this date, Defendants Donald Berlin, Investigative Consultants, Inc., and Investigative Consultants of Washington, DC, Inc., consent to the Discovery Extension requested by Plaintiff on July 29, 2022 [Doc. 71].

August 1, 2022                                        Respectfully submitted,

*/s/ Steven M. Oster*
John P. Dean
D.C. Bar No.   362904
Steven M. Oster
D.C. Bar No. 376030

**OSTER McBRIDE PLLC**
1320 19th Street, N.W., Suite 601
Washington, D.C. 20036
(202) 596-5291 (p)
(202) 747-5862 (f)
soster@ostermcbride.com

*Counsel to Defendants*

## CERTIFICATE OF SERVICE

      I certify that the foregoing Reply was filed using the Court's CM/ECF system and thereby served on counsel of record.

August 1, 2022                                           ***/s/ Steven M. Oster***
                                                                                        Steven M. Oster