UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER CHANDLER, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 1:18-cv-02136-APM |
| DONALD BERLIN, *et al.*, | ) |
| *Defendants*. | ) |

**JOINT STATUS REPORT**

Consistent with the Court's instructions, the parties respectfully submit the following joint status report:

Counsel for the parties do not believe that mediation will be productive. Earlier today Mr. Chandler's counsel transmitted a copy of his proposed amended complaint. Counsel for Defendants have agreed to inform Mr. Chandler's counsel whether they will consent to the filing of the proposed amendment no later than September 6, 2022. Mr. Chandler intends to file the proposed amended complaint, or, if necessary, a motion for leave to amend the complaint, on or before September 9, 2022.

Dated: September 1, 2022

Respectfully Submitted,

/s/ *Daniel P. Watkins*

Thomas A. Clare
Megan L. Meier
Daniel P. Watkins (*pro hac vice*)
Nicholas J. Brechbill
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: (202) 628-7400
tom@clarelocke.com
megan@clarelocke.com
daniel@clarelocke.com
nick@clarelocke.com

*Attorneys for Plaintiff*

/s/ *John Patrick Dean*
John Patrick Dean
Steve Oster
OSTER LAW FIRM
1320 19th Street, N.W., Suite 601
Washington, D.C. 20036
johndean8@aol.com
steve@osterlawfirm.com

*Attorneys for Defendants*