UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER CHANDLER,<br><br>   *Plaintiff*,<br><br>v.<br><br>DONALD BERLIN, *et al.*,<br><br>   *Defendants*. | )<br>)<br>)<br>)<br>)<br>) **Case No. 1:18-cv-02136-APM**<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion to for Leave to File the Amended Complaint and the Memorandum of Points and Authorities in Support thereof, it is hereby **ORDERED** that:

Plaintiff's Motion to for Leave to File the Amended Complaint is **GRANTED**.

**SO ORDERED** this ___ day of _____, 2022.

                     _____
                     AMIT P. MEHTA
                     United States District Judge