UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER CHANDLER, | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) ) Case No. 1:18-cv-02136-APM |
| DONALD BERLIN, *et al.*, | ) ) ) |
| *Defendants*. | ) ) ) |

**CHRISTOPHER CHANDLER'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff Christopher Chandler respectfully moves for partial summary judgment on his defamation claims because there is no dispute of material fact that Defendants published accusations that are false and defamatory *per* se, and because Defendants have not met their burden to show that the Court should deviate from the negligence standard that applies by default in defamation cases.

In support of this Motion, Mr. Chandler submits the attached Memorandum, Declaration with accompanying exhibits, Statement of Undisputed Facts, and Proposed Order.

Respectfully Submitted,

*/s/ Daniel P. Watkins*
Thomas A. Clare, P.C.
Megan L. Meier
Daniel P. Watkins
CLARE LOCKE LLP
10 Prince St.,
Alexandria, VA 22314
Telephone: (202) 628-7400
Email: tom@clarelocke.com
Email: megan@clarelocke.com
Email: daniel@clarelocke.com

## CERTIFICATE OF SERVICE

      I hereby certify that I filed this Motion, along with the attached Memorandum, Declaration with accompanying exhibits, Statement of Undisputed Facts, and Proposed Order using the Court's electronic filing system, thereby serving all counsel of record.

Dated: January 6, 2023                                        By: /s/ *Daniel P. Watkins*
                                                                             Daniel P. Watkins