UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| CHRISTOPHER CHANDLER, | ) |
|---|---|
| *Plaintiff*, | ) |
| v. | ) Case No. 1:18-cv-02136-APM |
| DONALD BERLIN, *et al.*, | ) |
| *Defendants*. | ) |

## STATEMENT OF MATERIAL FACTS NOT IN DISPUTE

Pursuant to Local Civil Rule 7(h)(1), Plaintiff Christopher Chandler submits this statement of material facts for which he contends there is no genuine dispute.

|  | STATEMENT OF MATERIAL FACT | EVIDENCE |
|---|---|---|
| 1 | The Pitch[1] makes allegations "of and concerning" Mr. Chandler. | Decl. Ex. 11 at ¶ 65;[2] Decl. Ex. 9, Chandler Tr. at 29:5-31:4. |
| 2 | The Pitch repeatedly accuses Mr. Chandler of criminal wrongdoing. | Decl. Ex. 3 at 1-2, 3, 6-7, 12. |
| 3 | The Pitch's allegations of wrongdoing by Mr. Chandler are false. | Decl. Ex. 9, Chandler Tr. 131:9-131:14, 234:7-234:9, 273:4-274:12. |
| 4 | The prosecutor's office for the Canton of Zurich investigated the Pitch's allegations of a connection between Mr. Chandler and Sovereign Forex and found no evidence to substantiate them. | Decl. Ex. 14. |
| 5 | Defendants do not stand behind the truthfulness of the allegations in the Pitch. | Decl. Ex. 4, Berlin Aug. 16, 2022 Tr. 144:23-151:5, 184:12-184:13. |

---

[1] "The Pitch" refers to the 34-page document titled *Introduction and Overview Richard Chandler Limited Global Scan*, attached to Mr. Chandler's complaint as Exhibit 1. *See* Decl. Ex. 3.
[2] "Decl." refers to the "Declaration of Daniel P. Watkins in Support of Christopher Chandler's Motion for Partial Summary Judgement," which is Attachment 1 to "Christopher Chandler's Memorandum in Support of His Motion for Partial Summary Judgement."

| | | |
|---|---|---|
| 6 | Defendants published the Pitch to Mr. Robert Eringer in 2003. | Decl. Ex. 11 at ¶ 62. |
| 7 | Defendants published the Pitch to Mr. Eringer with the understanding that he would republish its contents to an "ultimate client." | Decl. Ex. 1 at 1. |
| 8 | Defendants published the Pitch to Mr. Eringer believing he would republish its contents to an "ultimate client." | Decl. Ex. 4, Berlin Aug. 16, 2022 Tr. 175:14-175:16. |
| 9 | When they prepared and published the Pitch to Mr. Eringer, Defendants thought it would be strange for Mr. Eringer to request a document like the Pitch for his own purpose. | Decl. Ex. 5, Berlin Aug. 15, 2022 Tr. 175:17-175:24. |
| 10 | Mr. Eringer's "ultimate client" was Albert II, Prince of Monaco. | Decl. Ex. 5, Berlin Aug. 15, 2022 Tr. 89:11-89:23, 111:17-111:20; Decl. Ex. 4, Berlin Aug. 16, 2022 Tr. 174:13-174:16. |
| 11 | Prior to 2017, Mr. Chandler had almost no public profile. | Decl. Ex. 13 at 59. |
| 12 | Mr. Chandler is an extremely and deliberately private person. | Decl. Ex. 9, Chandler Tr. 23:14-15; Decl. Ex. 3 at 7. |
| 13 | Mr. Chandler has never been arrested, cautioned, or convicted of any criminal offense. | Decl. Ex. 13 at 59; Decl. Ex. 9, Chandler Tr. 274:9-274:12. |
| 14 | Prior to 2010, there was no public controversy concerning Mr. Chandler. | Decl. Ex. 9, Chandler Tr. 28:10-28:19; 274:9-274:12; Decl. Ex. 15 ¶ 3. |
| 15 | Prior to 2017, Mr. Chandler had given no newspaper or television interviews. | Decl. Ex. 13 at 64. |
| 16 | Prior to 2017, Mr. Chandler did not participate in or attempt to inject himself into any public debate concerning allegations of criminal wrongdoing by him. | Decl. Ex. 13 at 59, 64; Decl. Ex. 9, Chandler Tr. 23:14-15. |
| 17 | Defendants did not attempt to verify, confirm, or corroborate the Pitch's allegations about Mr. Chandler. | Decl. Ex. 7 at Response No. 1; Decl. Ex. 5, Berlin Aug. 15, 2022 Tr. 109:5-109:17. |
| 18 | A number of the Pitch's allegations purport to rest on reports from human sources. | Decl. Ex. 3 at 7, 9. |
| 19 | The Pitch was not, in fact, based on human sources. | Decl. Ex. 6 at Interrogatory Response No. 7. |

| 20 | In 2018, Defendants contacted Mr. Eringer about selling materials, including the false allegations about the Mr. Chandler, to third parties, including people associated with President Donald Trump. | Decl. Ex. 18 at 1-3. |
|---|---|---|
| 21 | Defendants have not retracted the Pitch or the allegations it makes. | Decl. Ex. 9, Chandler Tr. 133:6-133:11, 395:11-395:20; Decl. Ex. 5, Berlin Aug. 15, 2022 Tr. 114:15-115:5. |

Dated: January 6, 2023

Respectfully Submitted,

/s/ *Daniel P. Watkins*

Thomas A. Clare, P.C.
Megan L. Meier
Daniel P. Watkins (*pro hac vice*)
CLARE LOCKE LLP
10 Prince Street
Alexandria, Virginia 22314
Telephone: (202) 628-7400
Email: tom@clarelocke.com
Email: megan@clarelocke.com
Email: daniel@clarelocke.com

*Attorneys for Plaintiff*