# Attachment 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER CHANDLER,<br><br>  *Plaintiff*,<br><br>  v.<br><br>DONALD BERLIN, *et al.*,<br><br>  *Defendants*. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:18-cv-02136-APM<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF DANIEL P. WATKINS IN SUPPORT OF CHRISTOPHER CHANDLER'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Daniel P. Watkins, declare as follows:

1. I am an attorney admitted to practice in Virginia. I am a partner of the law firm Clare Locke LLP and counsel of record for Plaintiff Christopher Chandler. I am admitted to practice and appear in this case *pro hac vice*.

2. I make this declaration based upon my knowledge of the facts stated herein, and if called to testify, could and would testify competently hereto.

3. I submit the following documents in further support of Mr. Chandler's Motion for Partial Summary Judgment.

4. A true and correct copy of Exhibit 7 to the Deposition of Daniel Hoffman is attached as Exhibit 1.

5. Relevant excerpts from the transcript of the February 22, 2022 deposition of Robert Eringer are highlighted and attached as Exhibit 2.

6. A true and correct copy of Exhibit 1 to Plaintiff's October 22, 2018 Redacted Complaint is attached as Exhibit 3.

7. Relevant excerpts from the transcript of the August 16, 2022 deposition of Donald Berlin are highlighted and attached as Exhibit 4.

8. Relevant excerpts from the transcript of the August 15, 2022 deposition of Donald Berlin are highlighted and attached as Exhibit 5.

9. A true and correct copy of Defendants' Responses and Objections to Plaintiff's Second Set of Interrogatories (Nos. 6-15) is attached as Exhibit 6.

10. A true and correct copy of Defendants' April 27, 2022 Supplemental Responses to Plaintiff's First Set of Requests for Admission is attached as Exhibit 7.

11. A true and correct copy of Exhibit 5 to Plaintiff's October 22, 2018 Redacted Complaint is attached as Exhibit 8.

12. Relevant excerpts from the transcript of the October 25, 2021 deposition of Christopher Chandler are highlighted and attached as Exhibit 9.

13. A true and correct copy of Plaintiff's October 22, 2018 Redacted Complaint is attached as Exhibit 10.

14. A true and correct copy of the Answer of Defendants to the Redacted Complaint is attached as Exhibit 11.

15. A true and correct copy of the July 24, 2017 *Borderlex* article written by Iana Dryer and titled "Editor Statement on Legatum Institute," is attached as Exhibit 12.

16. A true and correct copy of Exhibit 10 to Plaintiff's October 22, 2018 Redacted Complaint is attached as Exhibit 13.

17. A true and correct copy of the October 19, 2018 letter from the Canton Zurich Chief Public Prosecutor's Office (English Translation) is attached as Exhibit 14.

18. A true and correct copy of the January 6, 2023 Declaration of Christopher Chandler is attached as Exhibit 16.

19. A true and correct copy of the October 12, 2021 Amended Answer of Defendants to the Redacted Complaint is attached as Exhibit 16.

20. A true and correct copy of the document bearing production number CHANDLER005_00004666, part of a report compiled by Robert Eringer, is attached as Exhibit 17.

21. A true and correct copy of Exhibit 109 to Donald Berlin's deposition, containing a set of emails between Robert Eringer and Donald Berlin, is attached as Exhibit 18.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on January 6, 2023.

s/Daniel P. Watkins<br>
Daniel P. Watkins

## **CERTIFICATE OF SERVICE**

I hereby certify that the Declaration of Daniel P. Watkins in Support of Christopher Chandler's Motion for Partial Summary Judgment was filed using the Court's CM/ECF system and thereby was served on all counsel of record.

January 6, 2023                                          /s/ *Daniel P. Watkins*
                                                                     Daniel P. Watkins (*pro hac vice*)