# Exhibit 1



## *Washington, DC*

### *Introduction and Overview*

This is a proposal for investigative services regarding Richard and Christopher Chandler, who are major investors in Russia and elsewhere.  At present, the client is interested in obtaining a full intelligence profile on both men, with special emphasis on their business associates, personal friends, banking relationships, corporate affiliations, executive associations, and any derogatory or negative information.

The client has not disclosed the ultimate client in this matter, but we are assured that permissible purpose exists for conducting all appropriate banking, financial, credit and other database searches. This matter is confidential and privileged and done pursuant to the privileged communications doctrine and the attorney work-product doctrine. For further information regarding compliance with our Terms of Engagement, please see our web site at http: www.icioffshore.com[1]

### *Background of Investigation*

Richard and Christopher Chandler are originally from New Zealand, but have heavily invested in Russia, the Czech Republic and other Far East countries.  They are deemed to be elusive, clandestine and mysterious.  The client knows very little about them, but is seeking to obtain as much data as possible through a variety of means.

It is our understanding that the Chandlers are minority owners of GazProm, where they own a 4.3% stake in the company, third only to the German-based Ruhrgas and the Russian government. As the client is aware, GazProm has a notorious background that includes allegations of corruption, organized crime infestation and other claims. Murder, extortion, blackmail and other intrigue are the daily menu at GazProm and it has resulted in much reorganization of the firm.

---

[1] Please note that some searches require a permissible purpose as defined under the Federal Fair Credit Reporting Act, Title 15, USC 1681, et. seq., as well as other local, state, federal and international laws.  You are required to certify to ICI that any search is in compliance with both FCRA, as well as the 1999 Graham-Leach Bank Privacy Act. By placing any order with ICI, the client represents that the client has fully complied with all local, state, federal and international laws and assumes all responsibility. ICI assumes no responsibility for determining whether the client is in compliance with these laws.

We are not a Consumer Credit Reporting Agency and all of our reports are done as an agent to counsel under the Attorney Work Product Doctrine. For further information, please see our Terms and Conditions, found at http://www.icioffshore.com/terms.html , which are incorporated into this proposal by reference.

EXHIBIT
Hoffman
7
4/8/22   CbC

**CONFIDENTIAL MEMORANDUM TO FILE**
Simmons Investigation – Proposal Only
October 17, 2002
Page 2 of 41

ICI has done a significant amount of work on GazProm in the past and we can update our previous investigation, as outlined below, for inclusion in any report on the Chandlers.

One of our sources that is an expert on Russian matters indicated that there definite indications that the Chandler brothers and a company controlled by them that has offices in Monaco are engaged in illegal activities, both commercial and criminal in nature. The Chandler controlled company is actually a firm that is controlled by GazProm and is, in reality, a front company. One of the main tasks of the Chandler-controlled company is to pose as foreign investors and buy up GazProm shares on behalf of GazProm senior executives. A full investigation will shed light on these suspicions and undoubtedly uncover other Chandler activities and connections. However, the search must include use of sources in Russia and elsewhere and is an expensive endeavor.

The Chandlers originally hail from Hamilton, New Zealand, and came from a family of retailers. Their father was a wealthy person that owned significant assets in New Zealand, as well as Australia. The sons took the money, estimated to be about $50 million and invested most of it in emerging markets in South America and in Southeast Asia.

The Chandlers were deeply involved in real estate in Hong King and Macao and had long relationships with the Bank of China and the Hong Kong Shanghai Banking Corporation, as well as other institutions in Hong Kong and Macao. Fortunately for them, they made most of their money before the great real estate blow out in the 1990s.

Starting in 1992, they began to shift their assets to Brazil, Argentina and other parts of South America. One of their first investments was with Telebras, the largest telephone company in Brazil. Here again, they were in and out of Brazil before its near-collapse in the last 1990s.

In around 1994 and 1995, they began investing in the Czech Republic, most principally with a company known as Technistone, AS. While we have not confirmed this claim, it is believed that the Chandlers also began to set up a series of off shore facilities to hide their own money and to assist other Russian-based elements in the secretion of their funds too.

