# Exhibit 2




# Transcript of **Robert Eringer**

Tuesday, February 22, 2022

*Christopher Chandler v. Donald Berlin, et al.*

www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO (800.367.3376)
Scheduling@Trustpoint.One

Reference Number: 113428

```
 1                UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
 2

 3

 4

 5   CHRISTOPHER CHANDLER,          )
                                    )
 6                  Plaintiff,      )
                                    )   No. 1:18-CV-02136-APM
 7     v.                           )
                                    )
 8   DONALD BERLIN, et al.,         )
                       Defendants.  )
 9   _____)

10

11

12

13           THE DEPOSITION OF ROBERT ERINGER

14                  February 22, 2022

15                     8:28 A.M.

16

17

18

19

20

21   Job No.:113428

22   Reported by:  VIRGINIA M. PEREZ

23           CSR No. 11433

24

25
```

1     A.    Yes.

2     Q.    Okay.  Prior -- when did you first start working

3  full time for Prince Albert in that capacity?

4     A.    June 16th, 2002.

5     Q.    Prior to June 16th, of 2002, did you do work as an

6  intelligence advisor for Prince Albert?

7     A.    Yes, on as ad-hoc basis.

8     Q.    Let's take a look at -- I'm sorry -- one more

9  question.  Prior to the initiation of this lawsuit in --

10  it's been so long in -- 2017?

11           MR. DEAN:  Eighteen.

12           MR. WATKINS:  Eighteen.

13  BY MR. WATKINS:

14     Q.    In 18 -- excuse me -- prior to the initiation of

15  this lawsuit in 2018, did you ever tell Mr. Berlin that the

16  limited report was prepared for Prince Albert?

17     A.    I don't recall actually telling him that, no.

18           (Defendants' Exhibit 3 was marked.)

19  BY MR. OSTER:

20     Q.    Let's take a look at Exhibit 3.  Do you recognize

21  this document?

22     A.    Yes.

23     Q.    Okay.  Can you tell me what it is?

24     A.    It is a report that I prepared.

25     Q.    Okay.  Is this a copy of a document that's in your

```
 1   possession?
 2       A.   Yes.
 3       Q.   Okay.  And you were the author of the document?
 4       A.   Yes.
 5       Q.   Okay.  When did you create it?
 6       A.   It's dated November 2004.
 7       Q.   Okay.  And did you create it in the course of your
 8   work as an intelligence advisor for Prince Albert?
 9            MR. WATKINS:  Objection as to form.  You can
10   answer.
11            THE WITNESS:  Yes.
12   BY MR. OSTER:
13       Q.   Was it your regular practice to create documents
14   like this in the course of that work?
15       A.   Yes.
16       Q.   Do you recall this document, in particular?
17       A.   I do.
18       Q.   Could you turn to the fifth page.  There is a is a
19   parenthetical at the top of the page it says "Except those
20   used by the Chandlers."
21       A.   Yes.
22       Q.   Okay.  At this point we were willing to at
23   considerable expenses to commission a report from special
24   sources with a proven ability to access the Russian SVR's
25   registry; do you see that?
```

Trustpoint.One  Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

```
 1      A.   Yeah, I was trying to recall that.  Because I
 2   thought it might come up at the deposition as to what else
 3   he had done.  As I mentioned, he was introduced to me by
 4   Clair George because I thought we had a need to find out
 5   something.  And it probably had to do with a client we had
 6   at the time in a private-sector client.
 7      Q.   So in your past dealings with Mr. Berlin, it's fair
 8   to say that you shared information that he gleaned with the
 9   ultimate client in those other matters?
10      A.   Yes.
11      Q.   And Mr. Berlin knew that?
12           MR. OSTER:  Objection.
13           THE WITNESS:  See, I don't know what Mr. Berlin
14   knew or didn't know.  But it didn't seem like a question
15   worth asking.  I assumed once I paid for an investigation
16   that he does for me, I consider myself proprietor of that.
17   I then own it from that point on.  Which is why I probably
18   never would have signed anything like you showed me earlier.
19   BY MR. WATKINS:
20      Q.   And the ultimate client paid for Mr. Berlin and
21   obviously the clients owns Mr. Berlin's information?
22           MR. OSTER:  Objection.
23           MR. WATKINS:  Based on your understanding?
24           MR. OSTER:  Objection.
25           THE WITNESS:  I never really thought about that
```

Trustpoint.One  Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

```
 1
 2   STATE OF CALIFORNIA     )
                             )
 3   COUNTY OF SANTA BARBARA)
 4
 5                    C-E-R-T-I-F-I-C-A-T-E
 6
 7
 8           I, VIRGINIA PEREZ, CSR No. 11433, Court Reporter
 9   and in and for the County of Ventura, State of California,
10   do hereby certify that the foregoing and attached 254 pages,
11   is a true, correct, and complete transcript of my
12   stenographic notes, taken of the foregoing hearing, and
13   taken at the time and place hereinbefore stated, and was
14   transcribed under my direction and supervision, and
15   completed on the 22 day of February, 2022.
16
17
                        *Virginia Perez*
18                      _____
                        Certified Shorthand Reporter
19                      February 22, 2022
20
21
22
23
24
25
```