# Exhibit 3

## INTRODUCTION AND OVERVIEW
## RICHARD CHANDLER LIMITED GLOBAL SCAN

This aspect of the investigation is related to a limited background search of Richard Chandler as indicated by the client in one recent email query. Throughout this memo and others that will follow, we have sewn into the document the answers to the specific questions posed below. After we complete our research, we will provide a one page document to the client that will summarize the answers to these questions. Specifically, the client is most interested in obtaining the following details:

1. **Personal & business addresses**
2. **Personal & business tel numbers**
3. **Fax number**
4. **Cell phone number.**
5. **E-mail address**
6. **Litigation check.**
7. **Nationality. He was born in NZ. Is he now a UK subject**
8. **Passport: On what country's documents does he travel**
9. **Driving license: Issued by which country**

## EXECUTIVE BACKGROUND SUMMARY - LIMITED GLOBAL SCAN

### A) Conspiracy to Commit Tortious Interference Against NRBT Involving CAI

Richard and Christopher Chandler, are major investors in Russia and elsewhere and have links to a number of organized crime groups in Russia and elsewhere. Today, they are suspected of a massive money-laundering scheme, principally for high-level political types in Russia, as well as organized crime groups in that country. Their present focus is in buying up property in Monaco and elsewhere as a conduit for these elements.

With regard to this matter, we are told by informed sources that have direct access to quality intelligence in both Switzerland and Russia that the Chandler brothers have direct links to Credit Agricole Indosuez (Geneva Branch) in that they were paid by the bank to harm the relationship of NRB and one of its "partners" GazProm. This was done by utilizing a scheme and artifice to pay a fee to the Chandlers to urge former high-ranking officials of GazProm to contact their sources within GazProm and cause the company to terminate or significantly alter their relationship with NRB.

The Chandlers caused some of the fee to be paid to the former high-ranking officials of GazProm in the form of deposits to their secret accounts at Credit Agricole that were created for their benefit by Sovereign Forex, the front company used by the Chandlers to benefit former GazProm executives. The net result was GazProm decided to no longer back NRB's capital stock, where it is believe that they had a 30% position. It is believe that Mr. Chandler is being assisted by an elusive individual known as Col. Donald Scott, formerly a high-ranking military intelligence specialist who was once posted in areas that focused on Russia. It is believed that Col. Scott and his company, Pasteur Enterprises are working closely with Messrs. Chandler and their clients.

**CONFIDENTIAL MEMORANDUM TO FILE**
**Richard Chandler Limited Global Scan Investigation**
**February 24, 2003**
**Page 2 of 134**

In 1998, representatives of CAI approached the Chandlers with a business proposition regarding a problem that they had with a "partner bank". The contact (believed to be the same vice-president that began the relationship with the Chandlers in May 1996) proposed that the Chandlers assist the bank in harming NRB by lobbying one of its largest customers, GazProm, in hopes that they would change its relationship with NRB regarding the backing of its stock.

Specifically, the plan was to have GazProm reconsider its "relationship" with NRB and no longer guarantee a 30% position of its registered capital. In the first scenario, there was no insistence that GazProm become a CAI customer, as that was not the primary objective of the operation. In short, this was not a campaign to steal customers more than it was to strip a competitive bank of its supporting partners.

Indeed, the main mission – as we are told by this same source – was to "cause disruption and harm to NRB and weaken it as a banking facility in Russia." The Chandlers went to Geneva and after meeting and discussing the specific problem, agreed to help for a fee of $10 million. The Chandler's were able to provide assistance because, as stated above, Sovereign Forex is actually a front company for former officials at GazProm who apparently still had influence with high ranking officials of the company.

In around September 2000, the Chandlers and their contact person at CAI met once again and all had agreed that the Chandlers objectively performed the specific task as outlined above entitling them to their fee of $10 million. It is understanding that the money was paid at that time. It is believe that the funds were paid by CAI to the Chandlers via another front company and then split by them with its client, the former GazProm executive.

2

**CONFIDENTIAL MEMORANDUM TO FILE**
**Richard Chandler Limited Global Scan Investigation**
**February 24, 2003**
**Page 3 of 134**

### *E) Chandler's Links to Organized Crime*

In the fall of 2002, Russian authorities learned that the Chandlers were involved in laundering money for two notorious Russian organized criminal groups, the Solnetsevo Group in Moscow and the Far Eastern Group centered in Vladivostok and Nakhodka. This news alarmed the high-level "protectors" of the Chandlers, and in September the brothers were told that if they wanted to continue their lucrative activities in Russia, they would have to sever their ties with the Russian underworld. The Chandlers agreed to do so, but there is some question if they actually fulfilled the agreement.

Indeed, authorities in Switzerland and elsewhere have suspected the Chandlers and CAI have been engaged in systematic money laundering on behalf of both organized crime members and others in Russia and elsewhere. On October 7th 2002, the Swiss investigation resulted in a number of legal actions against Sovereign Finance Group when a Swiss court ordered the company closed because of alleged money laundering activities in Russia and the Caribbean. It is our understanding from this source that the Swiss Federal Banking Commission ruled at the end of September that the group should be shut down.

Following their decision, police searches and other sweeps commenced at the Zurich offices of Sovereign (Forex) Ltd., Sovereign Capital Management AG, Sovereign Finance Group AG and the Zurich branch of Sovereign Bank Corp. Ltd. Following the initial police actions, a "closure order" was issued by the Swiss magistrate.

Following the police action and the judicial investigation, it was determined that separate from the alleged money laundering activities, it was revealed that Sovereign did not have a banking license. Our source reported that part of the evidence recovered during the raids in early October, was specific and credible evidence that Sovereign Forex had used Credit Agricole Indosuez's offices in Geneva as one of the main money laundering entry ports for Chechen organized crime elements, as well as for its clients who were former high-ranking officials in the Russian government.

3

CONFIDENTIAL MEMORANDUM TO FILE
Richard Chandler Limited Global Scan Investigation
February 24, 2003
Page 4 of 134

### F) Political Protection for the Chandlers

The Chandler brothers and their activities have the blessing and protection of the most influential political circles in Russia. They include former Gazprom officials such as Chenomyrdin and Vyakhirev; current Gazprom board member and former deputy prime minister and finance minister Boris Fyodorov; former President Yeltsin and members of his family; and, finally, President Putin and members of his inner circle.

As a result of their relationships with these powerful individuals, the Chandlers are virtually "untouchable" by Russian police and regulatory bodies. In the period 2001-2002, Russian authorities tried three times to open criminal investigations into the Chandlers and their businesses in Russia. On all three occasions they were ordered not to proceed.

### G) Relationship with Credit Agricole

The relationship between the Chandler brothers and Credit Agricole began in 1996. In May of that year the older brother, Richard, entered into a "gentlemen's agreement" with an unidentified vice-president of Credit Agricole in Geneva. Under the terms of the agreement, the Sovereign Group would use the bank to channel money of its Russian clients through Switzerland to offshore accounts around the world. This arrangement has been very successful and is still in force today.

## ACTIVITIES OF THE CHANDLER BROTHERS IN 2001-02

As stated above, the Chandlers have been very busy in 2001-02 and many of their activities center on their relationship with Credit Agricole. The highlights include:

**April 2001**—The Chandlers discreetly acquired $47.5 million worth of Gazprom shares for Total/Fina/Elf. The Chandlers received $1.2 million for handling this acquisition.

**August 2001**—The brothers bought $25 million worth of Gazprom shares for the Bank Credit Agricole Swiss. They received $750,000 for their efforts.

**December 2001**—The brothers brokered the introduction of Credit Agricole Swiss to senior officials of the Libyan government and arranged to transfer $18 million from Libya to various Russian banks via Credit Agricole Swiss. Since that time Credit Agricole has been conducting discreet financial operations on behalf of the current Libyan leadership. In February of 2002, Credit Agricole Swiss paid the Chandlers $1 million for arranging this introduction.

**March 2002**—Using Sovereign Forex, the brothers bought $10 million worth of Yukos and Gazprom shares for Russian President Vladimir Putin and deposited them in the Bern branch of Credit Agricole Swiss.

4

CONFIDENTIAL MEMORANDUM TO FILE
Richard Chandler Limited Global Scan Investigation
February 24, 2003
Page 5 of 134

**September 2002**—The brothers acquired $4 million worth of Gazprom shares for Russian Prime Minister Mikhail Kasyanov.  They deposited these shares in the Bank of the Bahamas.

**September 2002**—The brothers acquired $1 million worth of Lukoil shares for Russian Foreign Minister Igor Ivanov and deposited them in the Bank of Zurich.

1. Counsel should also be aware that Credit Agricole has been involved in a number of highly suspect transactions and deeds that – if brought to light under the right circumstances – might encourage official investigation in Switzerland and elsewhere.  These include:

2. A number of senior Russian officials and leading businessmen have used the bank to launder money and to secretly transfer funds into offshore accounts.  Among these individuals are former President Yeltsin and members of his family; Chief of the Presidential Administration Alexander Voloshin; and Minister for Emergency Situations Sergey Shoigu.

3. The bank has been opening accounts for them in the name of Panamanian registered companies such as Dramal, Camparal, and Tutoral at the International Bank of Luxembourg (BIL).  In 2001 Credit Agricole transferred US $48 million for Mr. Yeltsin, US $12 million for Mr. Voloshin and US $17.8 million for Mr. Shoigu.

4. Oleg Deripaska and Mikhail Chernoy, well known aluminum magnates, regularly use the bank to launder money extracted from the aluminum business in Russia and from assets of failing companies they control.

5. Kazak President Nursultan Nazarbayev uses the bank to deposit funds from oil revenues, bribes and weapons sales into offshore accounts.

6. A number of suspicious transactions between May 1997 and September 1998 that involved the channeling of funds through numbered accounts of the bank belonging to senior Kazak officials and their families.  The funds in question came from payments made from the US bank accounts of Exxon/Mobil and BP/Amoco and from direct transfers from the Kazak State Treasury.

7. Canley, an offshore company that sells and trades oil abroad on behalf of the Russian oil company TNK, uses Credit Agricole as its bank  Canley is also used by TNK executives to launder money from oil sales in Western Europe and funnel it into private numbered accounts in the British Virgin Isles, Gibraltar and the Isle of Man.  Russian experts estimate that in 2001 some US $80-90 million was laundered in this way.

