# Exhibit 6

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHRISTOPHER CHANDLER, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | **Case No. 1:18-cv-02136-APM** |
| | ) | |
| DONALD BERLIN, *et al.,* | ) | |
| | ) | |
| *Defendants.* | ) | |
| —————————————— | ) | |

## DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFF'S SECOND SET OF INTERROGATORRIES (NOS. 6-15)

Defendants Donald Berlin, Investigative Consultants, Inc. and Investigative Consultants of Washington, DC, Inc. (collectively referred to herein as "Mr. Berlin") hereby submit these responses and objections to Plaintiff's Interrogatories 6 through 15.

**Interrogatory No. 6.**

Identify every written or electronic source that you reviewed, relied upon, referenced, or consulted in researching Christopher Chandler before publishing the Limited Report and, for each source, identify the dates on which you accessed it and the steps you used to access it (e.g., the URL or other precise location where each source was located, whether a subscription was needed and what the subscription cost, whether proprietary software was needed, etc.)



**Response:** Searches of all sources began in around December 2002, and concluded shortly before the report was created.  Some of the databases such as DBT and ChoicePoint, and some data products offered by Reuters, Thomson Reuters, WestLaw, and others no longer exist. I am also aware that others with whom I communicated relied upon additional databases and transmitted information to me. Due to the passage of time, no further details can be provided regarding those sources and no information is available about other written or electronic sources that were used.

**Interrogatory No. 7**

Identify every human source that you communicated with, relied upon, referenced, or consulted in researching Christopher Chandler before publishing the Limited Report and, for each such human source, identify their name, nationality, profession, contact information, how you first met them, whether you have ever compensated them (and, if so, for what), and all steps you took to verify the information they provided.

**Response:** Due to the passage of time, I do not recall every person with whom I communicated or interacted regarding Mr. Chandler. I did not consult any human source purporting to have personal knowledge of Mr. Chandler. That was beyond the scope of my engagement. I do recall that I communicated with Robert Eringer,

2



Clair George (retired former senior CIA official, now deceased), Dewey Clarridge (retired former senior CIA official, now deceased) and William Lofgren (retired former senior CIA official). I did not compensate Mr. Eringer and do not recall if I compensated any other individual. I no longer have records that would show whether I compensated anyone and, if so, in what amount. Due to the passage of time I do not now recall the efforts I may have made to verify the specific information provided by any individual.

**Interrogatory No. 8**

Identify all statements in the Limited Report that copy, resemble, or draw on language or portions of other reports you have prepared, as well as all sentences in reports you have prepared that copy, resemble, or draw on language from the Limited Report.

**Response:** Mr. Berlin objects to this interrogatory as unduly burdensome, irrelevant, and not proportional to the needs of this case, as it requires him to identify responsive language, no matter how brief, in every report he has ever written.  Mr. Berlin further objects to the vague terms "resemble, or draw on language."



**Interrogatory No. 9**

List all other lawsuits or arbitrations to which you have been a party including: (1) the identity of the other parties to the lawsuit or arbitration; (2) the date on which the lawsuit or arbitration commenced; (3) the nature of the dispute that led to the lawsuit or arbitration; (4) the result of the lawsuit or arbitration; and (5) any publicly available identifying information (e.g., docket number) for the lawsuit or arbitration.

**Response:** Mr. Berlin objects to this interrogatory as unduly burdensome, irrelevant, and not proportional to the needs of this case.

**Interrogatory No. 10.**

Identify any communications you have had with Robert Eringer since January 1, 2002, including the date of the communications, the medium of the communications (e.g., by phone, email, in-person, etc.), the length or duration of the communications, and the subject matter of the communications.

**Response:** Mr. Berlin objects to this interrogatory as unduly burdensome, irrelevant, and not proportional to the needs of this case.



**Interrogatory No. 11**

Identify any other reports you have compiled, written, or otherwise developed that mention any of the following: (1) Christopher Chandler; (2) Richard Chandler; (3) the Legatum Institute; (4) Credit Agricole Indosuez, (5) National Reserve Bank, (6) companies with the word "sovereign" in their names, (7) awards from the government of Russia or the Soviet Union, (8) "dead drops" to transfer documents, money, or materials, (9) the Solntsevo Group, (10) the Far Eastern Group, (11) Vladimir Putin, (12) Mikhail Kasyanov, (10) [*sic*] Igor Ivanov, (14) Col. Donald Scott, (15) Pasteur Enterprises, or (16) Gazprom.

