# Exhibit 7

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHRISTOPHER CHANDLER,

       *Plaintiff,*

       v.                     Case No. 1:18-cv-02136-APM

DONALD BERLIN, *et al.*,

       *Defendants.*

## DEFENDANTS' SUPPLEMENTAL RESPONSES TO PLAINTIFF CHRISTOPHER CHANDLER'S  FIRST SET OF REQUESTS FOR ADMISSION

Defendant Donald Berlin hereby submits these supplemental responses to Plaintiff's first set of requests for admissions.

## REQUEST FOR ADMISSION NO. 1

Admit that before June of 2003, you did not verify, confirm, or corroborate the contents of the Limited Report (the first 34 pages of which are attached as Exhibit 1 to the Complaint [Dkt. No. 2-1] in this action) with any human intelligence sources.

**RESPONSE:** Admitted.

## REQUEST FOR ADMISSION NO. 2

Admit that you provided the Limited Report (the first 34 pages of which are attached as Exhibit 1 to the Complaint [Dkt. No. 2-1] in this action) to Robert Eringer with the understanding that none of its statements should be relied upon without verification.

**RESPONSE:** Admitted.

**REQUEST FOR ADMISSION NO. 3**

Admit that you have no evidence to contradict the statements set forth in the October 19, 2018 letter from the Chief Prosecutor of the Canton of Zurich, attached hereto as **Exhibit 1**.

**RESPONSE:** Denied.

**REQUEST FOR ADMISSION NO. 4**

Admit that you deleted, destroyed, or otherwise did not retain your communications with Robert Eringer relating to the creation of the Limited Report (the first 34 pages of which are attached as Exhibit 1 to the Complaint [Dkt. No. 2-1] in this action).

**RESPONSE:** Admitted.

**REQUEST FOR ADMISSION NO. 5**

Admit that the Limited Report (the first 34 pages of which are attached as Exhibit 1 to the Complaint [Dkt. No. 2-1] in this action) contains the following text, which is identical to language from the October 10, 2002 Tax-news.com article entitled *Swiss Court Closes Firm in Money Laundering Probe*: "alleged money laundering activities in Russia and the Caribbean."

**RESPONSE:** Admitted.

**REQUEST FOR ADMISSION NO. 6**

Admit that the Limited Report (the first 34 pages of which are attached as Exhibit 1 to the Complaint [Dkt. No. 2-1] in this action) contains the following text, which is identical to language from the October 10, 2002 Tax-news.com article entitled *Swiss Court Closes Firm in Money Laundering Probe*: "that the Swiss Federal Banking Commission ruled at the end of September that the group should be shut down."

**RESPONSE:** Admitted.

**REQUEST FOR ADMISSION NO. 7**

Admit that you have no evidence or personal knowledge that Christopher Chandler ever participated in "dead drops."

**RESPONSE:**  Mr. Berlin objects to this request because it is seeks information neither relevant nor reasonably calculated to lead to the discovery of to admissible evidence. The Limited Report contains no allegation that Mr. Chandler participated in "dead drops." Without waiving this objection, Mr. Berlin denies this request.

**REQUEST FOR ADMISSION NO. 8**

Admit that you have no evidence or personal knowledge that Christopher Chandler ever acted as a spy.

**RESPONSE:**  Mr. Berlin objects to this request because it is seeks information neither relevant nor reasonably calculated to lead to the discovery of to admissible evidence. The Limited Report contains no allegation that Mr. Chandler acted as a spy. Without waiving this objection, Mr. Berlin denies this request.

**REQUEST FOR ADMISSION NO. 9**

Admit that you have no personal knowledge that Christopher Chandler ever engaged in any wrongdoing.

**RESPONSE:** Denied.

Dated:  April 27, 2022                                   As to Objections:

3

/s/ **John P. Dean**
John P. Dean
D.C. Bar No. 362904
Steven M. Oster
D.C. Bar No. 376030
**OSTER MCBRIDE, PLLC**
1320 19th Street N.W., Suite 601
Washington, D.C. 20036
(202) 596-5291 (p)
(202) 747-5862 (f)
soster@ostermcbride.com

*Counsel to Defendants*

**VERIFICATION**

I hereby declare under penalty of perjury that the foregoing responses are true to the best of my knowledge, information and belief.

Dated: April 27, 2022

BERLIN.DONA
LD.MARSHALL
ALLAN.14086
58647

Donald Berlin

Digitally signed by
BERLIN.DONALD.M
ARSHALL
ALLAN.1408658647
Date: 2022.04.27
17:05:48 -04'00'

## CERTIFICATE OF SERVICE

I certify that I served the attached discovery response on Plaintiff's counsel of record by electronic mail on this date:

Thomas A. Clare, P.C.
Megan L. Meier
Daniel P. Watkins
Nicholas Brechbill
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: (202) 628-7400
Email: tom@clarelocke.com
Email: megan@clarelocke.com
Email: daniel@clarelocke.com
Email: nick@clarelocke.com

*Attorneys for Plaintiff Christopher Chandler*

April 27, 2022                                    /s/ **John P. Dean**
                                                  John P. Dean

5