# Exhibit 8

## REPORT:  THE CHANDLER BROTHERS

███████████

DATE:    November 2004

My investigation into money-laundering in Monaco quickly led to
the SOVEREIGN GROUP (including Sovereign Asset Management and
Sovereign Forex), and SOVEREIGN GROUP's mysterious principals, the
CHANDLER brothers -- Richard and Christopher -- whom we now suspect
of espionage in addition to money laundering.

|  |  |
|---|---|
| Subject: | Richard Fred CHANDLER |
| DOB: | 9 November 1958, Hamilton, New Zealand |
| Subject: | Christopher Lincoln CHANDLER |
| DOB: | 17 January 1960, Hamilton, New Zealand |
| Father: | Robert Richardson CHANDLER |
| DOB: | 10 March 1924, Auckland, New Zealand |
| Mother: | Marija CHANDLER |
| DOB: | 18 February 1937, Trogir, Dalmatia, Yugoslavia |

Date of Marriage:   18 August 1956

Place of Marriage:  Trogir, Dolmatia, Yugoslavia

Robert & Marija have a criminal conviction in New Zealand dated February 1979 for a breach of the Customs Act.

All members of the CHANDLER family at one time held New Zealand driving licenses, linked to post office box addresses. All such licenses have long since expired without renewal. None of the four family members currently own property nor reside in New Zealand; the family departed NZ in the late 1980s and cut all ties with their native country. It is unknown whether any of the CHANDLERS have taken citizenship in another country, although they have become resident in Monaco. People familiar with the CHANDLERS believe they are UK nationals.

The first piece of data linking the CHANDLERS to the Principality of Monaco deals with the dissolution of Chandler House Limited, a New Zealand property company struck off the registry on 30 January 1991. As they were then residing outside of New Zealand, the CHANDLERS were obliged to provide their address, and on 5 April 1988, both brothers provided this address: Le Soleil D'Or 20, 14th floor, CD Rainier III, MC 98000 Monaco.

The first known press article on the CHANDLERS was published in the *Financial Times* (6 July 2002), bylined Andrew JACK (Moscow correspondent), who wrote that the brothers are "intensely private" and "extremely low-profile." If anything, this description is an under-statement. Press reports since that time, in conjunction with SOVEREIGN's investment in South Korea's SK Corp, have labeled the brother "mysterious."

The CHANDLERS run numerous off-shore companies, most of which operate beneath their SOVEREIGN FOREX & SOVEREIGN ASSET MANAGEMENT umbrella. On 26 January 1998, Sovereign Plaza Limited (registered in the British Virgin Islands), purchased a fourteen-story building of thirty apartments at 10 av. des Ligures in Fontvieille for 423,000,000 French francs (approximately $65 million), cash, utilizing an Austrian bank, Credit Anstalt. They re-named this building Sovereign Plaza. The CHANDLERS are reputed to use the top two floors of Sovereign Plaza as 1) a local Monaco residence for themselves and 2) business offices.

Sovereign Plaza's apartments are mostly empty. Enquiries from local real estate agents are routinely rebuffed. The owners have no interest leasing.

The building has its own underground car park, with direct elevator access to the internal building. Security in the car park is said to be "extreme," with both human security and numerous CCTV cameras. Furthermore, the CHANDLERS appear to have constructed a skirting around the roof of their penthouse garden, presumably to shield it from view. With its easy access to both Monaco's heliport and sea ports of Cap d'Ail and Fontvielle, Sovereign Plaza offers excellent security to covert operators who visit the principality.

The CHANDLER brothers' main residences are not in Monaco, but in nearby St-Jean-Cap-Ferrat, on two estates, Le Rocher and Petite le Rocher. The brothers have disguised their presence in these villas by displaying bogus names on their mail boxes. Not without a sense of humor, they have chosen *M. Dilettante* (Relax) and *Mde. Boissin* (Drink) as their address aliases.

Additionally, the old David Niven estate in Cap Ferrat has become home to Robert and Marija CHANDLER. As is the custom with the CHANDLERS, true identities are disguised. All building and utility bills relating to this landmark house are sent to an entity called SOCIETE DU CORNICHE.

On 15 January 2003 we conducted discreet on-site surveillance outside Sovereign Plaza. Despite the fact that all apartments are empty

(except those used by the CHANDLERS), and the CHANDLERS do not possess a license to transact business in Monaco, eighteen motor vehicles entered the underground car park between nine and ten-thirty a.m. (These included a Mercedes 500 sports car, Monaco licence tag C969, which traces to Christopher CHANDLER.)

