# Exhibit 12

About Borderlex   Contact us   TTIP document bank   LOGIN   MY ACCOUNT   Ask for free trial   Support the Lénaïc Fund



# Borderlex

News and analysis on trade policy in Europe

CURRENT EU TRADE FILES   EU FTAS & BILATERAL TIES   UNITED KINGDOM TRADE POLICY   WTO   SPECIAL PRODUC

ANYTHING ELSE

# Editor statement on Legatum Institute

24/07/2017    by Iana Dreyer

In May 2017 I published an article entitled Trade – *The newcomer think tank that has the ear of Whitehall* on the Legatum Institute in London on this website.

The article was critical of the Legatum Institute's trade work and of the background of its main funder Christopher Chandler.

The impression given by my article dated 11 May 2017 was that Mr Christopher Chandler, the founder of The Legatum Institute Foundation ("Legatum"), was involved in a Swiss company called Sovereign Finance Group which was ordered in 2002 by a Swiss Court to be shut down and investigated for money laundering. That I accept was wholly wrong. I accept that Mr Chandler's company was neither based in Switzerland nor ordered to be shut down by a Swiss Court. His company was not investigated for money laundering activities either. I accept that neither Legatum nor its founder has any connection, past or present, with the Sovereign Finance Group referred to in my article. I retract that element of my article and apologise for the error.

In addition, my article gave the impression that Mr Shanker Singham's and Legatum's published work deliberately set out to mislead readers and contained false information. This was not my intention and I

retract and apologise for that element of my article.

## Related

**Editor's statement on Legatum Institute**

In May 2017 I published an article entitled Trade – The newcomer think tank that has the ear of Whitehall on the Legatum Institute in London on this website.   The article was critical
24/07/2017
In "Anything else"

**Blog: recommended reading – Brexit reports**

As everyone awaits the triggering of Article 50 by the UK on Wednesday (29 March 2017), the number of 'Brexit and trade with the EU'-related reports produced by think tanks and other
27/03/2017
In "Brexit & UK trade"



**Brexit Notes: Of crises and prisoner's dilemmas**

22/02/2018
In "Brexit & UK trade"



### Author: Iana Dreyer