This was started when they began investing in Sun Brewing, now known as Sun Interbrew. We also confirmed that they were deeply involved in a number of steel, aluminum, and mineral corporations in Russia that included Novolipetsk.

ER00000322

**CONFIDENTIAL MEMORANDUM TO FILE**
**Simmons Investigation – Proposal Only**
**October 17, 2002**
**Page 3 of 41**

The Chandlers are no strangers to long, difficult and complex fights for control of companies in Russia. One of their targets was the Novolipetsk steel plant, which is part of **Novolipetsk** Metallurgical Group Joint Stock Co., located at Pl. Metallurgov 2 Lipetsk, 398040 Russia. We believe that this company later became part of the Interros Holding Company, 129090 Moscow, Ul. Shchepkina 32, Russia, telephone +7 (95) 726 57 54. The president of Interros Holding is listed as Vladimir Olegovich Potanin and the general director is Dmitriy Lvovich Ushakov.

Since the Chandlers involvement in Novolipetsk, they also became enmeshed in a much more controversial and violent struggle that involved GazProm.

These same sources report that both gentlemen, but particularly Richard, are believed to be front men for former high level officials of GazProm who were ousted as a result of the on going blood feud that has beset the company. The ousted officials are directly connected to Russian organized crime persons. One source believes that these men pose significant problems because their intention is to act as front men financiers, using off shore corporations to wash money and real estate trusts.

We are told that they have a number of corporate affiliations, executive associations, etc., with several off shore companies in France, Switzerland, Jersey, Isle of Man, Channel Islands, UK, Bermuda and the Cayman Islands. These are facilities that they or persons on their behalf of created for the benefit of Russian businesspersons and former Russian ministry members.

### *Cost For Investigation*

There are three categories of data that are available on both men.

A. **Homeland Human Intelligence Asset Scan** – (Russia and Monaco) This will detail derogatory, negative or negative-inference data on both men and two of their companies. All of the data is in Russian and must be translated. In some cases, original class documents can be obtained to support the profile. The cost is estimated to be around $19,000, but the quality of the product is deemed to be extremely high, according to one Russian expert that we have consulted with who is familiar with the ultimate source and that person's access.

It is believed that the turnaround time for production of the files and translate the reports is about 21 days. Because the sources are outside of the United States, they must be prepaid in full before the engagement is accepted.

CONFIDENTIAL MEMORANDUM TO FILE
Simmons Investigation – Proposal Only
October 17, 2002
Page 4 of 41

B. **Homeland Human Intelligence Asset Scan** – (New Zealand, Australia, Nauru, and Hong Kong)  Another source reported that significant information about the men exists in these countries and none of it is available through online public database systems. The source indicated that a brief perusal of the data revealed that while it is considered "dated," it has significant implications on the history of the gentlemen and their plans and intentions. The cost to obtain the 7 files that have been thus far identified and located is about $13,300.  The turnaround time is about 19 days.

C. **Global Scans on both gentlemen** -- The names of both men are very common and have flooded the database systems.  For example, in just one region, we found over 200 leads for R and 288 for C that pertain to corporate affiliations, banking, financial and credit relationships. A worldwide Scan, with special emphasis on the countries listed in A and B above would be about $8,800 per person.  We also recommend that a full Global Scan be done on the Chandler-controlled company.  The cost for this scan is $9,200 for a search in the 9 countries that this company has links to.

D. **Archive Data** - We have done studies on three of the companies cited in the article that you forwarded to us.  In one cases, we found 92 hits for C and 33 for R..  Thus, a significant amount of data exists that can be reformatted from the old tapes and used in the report.  The problem is that in each of those cases, we did hundreds of searches and therefore, it will take some time to go through all of the data files in order to make certain that we have obtained all of the leads.  IN some cases, the downloads are non-text searchable and therefore, must be hand read, a real pain. In other cases, the downloads are in Russian or Czech.  Cost is estimated at about $4,590.

With regard to options A and B, please note that we must estimate the unforeseeable costs and disbursements, which are rather difficult to forecast. Our experience is that the total expenses should never exceed 12% of the total amount of the fees.

ER00000324