CONFIDENTIAL MEMORANDUM TO FILE
Richard Chandler Limited Global Scan Investigation
February 24, 2003
Page 6 of 134

8. On behalf of Canley, Credit Agricole is paying secret commissions to several German and Swiss companies, namely Sunimex AG; Raffinachem AG; Simpson, Spence and Young; Finnish Crudex and Russoil.

9. There is considerable evidence of connections between Credit Agricole and Islamic fundamentalists in the Caucasus, Central Asia and beyond. The bank has been an active participant in schemes to transfer cash to the accounts of Al-Haramayn, ostensibly an Islamic charitable organization. In fact, this 'charity" provides financial support to Islamic extremists all over the world, including Chechnya, Tajikistan and Uzbekistan.

10. One particular scheme was based on falsified forward contracts with Russian banks and the hard currency obtained was either used to by weapons for the Chechen separatists or transferred directly to Chechnya. The Moscow based Chechen organized crime group was deeply involved in implementing this scheme.

11. An activist associated with Al-Haramayn, Alexis Habib, is also an official representative of Credit Agricole in Latin America.

12. Credit Agricole played a leading role in arranging financing for the scandal-ridden high-speed rail link between Moscow and St. Petersburg. By the time then Russian President Yeltsin ended state support for the project in 1998, US $80 million of state money had disappeared. Investigators believe much of that money went directly into the coffers of Credit Agricole.

## POTENTIAL INVOLVEMENT OF
## RICHARD AND CHRISTOPHER CHANDLER AND CREDIT AGRICOLE

### A) Conspiracy to Commit Tortious Interference Against NRBT Involving CAI

Richard and Christopher Chandler, are major investors in Russia and elsewhere and have links to a number of organized crime groups in Russia and elsewhere. Today, they are suspected of a massive money-laundering scheme, principally for high-level political types in Russia, as well as organized crime groups in that country. Their present focus is in buying up property in Monaco and elsewhere as a conduit for these elements.

With regard to this matter, we are told by informed sources that have direct access to quality intelligence in both Switzerland and Russia that the Chandler brothers have direct links to Credit Agricole Indosuez (Geneva Branch) in that they were paid by the bank to harm the relationship of NRB and one of its "partners" GazProm. This was done by utilizing a scheme and artifice to pay a fee to the Chandlers to urge former high-ranking officials of GazProm to contact their sources within GazProm and cause the company to terminate or significantly alter their relationship with NRB.

CONFIDENTIAL MEMORANDUM TO FILE
Richard Chandler Limited Global Scan Investigation
February 24, 2003
Page 7 of 134

The Chandlers caused some of the fee to be paid to the former high-ranking officials of GazProm in the form of deposits to their secret accounts at Credit Agricole that were created for their benefit by Sovereign Forex, the front company used by the Chandlers to benefit former GazProm executives. The net result was GazProm decided to no longer back NRB's capital stock, where it is believe that they had a 30% position.

Richard and Christopher Chandler are originally from New Zealand, but have heavily invested in Russia, the Czech Republic and other Far East countries. They are deemed to be elusive, clandestine and mysterious. The client knows very little about them, but is seeking to obtain as much data as possible through a variety of means.

It is our understanding that the Chandlers are minority owners of GazProm, where they own a 4.3% stake in the company, third only to the German-based Ruhrgas and the Russian government. As the client is aware, GazProm has a notorious background that includes allegations of corruption, organized crime infestation and other claims. Murder, extortion, blackmail and other intrigue are the daily menu at GazProm and it has resulted in much reorganization of the firm.

A second source, who is an expert on Russian matters, indicated that there are definite indications that the Chandler brothers, and a company controlled by them with offices in Monaco, are engaged in illegal activities, both commercial and criminal in nature. The Chandler controlled company is actually a firm that is controlled by GazProm and is, in reality, a front company. ICI has done a significant amount of work on GazProm in the past and we can update our previous investigation, as outlined below, for inclusion in any report on the Chandlers.

One of the main tasks of the Chandler-controlled company is to pose as foreign investors and buy up GazProm shares on behalf of GazProm senior executives. A full investigation will shed light on these suspicions and undoubtedly uncover other Chandler activities and connections. However, the search must include use of sources in Russia and elsewhere and is an expensive endeavor.

In that regard, this second source indicated that the Chandlers have direct connections with Credit Agricole through the Geneva, Switzerland Branch and have been paid by them to assist them in a campaign to harm NRB. The relationship between the Chandlers and the CAI's stated on May 7th, 1996, when they began working with an International Vice President who agreed to allow them access to the Geneva facility to service the needs of their clients.

The Chandler's told this unidentified vice president that their company, Soveriegn Forex represented the interests of former Russian nationals who sought to "wash" money using Sovereign Forex and related companies as a conduit to CAI. The accounts at CAI would then forward the funds on to other companies created by the Chandlers on behalf of their customers in cash haven countries, such as Nauru, Cayman Islands, British Virgin Islands and other localities.

CONFIDENTIAL MEMORANDUM TO FILE
Richard Chandler Limited Global Scan Investigation
February 24, 2003
Page 8 of 134

In 1998, representatives of CAI approached the Chandlers with a business proposition regarding a problem that they had with a "partner bank". The contact (believed to be the same vice-president that began the relationship with the Chandlers in May 1996) proposed that the Chandlers assist the bank in harming NRB by lobbying one of its largest customers, GazProm, in hopes that they would change its relationship with NRB regarding the backing of its stock. Specifically, the plan was to have GazProm reconsider its "relationship" with NRB and no longer guarantee a 30% position of its registered capital. In the first scenario, there was no insistence that GazProm become a CAI customer, as that was not the primary objective of the operation. In short, this was not a campaign to steal customers more than it was to strip a competitive bank of its supporting partners.

Indeed, the main mission – as we are told by this same source – was to "cause disruption and harm to NRB and weaken it as a banking facility in Russia." The Chandlers went to Geneva and after meeting and discussing the specific problem, agreed to help for a fee of $10 million. The Chandler's were able to provide assistance because, as stated above, Sovereign Forex is actually a front company for former officials at GazProm who apparently still had influence with high ranking officials of the company.

In around September 2000, the Chandlers and their contact person at CAI met once again and all had agreed that the Chandlers objectively performed the specific task as outlined above entitling them to their fee of $10 million. It is understanding that the money was paid at that time. It is believe that the funds were paid by CAI to the Chandlers via another front company and then split by them with its client, the former GazProm executive.

By way of brief background, it is our understanding that the 1998 plan involved the use of the Chandlers to influence one of its clients, Rem Zyakhirev (the former president of GazProm), in hopes of him deciding that GazProm would not act as a 30% guarantor of NRB's registered capital.

Initially, we were informed that the source believed that the Chandlers were told that CAI wanted to "strip" NRB of 30% of its customer base by causing a run on its deposits. Indeeed, upon rechecking, we learned that CAI was seeking to have Mr. Zyakhirev – as CEO of GazProm – withdraw from an agreement to *guarantee 30% of NRB's registered capital.*

We checked the above information with a third source that used a number of Russian-based databases to check out the above claims. These databases are mostly public or open source centers that cull information from registries from within the Deep Web of the Internet. They are deemed reliable because of the advanced technology used to scrape data from disparate and obscure sources.

The source confirmed that GazProm announced on May 23, 2002 that it has sold its share in the registered capital of the National Reserve Bank (NRB). This source reported that GazProm actually inked the agreement on the withdrawal of the company from (NRB) in Moscow around May 4, 2002.

CONFIDENTIAL MEMORANDUM TO FILE
Richard Chandler Limited Global Scan Investigation
February 24, 2003
Page 9 of 134

The stated reason was that GazProm was attempting to "restructure its non-profitable assets." The fact that public sources reported that this withdrawal occurred in mid-1998 is consistent with source two's information indicating that the Chandler's agreement with CAI begun sometime in 1998.

The source reported that the decision by GazProm was unique and odd in that it was the first time in the history of Russia that a major shareholder had exercised its right to pull out of the registered capital of one of the country's leading banks and capitalize in this fashion. For this reason, pundits claim it is odd that such a stark move was made by GazProm and opine that it was occasioned by reasons that are not consistent with common sense or history. Here again, this source's bewilderment of the decision of GrazProm to back out of the NRB guarantee underlines the corrupt nature of the decision, which was caused by a third party's plan to commit tortuous interference between NRB and GazProm.

We are told by this same source that Russian authorities have an ongoing investigation into former officials of NRB as it relates to insiders who are suspected of "having signed or forged a number of forwarding agreements in an illegal fashion." These forgeries resulted in NRB being obligated to Credit Agricole and has spawned international litigation. This source claims that they are befuddled by the seemingly inconsistent findings and vertdicts between the American courts and that of the Russian over this dispute.

The net result of the Credit Agricole litigation, according to this pundit (an expert on Russian Intelligence investigations and business disputes) is the subordination of the Russian judicial system to the American court system.

Specifically, the source three correctly reported that the Supreme Court of New York prohibited the National Reserve Bank of Russia to execute the decision of the Supreme Court of Russia and to sue the French company *Credit Agricole Indosouez* (CAI) in Belgium and France.

The source claims that this litigation, as well as the Russian investigation pertains to a dispute that arouse in 1998 when Credit Agricole Indosouez concluded 14 forwarding contracts with the National Reserve Bank before the financial crisis in Russia. The Russian bank did not execute the contracts after the default. CAI sought relief from the Supreme Court of New York, which resulted in the seizure of the bank's accounts in Belgium (in the sum of US$500 million) in April of 1999.

However, the National Reserve Bank filed a lawsuit at the Russian Supreme Court, which then ruled that the forwarding transactions were null and void because of the apparent forgeries. The Supreme Court of Russia, ordered damages in favor of NRB and against CAI. Avtobank was notified in July, 2002 that its payment on the forward contract to CAI would be seized in favor of National Reserve Bank because the latter had an act of execution to the French company in the sum of $75 million.