**Response to Subpart 1 [Christopher Chandler]:**   Mr. Berlin objects to this interrogatory as unduly burdensome, irrelevant and not proportional to the needs of this case, as it requires him to search for all reports he has written throughout many decades that merely "mention" a person, entity, or thing.  Mr. Berlin further objects that the terms "compiled" and  "otherwise developed" are vague  to the extent they are intended to mean something other than "written."  Mr. Berlin incorporates these objections into his responses to each of the subparts of this interrogatory. Notwithstanding these objections, Mr. Berlin will identify reports, if any, that he has written whose subject matter is one or more of the persons, entities, or things referred to in the first 15 subparts of the interrogatory.

5

**Response to Subpart 1** (Christopher Chandler):  None.

**Response to Subpart 2** (Richard Chandler): None.

**Response to Subpart 3** (The Legatum Institute): None.

**Response to Subpart 4** (Credit Agricole Indosuez):    I prepared a report for a law firm about Credit Agricole Indosuez at some time before I wrote the Limited Report. I do not have a copy.

**Response to Subpart 5:** (National Reserve Bank): None.

**Response to Subpart 6:** (Companies with the word "sovereign" in their name): None.

**Response to Subpart 7:** (awards from the government of Russia or the Soviet Union): None.

**Response to Subpart 8:** ("dead drops" to transfer documents, money, or materials): None.

**Response to Subpart 9:** (the Solntsevo Group): None.

**Response to Subpart 10:** (the Far Eastern Group): None.

**Response to Subpart 11:** (Vladimir Putin): None.

**Response to Subpart 12:** (Mikhail Kasyanov): None.

**Response to Subpart 10 [*sic*]:** (Igor Ivanov): None.

**Response to Subpart 14:** (Col. Donald Scott): None.

**Response to Subpart 15:** (Pasteur Enterprises): None.

**Response to Subpart 16:** (Gazprom): Mr. Berlin objects to this Subpart, as it exceeds the limit of "no more than 25 interrogatories, including all discrete subparts," established by Fed. R. Civ. P. 33(a).

**Interrogatory No. 12**

Identify all people with whom you have shared a copy of all or part of the Limited Report, along with the date on which you shared all or part of the Limited Report with them, and the reason you shared all or part of the Limited Report with them.

**Response:** Mr. Berlin objects to this interrogatory, as it exceeds the limit of "no more than 25 interrogatories, including all discrete subparts," established by Fed. R. Civ. P. 33(a).

**Interrogatory No. 13**

Identify all communications you made in which you identified yourself as the author of the Limited Report, along with the date of the communication, the medium of the communication (e.g., email, phone, in-person, etc.), and the substance of the communication.

**Response:** Mr. Berlin objects to this interrogatory, as it exceeds the limit of "no more than 25 interrogatories, including all discrete subparts," established by Fed. R. Civ. P. 33(a).

**Interrogatory No. 14**

Identify any applicable insurance policies relevant to satisfying a potential judgment in this litigation.

**Response:** Mr. Berlin objects to this interrogatory, as it exceeds the limit of "no more than 25 interrogatories, including all discrete subparts," established by Fed. R. Civ. P. 33(a).

**Interrogatory No. 15**

To the extent your Amended Answer (Dkt. No. 56) denied any paragraphs of the Redacted Complaint (Dkt. No. 20) in this litigation, explain the basis for such denial, including any materials on which you relied in making the denial.

**Response:** Mr. Berlin objects to this interrogatory, as it exceeds the limit of "no more than 25 interrogatories, including all discrete subparts," established by Fed. R. Civ. P. 33(a).



March 3, 2022                                         **AS TO OBJECTIONS:**


**/s/ Steven M. Oster**
John P. Dean
D.C. Bar No. 362904
Steven M. Oster
D.C. Bar No. 376030

**OSTER McBRIDE PLLC**
1320 19th Street, N.W., Suite 601
Washington, D.C. 20036
(202) 596-5291 (p)
(202) 747-5862 (f)
soster@ostermcbride.com

*Counsel to Defendants*



## VERIFICATION

I, Donald M. Berlin, declare under penalty of perjury that I have read the foregoing

Responses to Plaintiff's Second Set of Interrogatories and that those responses are

true and correct, to the best of my knowledge, information, and belief.

Dated: March 3 2022

Donald M. Berlin