At this point we were willing, at considerable expense, to commission a report from special sources with a proven ability to access the Russian SVR's registry. Here follows the substance of that report:

In the early 1990s, following the collapse of the Soviet Union, the Russian Foreign Intelligence Service (SVR) faced severe budget restrictions. In order to maintain its operational capabilities, then SVR director Yevgeny PRIMAKOV ordered an aggressive worldwide search for business entities that the SVR could use a) to generate income for the service and b) provide support to secret operations. This search led the SVR London rezidentura (station chief) to the CHANDLER brothers. Richard and Christopher were born in New Zealand where they had managed the family real estate interests before venturing into significant business in the Far East and Latin America.

The SVR recruited the brothers in 1992 and moved them to Zurich, Switzerland, where they formed the SOVEREIGN GROUP, a family of speculative funds and financial companies operating primarily in the high-

risk markets of Russia and other republics of the former Soviet Union. The CHANDLERS picked a handful of influential Swiss politicians, lawyers, and accountants as nominees to front this operation.

At the same time, the CHANDLERS opened a branch of SOVEREIGN FOREX in Bristol, England, which acted exclusively as a branch of Gazprom and whose main function was to launder illicit profits for Gazprom's senior executives.

SOVEREIGN (FOREX) Ltd, Registration No. 02823960, had three nominee executives:    Jeffrey REVELL-READE (Australian), Stephen Bernard WHEATLEY (British), and Baburai Tarachand SHAH.

For the past decade, the CHANDLERS and their companies have worked on behalf of the SVR both in support of its intelligence operations and as a front for a number of Russian companies and senior members of the Russian government and business community.   Both sides appear satisfied with the relationship.  Both the SVR and the CHANDLERS have made a great deal of money, and the CHANDLERS have proven to be quite adept at discharging their intelligence responsibilities.   In addition, the SVR's reputation at home has been enhanced by the tasks the CHANDLERS have performed on behalf of Presidents YELTSIN and PUTIN and members of their families and governments.

The CHANDLERS and the SOVEREIGN GROUP, especially SOVEREIGN FOREX, play an important role in support of SVR operations worldwide by providing the following services:

\* Cover positions in the company for Russian Intelligence officers destined to become *illegals* (non-official, deep-cover agents). The officers gain experience in Western business practices and in life in the West. They also develop a "legal" job history.

\* Transfer SVR operational funds into banks and offshore accounts all over the world. These funds are used to finance sensitive illegal and paramilitary operations as well as normal operations of SVR stations.

\* The CHANDLERS identify persons among their business and governmental contacts of potential operational interest to the SVR. They also identify Western firms engaged in developing new technologies and alert the SVR to individuals of interest with those firms.

\* Rather surprising (says our special source), given the risks involved, the CHANDLERS also perform specific operational tasks such as loading and unloading dead-drops and meeting SVR "illegals" in Switzerland and France. They seem to do these jobs well. In Moscow on 20 December 1999 (Chekhist Day), Richard was awarded the Russian

order "For Service to the Fatherland" third class.

\* SOVEREIGN's Relationship with Gazprom and other Russian companies: From the very beginning, the SOVEREIGN GROUP has been closely tied to the giant Russian natural gas monopoly, Gazprom, whose former chairman, Viktor CHERNOMYRDIN, was for several years prime minister under President YELTSIN. In fact, SOVEREIGN FOREX has for years acted as a front company for Gazprom senior executives.

The CHANDLERS have used SOVEREIGN FOREX, the UNITED FINANCIAL GROUP, and a number of Russian companies such as *Beloye Ozero* (White Lake) to purchase Gazprom shares on behalf of senior Gazprom executives and the political elite of Russia. Altogether, the SOVEREIGN GROUP has bought about one billion shares -- four percent -- of Gazprom. As a result, the CHANDLERS have become highly influential in behind-the-scenes power struggles in Gazprom. They were instrumental in placing former deputy prime minister and finance minister Boris FYODOROV on the company's board in the summer of 2002.

In addition to buying Gazprom shares, SOVEREIGN FOREX has set up personal, ciphered offshore accounts for CHERNOMYRDIN, former Gazprom chairman Rem VYAKHIREV, and other senior Gazprom

managers, in Gibraltar, the Channel Islands, and the Seychelles. In December 1999 the company assisted in establishing accounts in Monaco for former President YELTSIN and his family.

It is believed that the CHANDLERS have similar relationships, albeit on a smaller scale, with the senior management of Lukoil and the electric power company, UES.

\* Non-Russian clients: Through their various companies, the CHANDLERS are able to launder funds and "hold" shares (as nominess) on behalf of non-Russian companies who desire that their financial transactions remain anonymous. Among these companies are BP/Amoco, Total/Fina/Elf, and the Trump Group.

\* A Special Relationship with Credit Agricole Swiss: The CHANDLERS appear to have a special relationship with Credit Agricole Swiss, which dates to 1996. In May of that year, Richard entered into a "gentlemen's agreement" with the Geneva branch of Credit Agricole. Under the terms of the agreement, the SOVEREIGN GROUP would use Credit Agricole to channel money from its Russian clients through Switzerland to offshore accounts around the world. This arrangement has been very successful and remains in force today.