9

The net result of the opposing verdicts is that NRB was probhibited by the New York court to seize the assets of CAI, but CAI was able to levy

National Reserve Bank was retrained from seizing CAI's assets, or permitted from commencing any new proceedings, until after the New York case was resolved. In short, the Supreme Court of New York, a court or original jurisdiction, prohibited the execution of a legal decision by Russian Arbitration Court, which had previously ruled in favor of NRB and levied. $75 million of CAI's assets.

While such a result (the opposing verdicts) is seemingly inexplicable to our sources in Russia, to the best of our knowledge, there has been no agreement signed between Russia and the United States that gives full faith and credit to each jurisdiction's court rulings. This is most especially true regarding civil proceedings at both the state or federal level. According to our research, there appears to be only one recorded agreement, The Agreement of 1936 regarding the order to convey writs.

According to this quasi-treaty or Transnational Agreement, all court decisions are supposed to be conveyed by means of diplomatic mail, with the use of the channels of the ministry for justice. This means that any independent legal action of a Russian citizen can be recorded against a US Citizen in the United States and vice versa.

Indeed, France and Belgium have such agreements with the United States, and they have similar agreements with Russia, and it was through these means that the Supreme Court of New York was entitled to issue such a decision. Since the NRB/Credit Agricole Indosuez dispute, negotiations at the highest level of both the French and Russian governments have commenced regarding extending its Agreements to include transactions involving American businesses and citizens, whereby full faith and credit will be given to Russian-based writs of execution in the United States.

The courts of of the United States have historically reluctant to render full faith and credit to foreign writs that have been untested by the United States jurisprudence system. Different standards of evidence, burdens, proofs, and systems of justice have made it difficult to fully align our judicial systems with that of another country.

For that reason, the United States has resisted "rubber-stamping" a verdict or finding in a foreign land for recordation in the United States. However, there seems to be some movement afoot as it is our understanding that President Vladimir Putin contacted French President Jacques Chirac on this question in an effort to determine whether their governments can commence inter-governmental negotiations on this issue so that they can then go to the United States and speak with one voice.

Based upon the information gleaned from the three sources above, we were somewhat stunned that NRB could find itself in this position – all appartently the result of a clandestine plan by CAI to use one of its major customers (Chandlers and Sovereign Fourex) to effect this conspiracy. Consequently, we went to a fourth source -- again someone that has access to both investigative, legal, intelligence and open source information from within Russia, Switzerland, France, Monoco and Belgium -- in an effort to confirm the information obtain from sources one and two above.

The report that we received confirms the close relationship between the Chandler brothers and past and present GazProm officials; as well as high-level political figures within Russia.

The essence of this intelligence estimate is that Credit Agricole went to the Chandler's in an effort to resolve their litigation and business problems with NRB and requested that they use their influence at GazProm and at the ministerial level of Russia to run NRB out of business. In summary, this source reports information that is entirely consistent with the other three sources regarding the involvement of the Chandlers in the tortuously interference between NRB and GazProm.

### B) History of Relationship Between Richard and Christopher Chandler and Sovereign Group and Sovereign Forex, Ltd.

Richard and Christopher Chandler founded the Sovereign Group in 1992 and expanded its operations to include Sovereign (Forex) Ltd., Sovereign Capital Management AG, Sovereign Finance Group AG and the Zurich branch of Sovereign Bank Corporation.

The company once maintained its office at Seidengasse, 6, Zurich CH-8001 Switzerland. Its telephone number was listed as +411 - 213 1800 and its fax number is +411 - 222 1965. Its former web site located at http://www.sovereign.ch is now disconnected and is no longer accessible, another sign of the company being shut down. Likewise, its Russian web site, once located at http://www.sovereign.ru is no longer operational.

While the one source reported that Sovereign operated from the Radisson Slavyanskaya hotel, a search of other databases revealed that at least one of the Sovereign-related entities traced to Berezhkovskaya nab., 2, fl. 4, telephone number 941-86-47, with a fax number of 941-86-48.

It is believed that the company is now headquartered in Monaco, and consists of a family of speculative funds and financial companies operating primarily in the high-risk markets of Russia and other republics of the former Soviet Union. It is believed that the leading companies in the Group are Sovereign Forex and the United Financial Group.

The company's operations in Russia are very curious as not much is known about their actual operations, according to open source information. However, our sources report that the firm has been operating in Moscow since 1996 from within the Radisson Slavyanskaya hotel

### C) Relationship with Gazprom

From the very beginning, the Sovereign Group was closely tied to the giant Russian gas monopoly Gazprom, whose former chairman, Viktor Chernomyrdin, was for several years prime minister under President Yeltsin. In fact, some sources believe that the Chandlers created the Sovereign Group at the behest of Gazprom, and it is indisputably true that Sovereign Forex has for years acted as a front company for Gazprom senior executives.

Using a number of Russian companies, one of which is named "Beloye Ozero" (White Lake), Sovereign Forex and the United Financial Group have systematically bought Gazprom shares on behalf of Gazprom senior executives. It is estimated that Sovereign now controls approximately 1 billion shares, or 4% of Gazprom.

In addition to buying Gazprom shares, Sovereign Forex has set up personal, ciphered offshore accounts for Chernomyrdin, former Gazprom Chairman Rem Vyakhirev and other senior Gazprom managers in Gibraltar, the Channel Islands, the Seychelles and the Bahamas. In December 1999, the company assisted in establishing accounts in Monaco for former President Yeltsin and his family. It is believed that the Chandlers and their companies have similar relationships, although on a smaller scale, with the senior management of Lukoil and the electric power monopoly, UES.

### D) Non-Russian Clients

Through their various companies, the Chandlers also are able to launder funds and "hold" shares on behalf of non-Russian companies, which wish to remain anonymous. Sources report that among these companies are BP/Amoco, Total/Fina/Elf, and the Trump Group.

### E) Chandler's Links to Organized Crime

In the fall of 2002, Russian authorities learned that the Chandlers were involved in laundering money for two notorious Russian organized criminal groups, the Solnetsevo Group in Moscow and the Far Eastern Group centered in Vladivostok and Nakhodka. This news alarmed the high-level "protectors" of the Chandlers, and in September the brothers were told that if they wanted to continue their lucrative activities in Russia, they would have to sever their ties with the Russian underworld. The Chandlers agreed to do so, but there is some question if they actually fulfilled the agreement.

Indeed, authorities in Switzerland and elsewhere have suspected the Chandlers and CAI have been engaged in systematic money laundering on behalf of both organized crime members and others in Russia and elsewhere. On October 7th 2002, the Swiss investigation resulted in a number of legal actions against Sovereign Finance Group when a Swiss court ordered the company closed because of alleged money laundering activities in Russia and the Caribbean. It is our understanding from this source that the Swiss Federal Banking Commission ruled at the end of September that the group should be shut down.

Following their decision, police searches and other sweeps commenced at the Zurich offices of Sovereign (Forex) Ltd., Sovereign Capital Management AG, Sovereign Finance Group AG and the Zurich branch of Sovereign Bank Corp. Ltd. Following the initial police actions, a "closure order" was issued by the Swiss magistrate.

Following the police action and the judicial investigation, it was determined that separate from the alleged money laundering activities, it was revealed that Sovereign did not have a banking license. Our source reported that part of the evidence recovered during the raids in early October, was specific and credible evidence that Sovereign Forex had used Credit Agricole Indosuez's offices in Geneva as one of the main money laundering entry ports for Chechen organized crime elements, as well as for its clients who were former high-ranking officials in the Russian government.

When one compares the information available through open and public sources, against that which we obtained from closed and proprietary sources, we found that Sovereign Forex is considered a very discreet, quiet and illusive firm that has come to the attention of the Russian Federal Securities Commission because of claims that it has made on its Russian web site. While the Sovereign Forex has advertised widely in magazines such as Dengi or Money magazine, people in the Moscow brokerage industry know little about the firm.

One of the key words used throughout the Russian Web site of Sovereign Forex is "confidentiality" and repeated claims are made that "Sovereign Finance Group works with a broad range of customers, various financial institutions -- including central banks of several countries -- professional investing companies, asset management corporations, [and] exclusive private customers." The company also offered clients interbank services "under the same conditions as the largest banks, like Credit Suisse or Deutsche Bank." Needless to say, no mention is ever made about its relationship with CAI within open sources.

As to the ongoing Swiss investigation, it is our understanding that they have requested the assistance of authorities in St. Vincent & the Grenadines as it pertains to Sovereign Bank Corp. Ltd., which is an affiliated offshore bank of Sovereign Forex, Ltd., and is one of the facilities used by the Chandlers to wash money on behalf of its Russian clients, including organized crime members from that country.

Regulators St. Vincent & the Grenadines appointed a "controller" based upon the Swiss investigation into not only Sovereign Bank, but a facility identified as Eastern Caribbean Central Bank.

### F) Political Protection for the Chandlers

The Chandler brothers and their activities have the blessing and protection of the most influential political circles in Russia. They include former Gazprom officials such as Chenomyrdin and Vyakhirev; current Gazprom board member and former deputy prime minister and finance minister Boris Fyodorov; former President Yeltsin and members of his family; and, finally, President Putin and members of his inner circle. As a result of their relationships with these powerful individuals, the Chandlers are virtually "untouchable" by Russian police and regulatory bodies. In the period 2001-2002, Russian authorities tried three times to open criminal investigations into the Chandlers and their businesses in Russia. On all three occasions they were ordered not to proceed.

### G) Relationship with Credit Agricole

The relationship between the Chandler brothers and Credit Agricole began in 1996. In May of that year the older brother, Richard, entered into a "gentlemen's agreement" with an unidentified vice-president of Credit Agricole in Geneva. Under the terms of the agreement, the Sovereign Group would use the bank to channel money of its Russian clients through Switzerland to offshore accounts around the world. This arrangement has been very successful and is still in force today.

At the end of 1998 Credit Agricole asked the Chandlers for help in its dispute with the National Reserve Bank of Russia (NRB). Credit Agricole wanted to drive the NRB out of business. The Chandlers used their close ties with the then President of Gazprom Rem Vyakhirev to have Gazprom withdraw from an arrangement with NRB in which it guaranteed 30% of the bank's registered capital. This put tremendous pressure on the NRB. In September 2000, Credit Agricole paid the Chandlers $10 million for this assistance.