* Involvement with Organized Crime:  In the autumn of 2002, the SVR learned that the CHANDLERS were laundering money and share-buying for two notorious Russian organized criminal groups, the SOLNTSEVO GROUP of Moscow and the FAR EASTERN GROUP, centered in Vladivostock and Nakhodka.  These unauthorized (by SVR) relationships greatly alarmed and angered the SVR leadership, who called Richard to a meeting in Vienna in November 2002.  A senior SVR deputy director ordered Richard to cease all contacts with the Russian criminal underworld.  Richard agreed, but some in the SVR doubt that the CHANDLERS have done so.

* Political Protection for the CHANDLERS:  For the most part, the CHANDLERS and their activities have the blessing and protection of the most influential circles in Russia.  Their backers:  the SVR, former Gazprom officials including CHERNOMYRDIN and VYAKHIREV, Gazprom board member Boris FYDOROV, former President YELTSIN and his family, and President PUTIN and members of his inner circle.  As a result of their relationships with this powerful elite, the CHANDLERS are virtually untouchable by Russian police and regulatory bodies.  In the period 2001-02, Russian prosecutors tried three times to open criminal investigations into the CHANDLERS and their activities in Russia.  On all three occasions, the prosectors were ordered not to proceed.

* Sovereign Plaza is the de facto SVR station in Monaco.

* Activities of the CHANDLER Brothers in 2001/2:

-- In February 2001 the CHANDLERS funneled $650,000 belonging to Directorate S (Illegals) of the SVR through UNITED FINANCIAL GROUP to offshore accounts in the Bahamas and Cyprus. In April 2001 these funds were transferred to accounts in the United States to finance Directorate S operations in the USA.

-- In April 2001 the CHANDLERS discreetly acquired $45.5 million worth of Gazprom shares for Total/Fina/Elf. The brothers received $1.2 million for arranging this transaction.

-- In May 2001 Christopher CHANDLER picked up a dead drop in Nice, which contained personal documents, a large amount of money, and communication equipment for a Russian illegal officer. Later the same month he picked up the officer, who had arrived in Marseilles on a cruise ship, passed him the contents of the dead drop, and put him on a plane. The officer's assignment was to establish a "legal" business in the UK.

-- In August 2001, the CHANDLERS acquired $25 million worth of Gazprom shares for Credit Agricole Swiss. The brothers' fee was $750,000.

--    Between August and October 2001 the CHANDLERS
dispatched four operational reports to SVR Headquarters describing the
personalities of several prominent British and French businessmen and
politicians with whom they were in contact.  They also sent a report
outlining the likely situation in Monaco post-Prince Rainier.

-- In September 2001 the CHANDLERS used UNITED FINANCIAL
GROUP to transfer $500,000 belonging to Directorate S into accounts in
the Channel Islands.  These funds were to be used to finance the
operations of SVR Illegals in Western Europe.

-- In December 2001 Richard CHANDLER met with a high-ranking
SVR officer, probably a deputy director of the service, on the French
Riviera.  This official asked the CHANDLERS to facilitate the transfer of
funds from Libya to Russia, payment for special operational equipment
sold to the Libyan Intelligence service by the Russians.    The
CHANDLERS subsequently arranged transfer of $18 million from Libya to
accounts in Cyprus and then,via Credit Agricole, into accounts in
Sberbank in Russia.

-- In January 2002 the CHANDLERS brokered an introduction of
Credit Agricole to senior Libyan officials on whose behalf Credit Agricole
is now conducting discreet financial operations.  Credit Agricole paid the
CHANDLERS one million dollars for this introduction.

    -- In March 2002, acting on the direct orders of the Director of the SVR, the CHANDLERS used SOVEREIGN FOREX to acquire $10 million worth of Gazprom and Yukos shares for President PUTIN. These shares were deposited in the Bern branch of Credit Agricole.

    -- In May 2002 Christopher CHANDLER organized a long-term dead drop in the suburbs of Avignon. The dead drop contains two short wave radios and a set of codes.

    -- In June 2002, the CHANDLERS used UNITED FINANCIAL GROUP to transfer $500,000 in special operational funds into accounts in Gibraltar and the Channel Islands. These funds are to be used for SVR operations in France and Spain.

    -- In September 2002 the CHANDLERS acquired $4 million worth of Gazprom shares for Russian Prime Minister Mikhail KASYANOV, which were deposited in the Bank of Bahamas.

    -- In September 2002 the CHANDLERS acquired one million dollars worth of Lukoil shares for Russian Foreign Minister Igor IVANOV and deposited them in the Bank of Zurich.