But this apparently was not enough. In early July 2002, Credit Agricole again asked to use their influence with Gazprom to exert further pressure on the NRB. This time the Chandlers asked for $20 million for their assistance. After some bitter bargaining, Credit Agricole finally agreed. As a result, the Chandlers are using their leverage with senior Gazprom management, including board member Fyodorov, to force Gazprom to withdraw all Gazprom funds on deposit with the NRB.

CONFIDENTIAL MEMORANDUM TO FILE
Richard Chandler Limited Global Scan Investigation
February 24, 2003
Page 15 of 134

### H) Other Efforts To Tortuously Interfere In
### The Relationship Between NRB and GazProm

Apparently CAI was not satisfied with the November 1998 campaign on NRB which resulted in the above payment to the Chandlers in September 2000.

So, in early July 2002 they once again met in Geneva to discuss a second, more intensive campaign to harm NRB in its relationships with key customers. In that regard, the Chandlers agreed to participate in the plan, but the terms were drastically different than the first campaign, and the fees were double or $20 million to complete the task.

This result in what was characterized as "bitter negotiations" between the Chandlers and CAI. Apparently, the Chandlers would incur significant expenses and personal risk to carry out the plan of CAI, but after considerable discussion, it was agreed that should the Chandlers be successful in their efforts in harming NRB by causing a run on the bank by its key depositors that it controlled, they would be paid the $20 million fee.

Here again, one of the keys to this plot was to have GazProm as well as a number of its former high-level executives (who at the same time were customers of the Chandlers and their many companies) commence moving their relationships to other banks.

In the July 2002 plan, the Chandlers agreed to work directly with a GazProm board member who apparently agreed to participate in exchange for a fee. The Board Member, identified as Boris Federov is believed to be either a customer of the Chandlers or someone that they believe can be influenced.

To date, the Chandlers have not successfully completed the July 2002 action plan, but their efforts are ongoing and it is our information that Mr. Federov continues to work at causing harm to NRB on behalf of Chandler and CAI.

### I) Personal and Business Background of
### Richard and Christopher Chandler

The Chandlers originally hail from Hamilton, New Zealand, and came from a family of retailers. Their father was a wealthy person who owned significant assets in New Zealand and Australia. The sons took the money, estimated to be about $50 million and invested most of it in emerging markets in South America and in Southeast Asia.

The Chandlers were deeply involved in real estate in Hong King and Macao and had long relationships with the Bank of China and the Hong Kong Shanghai Banking Corporation, as well as other institutions in Hong Kong and Macao. Fortunately for them, they made most of their money before the great real estate blow out in the 1990s.

Starting in 1992, they began to shift their assets to Brazil, Argentina and other parts of South America. One of their first investments was with Telebras, the largest telephone company in Brazil. Here again, they were in and out of Brazil before its near-collapse in the late 1990s.

In around 1994 and 1995, they began investing in the Czech Republic, most principally with a company known as Technistone, AS. While we have not confirmed this claim, it is believed that the Chandlers also began to set up a series of off shore facilities to hide their own money and to assist other Russian-based elements in the secretion of their funds too.

This was started when they began investing in Sun Brewing, now known as Sun Interbrew. We also confirmed that they were deeply involved in a number of steel, aluminum, and mineral corporations in Russia that included Novolipetsk.

The Chandlers are no strangers to long, difficult and complex fights for control of companies in Russia. One of their targets was the Novolipetsk steel plant, which is part of Novolipetsk Metallurgical Group Joint Stock Co., located at Pl. Metallurgov 2 Lipetsk, 398040 Russia. We believe that this company later became part of the Interros Holding Company, 129090 Moscow, Ul. Shchepkina 32, Russia, telephone +7 (95) 726 57 54.

The president of Interros Holding is listed as Vladimir Olegovich Potanin and the general director is Dmitriy Lvovich Ushakov.

Since the Chandlers involvement in Novolipetsk, they also became enmeshed in a much more controversial and violent struggle that involved GazProm.

These same sources report that both gentlemen, but particularly Richard, are believed to be front men for former high level officials of GazProm who were ousted as a result of the on going blood feud that has beset the company. The ousted officials are directly connected to Russian organized crime persons. One source believes that these men pose significant problems because their intention is to act as front men financiers, using off shore corporations to wash money and real estate trusts.

CONFIDENTIAL MEMORANDUM TO FILE
Richard Chandler Limited Global Scan Investigation
February 24, 2003
Page 17 of 134

We are told that they have a number of corporate affiliations, executive associations, etc., with several off shore companies in France, Switzerland, Jersey, Isle of Man, Channel Islands, UK, Bermuda and the Cayman Islands. These are facilities that they or persons on their behalf of created for the benefit of Russian businesspersons and former Russian ministry members.

### *J) Executive Affiliations and Corporate Associations*

We checked a number of sources outside of the United States and found that the Chandler brothers directly or indirectly control a number of companies that are related to Sovereign Fourex. These companies include:

1. Sovereign Securities, Ltd.
2. Parnell Enterprises, Ltd.
3. Chandler Investment Inc. Ltd.
4. Admiral Investments, Ltd.
5. Reldan Investments, Ltd.
6. Sovereign Finance, Ltd.
7. Chandler Apparel Corp. Ltd.
8. Standard Securities Ltd.
9. Zorin Investments Ltd
10. Geneva Investments Ltd
11. Pelican Ltd.
12. Patenoster Triustees Ltd
13. Paternoster Nominees Ltd
14. Eurocapital Finance Ltd
15. Sovereign Plaza Ltd
16. Societe du Corniche

At present, we have not traced all of these companies or determined if any have links to Credit Agricole Indosuez, but will complete this task in due course.

It is our understanding that these companies are all created in Switzerland, BVI, Bermuda, and other cash haven countries and represent the interests of Russian organized crime members, as well as high-level former GazProm executives who looted the company of its assets.

We are seeking to determine the identities of these executives and will report our findings under separate cover.

There are four categories of data that are available on both men.

CONFIDENTIAL MEMORANDUM TO FILE
Richard Chandler Limited Global Scan Investigation
February 24, 2003
Page 18 of 134


A.     <u>Homeland Human Intelligence Asset Scan</u> - (Russia and Monaco) This will detail derogatory, negative or negative-inference data on both men and two of their companies.  All of the data is in Russian and must be translated.  In some cases, original class documents can be obtained to support the profile.  The cost is estimated to be around $29,000, but the quality of the product is deemed to be extremely high, according to one Russian expert with whom we have consulted and is familiar with the ultimate source and that person's access.

It is believed that the turnaround time for production of the files and translate the reports is about 27 days. Because the sources are outside of the United States, they must be prepaid in full before the engagement is accepted.

B.     <u>Homeland Human Intelligence Asset Scan</u> - (New Zealand, Australia, Nauru, and Hong Kong) Another source reported that significant information about the men exists in these countries and none of it is available through online public database systems. The source indicated that a brief perusal of the data revealed that while it is considered "dated," it has significant implications on the history of the gentlemen and their plans and intentions. The cost to obtain the 7 files that have been thus far identified and located is about $19,300.  The turnaround time is about 19 days.

C.     <u>Global Scans Richard Chandler, Christopher Chandler and one company</u> -- The names of both men are very common and have flooded the database systems.  For example, in just one region, we found over 200 leads for R and 288 for C that pertain to corporate affiliations, banking, financial and credit relationships. A worldwide Scan, with special emphasis on the countries listed in A and B above would be about $12,800 per person.  We also recommend that a full Global Scan be done on the Chandler-controlled company.  The cost for this scan is $19,200 for a search in the 9 countries to which this company has links.

D.     <u>Archive Data</u> - We have done studies on three of the companies cited in the article that you forwarded to us.  In one cases, we found 92 hits for C and 33 for R.  Thus, a significant amount of data exists that can be reformatted from the old tapes and used in the report.  The problem is that in each of those cases, we did hundreds of searches and therefore, it will take some time to go through all of the data files in order to make certain that we have obtained all of the leads.

In some cases, the downloads are non-text searchable and therefore, must be hand read, a real pain. In other cases, the downloads are in Russian or Czech.  Cost is estimated at about $4,590.

With regard to the above proposals, we must estimate the unforeseeable costs and disbursements, which are rather difficult to forecast. Our experience is that the total expenses should never exceed 12% of the total amount of the fees.

**CONFIDENTIAL MEMORANDUM TO FILE**
**Richard Chandler Limited Global Scan Investigation**
**February 24, 2003**
**Page 19 of 134**

### *1) Sovereign Fourex*

Sovereign Fourex is another company that is owned by the Chandlers and is believed to be a key link to Credit Agricole on behalf of various elements in Russia and elsewhere. The company is very complex, and is basically a front for Russians who secretly control GazProm. Much detail is available on this firm and its links to Credit Agricole. Our sources indicate that Sovereign Fourex is a major money-laundering source for the Chandlers and others and is used as their conduit to Credit Agricole.