-- In November 2002 the CHANDLERS used UNITED FINANCIAL
GROUP to transfer special operational funds in the amount of $875,000
into accounts in the Bahamas and Panama. These funds were to be sent
to the United States to finance SVR operations in the USA.

## SWISS INVESTIGATION

In the midst of our investigation, we discovered that the Swiss
government is conducting its own on-going investigation into the activities
of the SOVEREIGN GROUP.    The investigating magistrate, Ivo
HOPPLER, believes that SOVEREIGN has engaged in money-laundering
for Russian clients. Moreover, HOPPLER believes that SOVEREIGN has
de-frauded a number of small-time Russian investors.

Here is the genesis of that investigation:

At the end of September 2002, the Swiss Federal Banking
Commission ruled that SOVEREIGN GROUP (Zurich) be closed down.
Following this decision, the police commenced sweeping searches at the
Zurich offices of SOVEREIGN FOREX LTD, SOVEREIGN CAPITAL
MANAGEMENT AG, SOVEREIGN FINANCE GROUP AG, and
SOVEREIGN BANK CORP, LTD.    The latter was discovered to be
operating as a bank without a license.  (SOVEREIGN BANK is based in
St. Vincent, which remains on a blacklist of countries who fail to combat

money-laundering.)   Soon after, on 7 October 2002, a Swiss court ordered SOVEREIGN GROUP (Zurich) to cease its various operations due to alleged money-laundering activities in Russia and the Caribbean. Part of the evidence removed by police were documents linking SOVEREIGN FOREX to Credit Agricole as on of the main money-laundering entry ports for elements of Chechen organized crime, as well as for clients who were former high-ranking officials in the Russian government (a corroboration of our special source findings).

Our dataveillant determined that the SOVEREIGN GROUP's entities at Seidengasse 6, Zurich CH-8001 traced to two operational bases in Moscow: 1) The Radisson-Slavyanska Hotel (owned jointly by Chechen mobster Umar JABRAILOV) and 2) an office at Berezhkovskaya nab 2, floor 4, telephone number 941-86-47, fax number 941-86-48.

In the wake of a Swiss investigation, the SOVEREIGN GROUP's websites in Switzerland (www.sovereign.ch) and Russia (www.sovereign.ru) are no longer operational.

A member of my team met with Ivo HOPPLER, the Swiss investigating magistrate, in Zurich on 18 February 2003.   HOPPLER stated his belief that Richard and Christopher CHANDLER are the principals behind all of the various SOVEREIGN entities in Switzerland, but that he could not (at that time) prove this with hard evidence.

HOPPLER indicated an interest in linking the CHANDLER BROTHERS to SOVEREIGN, with the objective of issuing warrants for their arrest.

In mid-October 2003, HOPPLER's preliminary investigation turned into a full investigation and the magistrate has several full-time investigators at his disposal.

Earlier in 2003, SOVEREIGN/THE CHANDLERS came out of the closet when they became the largest shareholder in South Korea's SK Corporation. In so doing, they identified themselves as a "Monaco headquartered" asset- management company.

Yet, after two thorough checks with Monaco's registry, we can find no evidence that the CHANDLER brothers, nor SOVEREIGN GROUP (nor any of its entities), have ever applied for permission, nor received the necessary authorization, to conduct business in the Principality of Monaco.

In June 2004 we cultivated a source -- a UK national -- who was recently employed by the CHANDLERS for six months. This source confirmed that the CHANDLERS indeed operate a commodity-trading business on two floors atop Sovereign Plaza.

Our source provided us with a Sovereign Group internal telephone

directory, which demonstrated that, in addition to the CHANDLER brothers, no fewer than fourteen (14) individuals are employed by SOVEREIGN GROUP, whose main phone number is listed as (377) 97.98.66.00. The *Trader Desk* is listed as (377) 97.98.66.01.

These include:

| | |
|---|---|
| * Philip FLYNN, CEO | 97.98.66.33 |
| * James FITTER, Chief Trader | 97.98.66.50 |
| * Terence CURRIER | 97.98.66.01 |
| * Ian GALVIN | 97.98.66.01 |
| * Sam DOCHERTY | 97.98.66.01 |
| * Nora Lynn DEMONGEOT | 97.98.66.01 |
| * Deborah MORRISON | 97.98.66.01 |
| * Esther KRUKOWSKI | 97.98.66.45 |
| * Heidi BOBACK | 97.98.66.45 |
| * Lara CHANDLER | 97.98.66.03 |
| (Wife of Christopher) | |
| * Elisabeth ROSATI | 97.98.66.02 |
| * Caroline ALLWOOD | 97.98.66.02 |
| * Sara PALMER-HUSSEY | 97.98.66.02 |
| * May TASHA | 97.98.67.39 |
| * Emily MONKS | 97.98.66.03 |

In addition, there are telephone extensions for six boardrooms,

three conference rooms and one video-conference room.