Seven abstracts for Sovereign Fourex in Switzerland and Bristol, most of which are in German and can be interpreted at the next level of searching, appear below:

```
                              SOVEREIGN (FOREX) LTD
                              REGISTRATION NO.: 02823960

OPERATING-STATUS: DISSOLVED

EXECUTIVE LIST:
  JEFFREY REVELL-READE
  BABURAI TARACHAND SHAH
  STEPHEN BERNARD WHEATLEY

* * * * * * * * * * * * * * EXECUTIVE * * * * * * * * * * * * * * * * *

JEFFREY REVELL-READE
ADDRESS: FLAT 16 RICHMOND BRIDGE MANSIONS, WILLOUGHBY ROAD, RICHMOND.
NATIONALITY: AUSTRALIAN
OCCUPATION: CONSULTANT
POSITION:
APPOINTMENT          APPOINTMENT    APPOINTMENT    COMPANIES HOUSE   CURRENT
TYPE                 DATE           DOCUMENT       UPDATE DATE       POSITION

APPOINTED AS DIRECTOR  4/25/1995     G288           4/1/1996          YES

BIRTH-DATE: OCTOBER 13, 1964
```

CONFIDENTIAL MEMORANDUM TO FILE
Richard Chandler Limited Global Scan Investigation
February 24, 2003
Page 20 of 134

[DOCUMENT CONTINUED]

BABURAI TARACHAND SEAH
ADDRESS: 73 ADDISON AVENUE, SOUTHGATE, LONDON. N14 4AJ
NATIONALITY: BRITISH
FUNCTION CODE: COMPANY SECRETARY
POSITION:

| APPOINTMENT TYPE | APPOINTMENT DATE | APPOINTMENT DOCUMENT | COMPANIES HOUSE UPDATE DATE | CURRENT POSITION |
|---|---|---|---|---|
| APPOINTED AS SECRETARY | 4/8/1994 | G288 | 4/1/1996 | YES |

BIRTH-DATE: SEPTEMBER 21, 1939

STEPHEN BERNARD WHEATLEY
ADDRESS: 21 ORLANDO COURT, ORLANDO ROAD, LONDON. SW4 0LD
NATIONALITY: BRITISH
OCCUPATION: FOREIGN EXCHANGE DEALER
FUNCTION CODE: COMPANY SECRETARY
POSITION:

| APPOINTMENT TYPE | APPOINTMENT DATE | APPOINTMENT DOCUMENT | COMPANIES HOUSE UPDATE DATE | CURRENT POSITION |
|---|---|---|---|---|
| APPOINTED AS DIRECTOR | 6/3/1993 | INCORPORATION | 4/1/1996 | YES |

BIRTH-DATE: JUNE 27, 1963

---

SOVEREIGN (FOREX) LTD, SUCCURSALE DE GENEVE
RUE DU RHONE 118
1204 GENEVE
SCHWEIZ / SWITZERLAND

CREFO-NR: 80080987
TELEPHONE: 022/ FAX: 022/
LEGAL-STATUS: ZWEIGNIEDERL. AUSLAEND.GESELLSCH.   / HANDELSREGISTEREINTRAG: 30.09.1996
HR-TEXT: ACTIVITE DE SOCIETE FINANCIERE A L'ETRANGER; PLACEMENT, ACHAT, VENTE ET ADMINISTRATION DE
BIENS; CONSEILS DANS LES DOMAINES DES PAPIERS-VALEURS ET DE LA BOURSE

   EINTRAG IN HANDELSREGISTER / TRADE REGISTER: 30.09.1996

DESCRIPTION:   MAISON-MERE: ZUERICH

CONFIDENTIAL MEMORANDUM TO FILE
Richard Chandler Limited Global Scan Investigation
February 24, 2003
Page 21 of 134

```
                              SOVEREIGN (FOREX) LTD
                                 SEIDENGASSE 6
                                  8001 ZUERICH
                              SCHWEIZ / SWITZERLAND

CREFO-NR: 220295301
TELEPHONE: 0 1/213.18.00 FAX: 0 1/222.08.30
EMPLOYEES: 24
LEGAL-STATUS: AKTIENGESELLSCHAFT / HANDELSREGISTEREINTRAG: 28.10.1977
CAPITAL: 1000000000
INDUSTRY-CODE: 7549
INDUSTRY-TYPE: 7549 SONSTIGE KOMMERZIELLE DIENSTE

HR-TEXT: HAUPTSAECHLICH HANDEL MIT DEVISEN IM IN- UND AUSLAND SOWIE VERMITTLUNG, ERWERB, VERWALTUNG
UND VERAEUSSERUNG VON VERMOEGENSWERTEN JEGLICHER ART AUF EIGENE ODER FREMDE RECHNUNG; BERATUNG AUF
DEM GEBIET DER WERTPAPIER- UND WARENBOERSEN; BETEILIGUNG AN UND FINANZIERUNG VON UNTERNEHMEN UND
DURCHFUEHRUNG VON HANDELSGESCHAEFTEN ALLER ART SOWIE AUSUEBUNG VON TREUHANDFUNKTIONEN UND SONSTIGEN
DIENSLEISTUNGEN SOWIE ALLE RECHTSGESCHAEFTE, DIE DEM ZWECK DER UNTERNEHMUNG FOERDERLICH SIND.

    EINTRAG IN HANDELSREGISTER / TRADE REGISTER: 12.04.2002

DESCRIPTION: DAS UNTERNEHMEN BEFASST SICH MIT DER FUEHRUNG EINES BRANCHENBEZOGENEN BETRIEBES.

    MAN IST IN FOLGENDEM BEREICH TAETIG:

    - INTERNATIONALER DEVISENHANDEL

    DIE FIRMA HAT INTERNATIONALE KUNDEN; DIE AKTIVITAET WICKELT SICH JEDOCH AUSSCHLIESSLICH IN DER
SCHWEIZ AB.

    PERSONALBESTAND:

    1998: 24

    1999: 24

    2000: 24

  GESCHAEFTSGANG: KEIN NAEHERER EINBLICK MOEGLICH

  FILIALE(N):    -
  EX-ZWEIGNIEDERLAS. RUE DU RHONE 118

CAPITAL-INFO:

  KAPITALART: AKTIENKAPITAL

  KAPITAL: SFR. 10'000'000.00

  LIBIERUNG: 100% LIBERIERT
```

21

CONFIDENTIAL MEMORANDUM TO FILE
Richard Chandler Limited Global Scan Investigation
February 24, 2003
Page 22 of 134

[DOCUMENT CONTINUED]

KAPITALGLIEDERUNG:

GLIEDERUNGSART: INHABERAKTIEN

ANZAHL: 10'000

STUECKELUNGSBETRAG: SFR. 1'000.00

BEWERTUNGSART: ; ;

KAPITALBEMERKUNG: IM LAUFE DES JAHRES 1999 IST EINE AKTIENKAPITALERHOEHUNG AUF SFR. 15.00 MIO.
VORGESEHEN.

CAP-CHANGES:

KAPITALAENDERUNG:
KAPITALART: AKTIENKAPITAL
GV DATUM: 21.07.1998
AENDERUNGSART: NACHLIB.
BETRAG ALTES KAPITAL: SFR. 5'000'000.00
BETRAG NEUES KAPITAL: SFR. 10'000'000.00

EXECUTIVES:

BEZUGSART: 01 GREMIUM/ORGAN / COMMITTEE
GREMIUM: VERWALTUNGSRAT
STELLUNG: PRAESIDENT
NAME: WERNER ANGELO FURRER
ORT: ZUERICH
LAND: SCHWEIZ / SWITZERLAND
ZEICHNUNGSBERECHTIGUNG: KOLLEKTIVUNTERSCHRIFT ZU ZWEIEN
NATIONALITAET: SCHWEIZ
BUERGERORT: ZUERICH ZH, GOSSAU ZH

BEZUGSART: 01 GREMIUM/ORGAN / COMMITTEE
GREMIUM: VERWALTUNGSRAT
STELLUNG: MITGLIED
NAME: DR.IUR. MARTIN GROSSMANN
ORT: DUEBENDORF
LAND: SCHWEIZ / SWITZERLAND
ZEICHNUNGSBERECHTIGUNG: KOLLEKTIVUNTERSCHRIFT ZU ZWEIEN
NATIONALITAET: SCHWEIZ
BUERGERORT: HOELSTEIN, ZUERICH

BEZUGSART: 01 GREMIUM/ORGAN / COMMITTEE
GREMIUM: VERWALTUNGSRAT
STELLUNG: MITGLIED
NAME: RUDOLF MAAG
ORT: NIEDERWIL AG
LAND: SCHWEIZ / SWITZERLAND
ZEICHNUNGSBERECHTIGUNG: KOLLEKTIVUNTERSCHRIFT ZU ZWEIEN
NATIONALITAET: SCHWEIZ
BUERGERORT: HUETTWILEN

CONFIDENTIAL MEMORANDUM TO FILE
Richard Chandler Limited Global Scan Investigation
February 24, 2003
Page 23 of 134

```
                              [DOCUMENT CONTINUED]

BEZUGSART: 01 GREMIUM/ORGAN / COMMITTEE
GREMIUM: REVISIONSSTELLE
NAME: TREUHANDBUERO ROLF SCHWEIZER
ORT: USTER
LAND: SCHWEIZ / SWITZERLAND
RECHTSFORM: EINZELFIRMA
HANDELSREGISTEREINTRAG: 18.11.1998

BEZUGSART: 01 GREMIUM/ORGAN / COMMITTEE
GREMIUM: AKTIONAER
STELLUNG: ALLEINAKTIONAER
NAME: SOVEREIGN FINANCE GROUP LTD
ORT: ZUERICH
LAND: SCHWEIZ / SWITZERLAND
RECHTSFORM: AKTIENGESELLSCHAFT
HANDELSREGISTEREINTRAG: 22.12.1998
KAPITALART: AKTIENKAPITAL
KAPITAL: SFR. 1'000'000.00
KAPITALBETEILIGUNG:
BETEILUNGSART: KAPITALANTEIL
ANTEIL IN PROZENT: 100
ANTEIL ABSOLUTE: SFR.0.00

BEZUGSART: 01 GREMIUM/ORGAN / COMMITTEE
GREMIUM: GESCHAEFTSLEITUNG
STELLUNG: GESCHAEFTSLEITER
NAME: RUDOLF MAAG
ORT: NIEDERWIL AG
LAND: SCHWEIZ / SWITZERLAND
ZEICHNUNGSBERECHTIGUNG: KOLLEKTIVUNTERSCHRIFT ZU ZWEIEN
NATIONALITAET: SCHWEIZ
BUERGERORT: HUETTWILEN

BEZUGSART: 01 GREMIUM/ORGAN / COMMITTEE
GREMIUM: GESCHAEFTSLEITUNG
STELLUNG: GESCHAEFTSLEITER
NAME: SUSANNE WITZIG
ORT: MAENNEDORF
LAND: SCHWEIZ / SWITZERLAND
ZEICHNUNGSBERECHTIGUNG: KOLLEKTIVUNTERSCHRIFT ZU ZWEIEN
NATIONALITAET: SCHWEIZ
BUERGERORT: LAUFEN-UHWIESEN
```

CONFIDENTIAL MEMORANDUM TO FILE
Richard Chandler Limited Global Scan Investigation
February 24, 2003
Page 24 of 134

[DOCUMENT CONTINUED]

BALANCE:
BILANZ:

| JAHR: | | 1997 | 1998 |
|---|---|---|---|
| FLUESSIGE MITTEL | SFR. | 954'933.00 | 6'127'118.00 |
| KUNDENGUTHABEN | SFR. | 6'271'091.00 | 6'102'856.00 |
| AKTIV-DARLEHEN | SFR. | 239'131.00 | 7'051'321.00 |
| UEBRIGE AKTIVEN | SFR. | 40'987.00 | 335'396.00 |
| EINRICHTUNGEN/ANLAGEN/FAHRZEUGE | SFR. | 174'576.00 | 540'862.00 |
| BILANZSUMME | SFR. | 7'680'718.00 | 20'157'553.00 |
| BANKSCHULDEN | SFR. | 382'829.00 | 2'718.00 |
| KUNDENGELDER | SFR. | 5'019'761.00 | 9'394'522.00 |
| TRANSITORISCHE PASSIVEN | SFR. | 41'059.00 | 188'000.00 |
| DARLEHENSSCHULDEN | SFR. | 422'695.00 | 66'142.00 |
| RUECKSTELLUNGEN | SFR. | 56'800.00 | 20'960.00 |
| AKTIENKAPITAL | SFR. | 1'500'000.00 | 10'000'000.00 |
| GESETZLICHE RESERVEN | SFR. | 0.00 | 13'000.00 |
| GEWINNVORTRAG | SFR. | 96'613.00 | 244'574.00 |
| GEWINN | SFR. | 160'961.00 | 227'637.00 |

PER 31.12. AKTIV-DARLEHEN = GUTHABEN NAHESTEHENDE GESELLSCHAFTEN (NEUERE ZAHLEN SIND NICHT
ERHAELTLICH: 19.07.2001)

RFOLGSZAHLEN:

| JAHR: | | 1997 | 1998 |
|---|---|---|---|
| ERTRAG | SFR. | 5'259'518.00 | 7'461'268.00 |
| VERWALTUNGSAUFWAND | SFR. | 4'273'791.00 | 7'233'662.00 |
| NEUTRALAUFWAND | SFR. | 765'800.00 | 0.00 |
| STEUERN | SFR. | 57'967.00 | 31.00 |
| REINGEWINN | SFR. | 160'961.00 | 227'637.00 |

ERTRAG = OPERATIVES ERGEBNIS NEUTRALAUFWAND = AUSSERORDENTLICHER AUFWAND (NEUERE ZAHLEN SIND NICHT
ERHAELTLICH: 19.07.2001)

PROPERTY:
  IMMOBILIENART: KEIN GRUNDEIGENTUM
  BEWERTUNG: SFR.  0.00
  HYPOTHEK: SFR.  0.00

BANK:  ZUERCHER KANTONALBANK; ZUERICH-HOENGG

ADDRESS-CHANGE:
  DATUM: 01.07.1998
  LETZTES DOMIZIL: ZUERICH, BAHNHOFSTR. 71
  NEUES DOMIZIL: ZUERICH, SEIDENGASSE 6

**CONFIDENTIAL MEMORANDUM TO FILE**
**Richard Chandler Limited Global Scan Investigation**
**February 24, 2003**
**Page 25 of 134**

```
                              SOVEREIGN FINANCE GROUP LTD
                                  BAHNHOFSTRASSE 71
                                    8001 ZUERICH
                                 SCHWEIZ / SWITZERLAND

CREFO-NR: 250198879
LEGAL-STATUS: AKTIENGESELLSCHAFT / HANDELSREGISTEREINTRAG: 22.12.1998
CAPITAL: 100000000
HR-TEXT: ERWRB UND HALTEN VON BETEILIGUNGEN UND FINANZIERUNGEN IM IN- UND AUSLAND; KANN GRUNDSTUECKE
ERWERBEN, HALTEN UND VERAEUSSERN.

   EINTRAG IN HANDELSREGISTER / TRADE REGISTER: 22.12.1998

CAPITAL-INFO:

  KAPITALART: AKTIENKAPITAL

  KAPITAL: SFR. 1'000'000.00

  LIBIERUNG: 100% LIBERIERT

  KAPITALGLIEDERUNG:

  GLIEDERUNGSART: INHABERAKTIEN

  ANZAHL: 1'000

  STUECKELUNGSBETRAG: SFR.  1'000.00

  BEWERTUNGSART: ; ;

EXECUTIVES:

  BEZUGSART: 01 GREMIUM/ORGAN / COMMITTEE
  GREMIUM: VERWALTUNGSRAT
  STELLUNG: PRAESIDENT
  NAME: WERNER ANGELO FURRER
  ORT: ZUERICH
  LAND: SCHWEIZ / SWITZERLAND
  ZEICHNUNGSBERECHTIGUNG: KOLLEKTIVUNTERSCHRIFT ZU ZWEIEN
  NATIONALITAET: SCHWEIZ
  BUERGERORT: ZUERICH ZH, GOSSAU ZH

  BEZUGSART: 01 GREMIUM/ORGAN / COMMITTEE
  GREMIUM: VERWALTUNGSRAT
  STELLUNG: MITGLIED
  NAME: MARKUS ODERMATT
  ORT: ZUERICH
  LAND: SCHWEIZ / SWITZERLAND
  ZEICHNUNGSBERECHTIGUNG: KOLLEKTIVUNTERSCHRIFT ZU ZWEIEN
  NATIONALITAET: SCHWEIZ
  BUERGERORT: DALLENWIL, ZUERICH
```

**CONFIDENTIAL MEMORANDUM TO FILE**
**Richard Chandler Limited Global Scan Investigation**
**February 24, 2003**
**Page 26 of 134**

[DOCUMENT CONTINUED]

```
AMTLICHE NEGATIVMITTELUNG:
SPERRBEZEICHNUNG: KONKURSEROEFFNUNG
DATUM DER VERUEGUNGSMITTELUNG: 08.08.2001
DATUM DER VERFUEGUNGSSTANDES: 27.09.2001; EINSTELLUNG MA. AKTIVEN

BEZUGSART: 01 GREMIUM/ORGAN / COMMITTEE
GREMIUM: REVISIONSSTELLE
NAME: *ALCAZAR REVISIONS- & BERATUNGS AG IN LIQUIDATION
ORT: ZUERICH
LAND: SCHWEIZ / SWITZERLAND
RECHTSFORM: AKTIENGESELLSCHAFT
HANDELSREGISTEREINTRAG: 12.12.1990
KAPITALART: AKTIENKAPITAL
KAPITAL: SFR. 100'000.00

AMTLICHE NEGATIVMITTELUNG:
SPERRBEZEICHNUNG: AUFLOESUNG VON AMTES WEGEN

BEZUGSART: 02 BETEILIGUNG / SHAREHOLDER
GREMIUM: AKTIONAER
STELLUNG: ALLEINAKTIONAER
NAME: SOVEREIGN (FOREX) LTD
ORT: ZUERICH
LAND: SCHWEIZ / SWITZERLAND
RECHTSFORM: AKTIENGESELLSCHAFT
HANDELSREGISTEREINTRAG: 28.10.1977
KAPITALART: AKTIENKAPITAL
KAPITAL: SFR. 10'000'000.00
KAPITALBETEILIGUNG:
BETEILUNGSART: KAPITALANTEIL
ANTEIL IN PROZENT: 100
ANTEIL ABSOLUTE: SFR.0.00
```

**CONFIDENTIAL MEMORANDUM TO FILE**
**Richard Chandler Limited Global Scan Investigation**
**February 24, 2003**
**Page 27 of 134**

```
                        TREUHANDBUERO ROLF SCHWEIZER
                           SONNENBERGSTRASSE 11
                                8610 USTER
                            SCHWEIZ / SWITZERLAND

CREFO-NR: 250185167
LEGAL-STATUS: EINZELFIRMA / HANDELSREGISTEREINTRAG: 18.11.1998

HR-TEXT: FUEHREN EINES TREUHANDBUEROS; ANBIETEN SAEMTLICHER DIENSTLEISTUNGEN IM BEREICH DES
WIRTSCHAFTSPRUEFERS, INSBESONDERE BUCHPRUEFUNGEN, STEUER- UND UNTERNEHMUNGSBERATUNGEN.

    EINTRAG IN HANDELSREGISTER / TRADE REGISTER: 10.12.1999

DESCRIPTION: ZEITUNGSMELDUNG 26.11.99: TRS TREUHANDBUERO ROLF SCHWEIZER, UMZUG, NEU AB 1.12.1999:
SONNENBERGSTR. 11 (MUEHLE NIEDERUSTER), 8610 USTER, TEL. 01/940.74.85 UND FAX 01/994.54.88, E-MAI:
ROLLOSWISS@BLUEWIN.CH

    EXECUTIVES:

    BEZUGSART: 01 GREMIUM/ORGAN / COMMITTEE
    GREMIUM: INHABER
    NAME: ROLF SCHWEIZER
    ORT: GREIFENSEE
    LAND: SCHWEIZ / SWITZERLAND
    ZEICHNUNGSBERECHTIGUNG: EINZELUNTERSCHRIFT
    NATIONALITAET: SCHWEIZ
    BUERGERORT: MOGELSBERG

    BEZUGSART: 02 BETEILIGUNG / SHAREHOLDER
    GREMIUM: REVISIONSSTELLE
    NAME: SOVEREIGN (FOREX) LTD
    ORT: ZUERICH
    LAND: SCHWEIZ / SWITZERLAND
    RECHTSFORM: AKTIENGESELLSCHAFT
    HANDELSREGISTEREINTRAG: 28.10.1977
    KAPITALART: AKTIENKAPITAL
    KAPITAL: SFR. 10'000'000.00

ADDRESS-CHANGE:
    DATUM: 10.12.1999
    LETZTES DOMIZIL: GREIFENSEE, BURSTWIESENSTR.59
    NEUES DOMIZIL: USTER, SONNENBERGSTR. 11

PUB-TYPE: COMPANY PROFILE

LANGUAGE: GERMAN; DEUTSCH

NAME-CHANGE:
    DATUM: 10.12.1999
    ALTES DOMIZIL: SCHWEIZER ROLF,DIPL.WIRTSCH.PR
    NEUES DOMIZIL: TREUHANDBUERO ROLF SCHWEIZER
    BEMERKUNG ZU NAMENS/DOMIZILWECHSEL: ALTER FIRMANAMEN: SCHWEIZER ROLF, DIPL. WIRTSCHAFTSPRUEFER
```

CONFIDENTIAL MEMORANDUM TO FILE
Richard Chandler Limited Global Scan Investigation
February 24, 2003
Page 28 of 134

```
                              SOVEREIGN (FOREX) LTD
                           REGISTRATION NO.: 02823960
                 ST KILIAN HOUSE, 38 WHITELADIES ROAD, CLIFTON BRISTOL.
                                     BS8 2LG

* * * * * * * * * * * * *    COMPANY DETAILS    * * * * * * * * * * * * * *

COMPANY TYPE: PRIVATE LIMITED WITH SHARE CAPITAL; DISSOLVED ON AUGUST 24, 1999; DISSOLVED COMPANY.

INCORPORATION: JUNE 3, 1993

DATE OF LAST ANNUAL RETURN: JUNE 3, 1996

EMPLOYEES: N/A

SIC-CODE: 65230 OTHER FINANCIAL INTERMEDIATION NOT ELSEWHERE CLASSIFIED

* * * * * * * * * * * * * *    ACCOUNTS DETAILS    * * * * * * * * * * * * * *

LAST FILED ACCOUNTS: MARCH 31, 1995

ACCOUNTS TYPE: SMALL COMPANY

ACCOUNTING REFERENCE DATE: MARCH 31

ISSUED CAPITAL (GBP): 100

* * * * * * * * * * * *    BALANCE SHEET (SUMMARY)    * * * * * * * * * * * *

DATE OF ACCOUNTS    31/03/1994
```

| TURNOVER (GBP) | N/A | N/A | N/A |
|---|---|---|---|
| NET ASSETS (GBP) | 187,000 | N/A | N/A |

```
* * * * * * * * *    ANALYSED DATA FOR MARCH 31, 1994    * * * * * * * * *

  ICC DIRECTORS
  ICC SHAREHOLDERS REPORTS
  ICC FINANCIAL ANALYSIS REPORTS

* * * * * * * * * * * * * * * * *    HISTORY    * * * * * * * * * * * * * * * *

PREVIOUS NAME: IRON HORSE LIMITED

DATE OF NAME CHANGE: OCTOBER 25, 1993

PREVIOUS ADDRESS: 42A BUCKINGHAM PALACE ROAD, LONDON SW1N 0RE.

DATE OF ADDRESS CHANGE: MAY 14, 1997
```

CONFIDENTIAL MEMORANDUM TO FILE
Richard Chandler Limited Global Scan Investigation
February 24, 2003
Page 29 of 134

```
                              [DOCUMENT CONTINUED]

    * * * * * * * * * * * * FILING HISTORY * * * * * * * * * * * * * *
```

| DATE RECEIVED | DOCUMENT TYPE |
|---|---|
| 17/08/1999 | FINAL DISSOLUTION |
| 12/05/1999 | COMPANY IN LIQUIDATION ACCORDING TO COMPANIES HOUSE. |
| 12/05/1999 | RETURNS BY LIQUIDATORS OF THE FINAL MEETING ON WINDING UP |
| 02/06/1997 | COMPANY IN LIQUIDATION ACCORDING TO COMPANIES HOUSE. |
| 02/06/1997 | APPOINTMENT OF LIQUIDATOR FOR VOLUNTARY WINDING-UP |
| 28/05/1997 | RESOLUTION FOR VOLUNTARY WINDING-UP - INSOLVENT |
| 28/05/1997 | APPOINTMENT OF LIQUIDATOR - BY MEMBERS & CREDITORS |
| 28/05/1997 | NOTICE TO CREDITORS REQUESTING CREDITORS' DETAILS |
| 09/05/1997 | MEETING OF CREDITORS UNDER SEC 98 INSOLVENCY ACT 1986 |
| 05/07/1995 | CHANGE AMONG THE DIRECTORS OF A COMPANY |
| 08/06/1995 | PARTICULARS OF A MORTGAGE OR CHARGE |
| 11/01/1995 | ALTERATION IN MEMORANDUM OR ARTICLES OF ASSOCIATION |
| 24/02/1994 | CHANGE AMONG THE DIRECTORS OF A COMPANY |
| 29/09/1993 | MORTGAGE DOCUMENT |

```
                          SOVEREIGN (FOREX) LTD
                         REGISTRATION NO.: 02823960
              ST KILIAN HOUSE, 38 WHITELADIES ROAD, CLIFTON BRISTOL
                                  BS8 2LG


COMPANY-TYPE: PRIVATE LIMITED WITH SHARE CAPITAL; DISSOLVED COMPANY.
 DISSOLVED ON :AUGUST 24, 1999

INCORPORATION: JUNE 3, 1993
ISSUED-CAPITAL: (GBP) 100
TOTAL-ASSETS: (GBP) 1,974,000
SHAREHOLDERS FUNDS: (GBP) 70,000
SIC-CODE: 65230 OTHER FINANCIAL INTERMEDIATION NOT ELSEWHERE CLASSIFIED


TABLE OF CONTENTS: ACCOUNTS DESCRIPTION
ACCOUNT DETAILS
INDUSTRY AVERAGE
SECRETARY, DIRECTORS AND ADVISORS
AUDITOR AND BANKER


LAST FILED ACCOUNTS: MARCH 31, 1995

ACCOUNTS TYPE: SMALL COMPANY

ACCOUNTS LODGED DATE: APRIL 25, 1997

FYE: MARCH 31

ANNUAL-RETURN: JUNE 3, 1996
```

**CONFIDENTIAL MEMORANDUM TO FILE**
**Richard Chandler Limited Global Scan Investigation**
**February 24, 2003**
**Page 30 of 134**

```
                              [DOCUMENT CONTINUED]

INDUSTRY AVERAGES:
COMPARED TO 7997 COMPANIES IN THE SAME INDUSTRY SECTOR
(YEAR ENDING 1994)
SIC CODE:
65230 OTHER FINANCIAL INTERMEDIATION NOT ELSEWHERE CLASSIFIED
```

|  | LOWER | MEDIAN | UPPER |
|---|---|---|---|
| | | * * * INDUSTRY QUARTILES * * * | |
| PRETAX PROFIT / CAPITAL EMPLOYED (%) | 0.00 | 5.67 | 27.29 |
| PRETAX PROFIT / TOTAL ASSETS (%) | 0.00 | 2.56 | 11.69 |
| PRETAX PROFIT / SALES (%) | 0.00 | 15.46 | 65.04 |
| SALES / TOTAL ASSETS (%) | 2.17 | 11.25 | 92.29 |
| CREDIT PERIOD IN DAYS | | | |
| ((TRADE DEBTORS/SALES) X 365) | 78.80 | 0.00 | 0.00 |
| CURRENT ASSETS / CURRENT LIABILITIES | 0.63 | 1.21 | 3.09 |
| EMPLOYEE REMUNERATION / | | | |
| NO. OF EMPLOYEES (GBP) | 4339.28 | 13943.18 | 30783.34 |
| SALES / NO. OF EMPLOYEES (GBP) | 5437.50 | 29500.00 | 82125.00 |
| WAGES / TURNOVER (%) | 47.69 | 27.82 | 11.39 |

```
CREDIT-RATING: YEAR 0 = DISSOLVED


CREDIT-LIMIT: NO LIMIT ASSIGNED OR LIMIT SUSPENDED - FOR REASON SEE CREDIT SCORE

COMPANY SECRETARY: BABURAI TARACHAND SHAH

DIRECTOR(S):
JEFFREY REVELL-READE; CONSULTANT
STEPHEN BERNARD WHEATLEY; FOREIGN EXCHANGE DEALER


AUDITOR: DODSON LIFFORD HALL

BANKER: BARCLAYS BANK
```

Whether this preliminary information is correct or not is unknown, as it has not been verified. A Global Scan on this firm would cost $23,200.

CONFIDENTIAL MEMORANDUM TO FILE
Richard Chandler Limited Global Scan Investigation
February 24, 2003
Page 31 of 134

A search for news articles pertaining to *Sovereign (Forex)*, not all of which pertain to this company, returned the following results:

1. 10/18/02 Russian Bus. Monitor (Pg. Unavail. Online), 2002 WL 8712965    WPS: The Russian Business Monitor   SWISS "SOVEREIGN GROUP" LEFT RUSSIAN CLIENTS WITHOUT MONEY.   *TEXT*: The prosecutor's office of Zurich launched investigation into operations of   the Swiss company Sovereign Group, a representative office of which ...   Word Count: 229

2. 10/9/02 WMRC Daily Analysis (Pg. Unavail. Online), 2002 WL 104042145   WMRC Daily Analysis   Russian Money-Laundering Firm Closed   *TEXT*:   A Swiss court yesterday ordered the closure of Sovereign Finance   Group - a Zurich-based company active in Moscow (Russia), which has     allegedly ...   Word Count: 162

3. 10/8/02 Dow Jones Int'l News 07:35:00   Dow Jones International News   Sovereign Finance Closes On Suspicion Of Money-Laundering  *TEXT*:   ZURICH -(Dow Jones)- Swiss police and the country's banking watchdog have closed down Zurich-based financial company Sovereign Finance Group on ...   Word Count: 117

4. 7/24/02 Emerging Mkt. Daily News (Pg. Unavail. Online), 2002 WL 100416489   Emerging Markets Daily News   Sell Into Any Bond Rally  *TEXT*:   The bearish view that we adopted towards Nigerian fixed income assets   after the country's withdrawal from the IMF stand-by programme in March   ...   Word Count: 752

5. 10/16/01 World News Connection (Pg. Unavail. Online), 2001 WL 29288368   World News Connection   Interfax Daily Business Report for 16 Oct 01  *TEXT*:   CHIEF RUSSIAN FINANCIAL AND MACROECONOMIC INDICATORS BOT 10.16.2001   10.13.2001 1. Official Exchange 29.510 29.500 Rate of Ruble to Dollar   ...   Word Count: 6628

6. 10/15/01 Interfax (Moscow) (Pg. Unavail. Online), 2001 WL 29361249   Interfax (Moscow) NEWS  *TEXT*:   *** Russian industrial production grew 5.2% year-on-year in the first nine months of this year, the State Statistics Committee reported on   ...   Word Count: 1053

7. 10/8/01 Interfax (Moscow) (Pg. Unavail. Online), 2001 WL 29362237   Interfax (Moscow) MINFIN BONDS AND EUROBONDS  *TEXT*:   There were no clear trends in another week of uncertainty during which   the United States at least acted to bolster its own economy and by so   ...   Word Count: 802

8. 11/22/00 AFX (AP) (Pg. Unavail. Online), 2000 WL 29911611   AFX (AP)   Asia economic and corporate news summary  *TEXT*:   A summary of Asian economic and corporate news at 1000 GMT:   - SKorea Q3 GDP stronger than expected; too dependent on IT exports: Hyundai   Word Count: 1442

9. 11/22/00 AFX (AP) (Pg. Unavail. Online), 2000 WL 29911962   AFX (AP)   Thai economic and corporate news summary  *TEXT*:   A summary of Thai economic and corporate news at 1000 GMT:   - Thai long term BBB- sovereign forex rating affirmed: Fitch IBCA   Word Count: 122

10. 11/22/00 AFX (AP) (Pg. Unavail. Online), 2000 WL 29911963   AFX (AP)   Thai long term BBB- sovereign forex rating affirmed/outlook stable  *TEXT*:   Fitch IBCA has affirmed the country's long-term foreign currency   sovereign rating at BBB-.   In a statement received here, the agency said the ...   Word Count: 107

11. 6/1/00 S. China Morning Post 1, 2000 WL 21993060   South China Morning Post   Moody's ready to give an upgrade  *TEXT*:   An expected credit upgrade for the Government, leading Hong Kong   banks and the transport sector could bolster the economy as a result of   lower ...   Word Count: 457

12. 9/23/99 Asia Pulse (Pg. Unavail. Online), 1999 WL 27960001   Asia Pulse   STANDARD & POOR'S LOWERS SOVEREIGN FOREX RATINGS FOR CHINA  *TEXT*:   HONG KONG, Sept 23 Asia Pulse - International ratings agency Standard   & Poor's has lowered the long-term foreign currency sovereign and senior   ...   Word Count: 237

**CONFIDENTIAL MEMORANDUM TO FILE**
Richard Chandler Limited Global Scan Investigation
February 24, 2003
Page 32 of 134

| |
|---|
| 13. 9/23/99 Asia Pulse (Pg. Unavail. Online), 1999 WL 27960170  **Asia Pulse   BRIEFING –** ASIA ECONOMIC NEWS – SEPT 23, 1999  *TEXT:*  An executive briefing on the economies of Asia for Sept 23, 1999,  prepared by Asia Pulse (http://www.asiapulse.com), the real-time, Asia-based ...  Word Count: 969 |
| 14. 1/25/99 AFX News 13:03:00   AFX News   SKorea sovereign, forex long-term rating raised to BBB– from BB+ by S&P  *TEXT:*  NEW YORK (AFX) – Standard & Poor's Corp said it raised the sovereign  credit rating and foreign currency long-term senior unsecured rating of ...  Word Count: 84 |
| 15. 1/25/99 AFX (AP) (Pg. Unavail. Online), 1999 WL 10492164   AFX (AP)   SKorea sovereign, forex long-term rating raised to BBB– from BB+ by SP  *TEXT:*  Standard Poor's Corp said it raised the sovereign credit rating and  foreign currency long-term senior unsecured rating of the Republic of  ...  Word Count: 75 |
| 16. 10/4/97 Fin. Times-Abstracts 04, 1997 WL 22997522   Financial Times   Swiss companies raided in currency investigation  *TEXT:*  Swiss companies associated with a British foreign exchange dealer  have been raided as part of a three-nation investigation into high-  risk ...  Word Count: 98 |
| 17. 10/4/97 Fin. Times-Abstracts 05, 1997 WL 22997621   Financial Times   Offices raided in forex probe  *TEXT:*  Swiss companies associated with a UK foreign exchange dealer have been raided as part of a three-country investigation into high-risk  currency ...  Word Count: 97 |
| 18. 9/14/97 Cap. Mkt. Rep. 21:50:00   Capital Markets Report   =Headlines:Moody's:China Sovereign Forex Rtg Well Positioned  *TEXT:*  (END) DOW JONES NEWS  09-14-97   Word Count: 489 |
| 19. 9/14/97 Cap. Mkt. Rep. 21:48:00   Capital Markets Report   REPEAT:China Sovereign Forex Rtg "Well Positioned":Moody's  *TEXT:*  (END) DOW JONES NEWS  09-14-97   Word Count: 344 |
| 20. 11/7/96 Cap.Mkt. Rep. 02:11:00   Capital Markets Report   Pakistan Sovereign Forex Ceiling Lowered To B2 By Moody's  *TEXT:*  NEW YORK (Dow Jones)--Moody's Investors Service said it lowered Pakistan's sovereign ceiling for foreign-currency debt to B2 from B1. As a ...  Word Count: 287 |
| 21. 1/18/96 Cap. Mkt. Rep. 02:39:00   Capital Markets Report   =Headlines: Bundesbank Sees Deutsche Mark Still Overvalued, But More Price Stability; Dole:Budget Talks Possible; Dlr Dn  *TEXT:*  -- Despite a partial correction that began in the second quarter of 1995, the Deutsche mark remains overvalued, the Bundesbank says in its  ...  Word Count: 564 |

We unlocked the above news articles and abstracted them in the following pages:

| |
|---|
| WPS: The Russian Business Monitor<br>WPS Russian Media Monitoring Agency<br>Friday, October 18, 2002<br><br>SWISS "SOVEREIGN GROUP" LEFT RUSSIAN CLIENTS WITHOUT MONEY.<br><br><br>The prosecutor's office of Zurich launched investigation into operations of the Swiss company SOVEREIGN Group, a representative office of which had actively worked in Russia. The procedure of the company's liquidation also began. Russian clients have several tens of millions of dollars in SOVEREIGN Group, further fate of which is unknown. |

CONFIDENTIAL MEMORANDUM TO FILE
Richard Chandler Limited Global Scan Investigation
February 24, 2003
Page 33 of 134

The companies belonging to SOVEREIGN Group (SOVEREIGN (FOREX) Ltd., SOVEREIGN
Capital management and SOVEREIGN bank Corporation) have been working on the
Russian market since 1996. During this time the Moscow office of the group
regularly published commercials in the leading business editions. SOVEREIGN
offered its services for trade on the FOREX market, management and placing of
capital on international markets and in the first-class banks guaranteeing
complete confidentiality required by the Swiss law. The minimum sum that
SOVEREIGN accepted for work on the FOREX amounted to $200,000. Contracts were
signed directly in Switzerland.

Ivo Hopper, prosecutor of Zurich canton, said that two investigations were
started against SOVEREIGN Group on October 7, 2002: the administrative (for
operations without license) and the criminal (for money laundering). So far
the prosecutor's office found one foreign branch of the company in St.
Vincent. The prosecutor reports that if the money laundering if confirmed the
management of the company may be imprisoned for three to five years.

Reference: Kommersant, October 16, 2002.

WMRC Daily Analysis
World Markets Research Centre Limited. All Rights Reserved
Wednesday, October 9, 2002

Russian Money-Laundering Firm Closed
Dario Thuburn

     A Swiss court yesterday ordered the closure of SOVEREIGN Finance
Group - a Zurich-based company active in Moscow (Russia), which has
allegedly been involved in money-laundering. The company, a frequent
advertiser intop Russian business publications, had no Swiss banking
licence, but did have both a shady history and murky dealings with
clients from several former Soviet states. The group, which consists of
SOVEREIGN (FOREX) Ltd and SOVEREIGN Capital Management, has operated in
Moscow since 1996 from the luxurious Raidsson Slavyanskaya hotel.
According to its website, the group's turnover is estimated to have
exceeded 200bn Swiss francs (US$120bn) in 2001. The news will do little
to aid the Russian government's bid to remove the country from the
Financial Action Task Force's (FATF) blacklist of countries not doing
enough to combat money laundering (see Russia: 27 September 2002:
Financial Watchdog Upbeat on Money-Laundering Probe). The government is
hoping Russia's case will be reviewed at an FATF meeting in Paris
(France) this week.

33

CONFIDENTIAL MEMORANDUM TO FILE
Richard Chandler Limited Global Scan Investigation
February 24, 2003
Page 34 of 134

---

Dow Jones International News
Dow Jones & Company, Inc.
Tuesday, October 8, 2002

SOVEREIGN Finance Closes On Suspicion Of Money-Laundering

ZURICH -(Dow Jones)- Swiss police and the country's banking watchdog have closed down Zurich-based financial company SOVEREIGN Finance Group on suspicion of money-laundering and the lack of a banking license, a Zurich district prosecutor's office said Tuesday.

The Swiss Federal Banking Commission ruled Sept. 26 that SOVEREIGN Finance be closed.

Monday, the police searched the Zurich offices of SOVEREIGN (FOREX) Ltd., SOVEREIGN Capital Management AG, SOVEREIGN Finance Group AG and the Zurich branch of SOVEREIGN Bank Corp. Ltd.

The company had business ties to Russia and the Caribbean.

SOVEREIGN Finance Group Chairman Werner Furrer, a local politician, said he isn't involved in the company's day-to-day business.

-By Martin Gelnar, Dow Jones Newswires

---

Emerging Markets Daily News
Business Monitor International.
Wednesday, July 24, 2002

Sell Into Any Bond Rally
Middle East & Africa Financial Alert

The bearish view that we adopted towards Nigerian fixed income assets after the country's withdrawal from the IMF stand-by programme in March 2002 has, to date, been fully justified, with spreads on the US$ '20 Par bond rising by over 1000bps since that time, to around 2,132bps+UST on Thursday (see Market Strategy, 14/03/02, 'The Risks Of Going It Alone'). The main source of downside pressure is essentially the same reason why the authorities chose to slam the door on their multilateral agreement, namely the rise in political noise and fiscal laxity ahead of presidential and legislative elections next year. There are few signs that this situation is likely to improve in the near-term, with workers in many sectors threatening strike action in order to win pay increases of up to 25%, and a dispute between federal and state governments over the distribution of dollar-denominated revenues from oil exports still rumbling on.