# Exhibit 13

# Brexit, dirty tricks and an international game of I spy

The Commons intelligence committee is to investigate Russian links in Britain amid battles between MPs over a Mayfair think tank

Tom Harper, Jon Ungoed-Thomas and Richard Kerbaj

December 3 2017, 12:01am, The Sunday Times



Christopher Chandler used Monaco as a base for many years
ONAY JAKOBOV

The billionaire behind a Brexit think tank faces scrutiny by Britain's intelligence watchdog as it emerged he was once placed under investigation in Monaco over his links to Russia.

Christopher Chandler, who provides substantial financial support to the Legatum Institute, is to be examined by the intelligence and security committee (ISC) amid "disquiet" among MPs over the activities of the think tank, which has close links to pro-Brexit MPs.

Chandler's spokesman said this weekend that the Monaco investigation was conducted by a "discredited" intelligence adviser, acting on mistaken information.

Dominic Grieve MP, new chairman of the committee that scrutinises the work of the intelligence agencies, told The Sunday Times he would "scope" concerns raised in parliament about Chandler and Legatum's activities as part of preparations for a wider investigation into Russian activities against the UK.

"I am aware that that is a subject of disquiet to parliamentarians. One of the purposes of this committee is to provide assurance to [those] who don't have access to classified material," he said.

The Legatum Institute Foundation, based in a townhouse in Mayfair, central London, was founded in November 2010 — partly funded from a $50m loan from an unidentified parent company.

It was established as an independent charity in 2014 and describes its role as "creating the pathways from poverty to prosperity". Legatum has, however, become embroiled in the political divisions over Brexit. Last weekend it was claimed its trade expert, Shanker Singham, had advised cabinet ministers Boris Johnson and Michael Gove over a letter they sent to Theresa May pressing the terms of a hard Brexit.

## WHO'S WHO IN THIS STORY OF GLOBAL INTRIGUE



**Robert Eringer**
Former Monaco spymaster, who claims he targeted Chandler over his Russian links



**Dominic Grieve**
Chairman of the intelligence watchdog which is investigating Russian spies



**Boris Johnson**
Foreign secretary and unofficial leader of the Brexit campaign. Has ties to the think tank



**Anne Applebaum**
Respected critic of Russia who used to work for Legatum

Chandler's links to Russian companies have been under close scrutiny. "Remainer" MPs have called for an inquiry into whether it is driving an "extreme Brexit" agenda that may serve President Vladimir Putin's interests. The institute said it is "laughable" that its interests are aligned with Russia's and it is "determinedly independent". During the EU referendum campaign, one of Legatum's directors was Anne Applebaum, a renowned critic of the Putin regime.

The controversy shows no sign of abating. Last week the Charity Commission opened an inquiry into whether the think tank is running the charity in line with its educational mission.

The Sunday Times has also established that an 87-page dossier — which includes what appear to be copies of Monaco police files — is being circulated about Chandler and his brother Richard with allegations over links to Russia. This newspaper has been unable to corroborate any of the sensational claims.

One question the parliamentary committee may wish to address is why these historic allegations about the Chandlers — none of which have been substantiated — are now being

circulated and so vigorously promoted. The committee will be well aware that in the battles over Brexit — and the concerns over Russian influence — there may be dirty tricks and hidden agendas on both sides.

Given the public concern over covert Russian influence, the ISC may want to satisfy itself that there are no intelligence concerns over Chandler and his financial activities. ISC members will find themselves immersed in an intriguing story.

The Chandler brothers, originally from New Zealand, launched their investment company, Sovereign Global, in 1986 with $10m. Within a decade they had built up a fortune of $10bn, relocated to Monaco and bought David Niven's former estate in St-Jean-Cap-Ferrat, the peninsula between Nice and the principality, for their parents.

From their Monaco base the Chandlers bought stakes in the energy companies Gazprom, Unified Energy Systems and Mosenergo, the Moscow electricity distributor. They also had significant investments in the Far East.

In 2002 Prince Albert II of Monaco hired Robert Eringer, a writer and former counterintelligence operative with links to the FBI, who helped to set up an embryonic Monaco Intelligence Service.

The Chandlers were also targeted by Eringer as being possible "undesirable residents". He subsequently discovered that a group of companies called Sovereign in Switzerland — which were not connected to the Chandler brothers — was under suspicion of money laundering for Russian interests. During a surveillance operation called Operation Spook, an artist with an easel was recruited to spy on the brothers' offices, a 15-storey building called Sovereign Plaza.

Eringer has never produced evidence to suggest the Chandlers were involved in any unlawful activity, although they did subsequently relocate their business to Dubai. The Chandlers say they were targeted by an unreliable character and were the victims of mistaken identity because of the Swiss investigation. They also point out that Eringer has been found by the French courts to have defamed public figures on a blog.

Years later Eringer filed an unsuccessful legal claim against Albert for breach of contract over his employment. It states in the claim that the brothers' investment company, Sovereign Group, was investigated in Monaco over "money laundering for Russian interests". The claim was subsequently withdrawn and the allegations were not repeated after lawyers for Albert described them as "scurrilous and irrelevant".

Eringer is the most likely person to be the unidentified author of the intelligence report now circulating about the Chandlers. Documents that appear to be copies of Monaco police files also say the Chandlers were persons of interest to domestic intelligence agency of the French police. No evidence of wrong- doing was found.

Statements issued by Christopher Chandler's company Legatum Ltd and his legal representative said the companies operated by him and his brother have always done so lawfully.

There was no basis in fact to sustain any suspicion of money laundering, let alone the commission of a criminal offence. The statement said: "Mr Eringer had six years as intelligence adviser to nail the Chandler brothers for money laundering — but he failed, because there was no money laundering."

The Chandlers say they were never denied entry or residence in Monaco and had been unaware at the time of Eringer's investigation. The statement said Chandler was ready to co-operate with any parliamentary inquiry.

A statement issued on Richard Chandler's behalf said Eringer's claims were "false and discredited". The statement said the brothers had moved to Dubai for commercial reasons.

The statement also said: "In the case of Brexit . . . rather than looking for conspiracy theories, a more noble path might be to applaud the fact that someone is prepared to stand up and offer some ideas."

Eringer said he had never "stretched or exaggerated" information and denied being discredited.

*Additional reporting: Leila Haddou and Fatima Al-Kassab*

# Brexit-Backing Think Tank Founder Accused of Working for Russia

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**B** bloomberg.com/news/articles/2018-05-01/brexit-backing-think-tank-founder-accused-of-working-for-russia

The founder of one of the most influential pro-Brexit think tanks was suspected of working for the Kremlin, a member of Prime Minister Theresa May's Conservative Party said.

Christopher Chandler, chairman of investment group Legatum Global Holdings Ltd, has been an "object of interest" to French intelligence since 2002, "on suspicion of working for Russian intelligence services," according to Bob Seely, a Conservative lawmaker who cited 2005 files of the Direction de la Surveillance du Territoire (DST).

The accusation, which is denied, is significant because Chandler has used some of his wealth to found the Legatum Institute, which has worked with those in May's Conservative Party who want a harder break from the European Union. Until recently its director of economic policy was Shanker Singham, who argued that Britain's interests would be best served by leaving the EU's customs union. The institute's "senior fellows" include Matthew Elliott, who ran the campaign for Brexit.

"These documents are brief, terse, factual files listing activities, associations and judicial action," Seely said. "They have been authenticated by senior French intelligence sources and by British and American counterparts familiar with their contents. The documents indicated a link to a noted individual in this country with Russian intelligence."

Because Seely was speaking in Parliament, he can't be sued for his comments. Chandler issued a statement denying any association "directly or indirectly with Russian intelligence or the Russian state."

"Neither Christopher Chandler nor anyone at Legatum is aware of any such alleged 'investigation' by French authorities, not 16 years ago or at any time since," the statement said. "To be clear Christopher Chandler has never been approached at any time by the French or any other authorities regarding Russia and maintains a sterling record of ethical business practices earned over many decades. These accusations are complete nonsense, and have been previously rebutted by the Legatum Group."

# Founder of Brexiteer Legatum Institute think tank 'was suspected of working for Russian intelligence'

**M** mirror.co.uk/news/politics/founder-brexiteer-legatum-institute-think-12461710

May 1, 2018



Get **politics** updates directly to your **inbox**

France suspected the founder of a top Brexiteer think tank of working for the Russian secret service, MPs have been told.

Tory MP Bob Seely levelled the bombshell accusation tonight at Legatum Institute founder Christopher Chandler.

The hard Brexit-backing think tank has previously come under scrutiny for its close access to influential Tory ministers.

It hosted a prominent Q&A with Foreign Secretary Boris Johnson at the 2017 Tory conference and has met Brexit and Trade Department ministers more than half a dozen times since the EU referendum .

Tonight a spokesman for the Legatum Institute branded Mr Seely's claims "complete nonsense".

Mr Seely made the claims under parliamentary privilege, meaning he cannot be sued for libel.

## Read More

[Think-tank 'behind Brexiteers' letter urging Theresa May to take tougher EU stance' denies Kremlin links](#)



The accusation was made about Legatum Institute founder Christopher Chandler (Image: Reuters)

The Isle of Wight MP claimed French security services described Mr Chandler as "an object of interest" in 2002, on suspicion of working for Russian intelligence services.

Speaking to MPs, he said he had been shown documents "that we believe relate to our national security and money laundering".

The files from Monaco's police department were based on its own information and information from the French equivalent of MI5, Mr Seely said.

He said: "These documents are brief, terse, factual files listing activities, associations and judicial action.

"They have been authenticated by senior French intelligence sources and by British and American counterparts familiar with their contents.

"The documents indicated a link to a noted individual in this country with Russian intelligence.

"These files are dated from 2005. They cover the period from the mid-1990s.



The Legatum Institute is a Brexit-backing think tank (Image: Reuters)

"The documents concern Christopher Chandler and his brother. Christopher Chandler is a public figure owing to the Legatum Institute."

He added: "According to the French security services, as recorded by their colleagues in Monaco, and clearly I'm confident these documents are genuine, Mr Chandler is described as having been, quotes - 'an object of interest to the DST since 2002 on suspicion of working for Russian intelligence services'.

"I repeat that. 'An object of interest to the DST since 2002 on suspicion of working for the Russian intelligence services'."

Remain-backing MPs have previously raised questions about the Legatum Institute in Parliament.

Exeter Labour MP Ben Bradshaw in November 2017 urged the parliamentary Intelligence and Security Committee to look at its relationship with the Government.



The think tank hosted a prominent Q&A with Foreign Secretary Boris Johnson (Image: Getty Images Europe)

In December 2017, Lib Dem MP Tom Brake claimed the Institute had "adopted a rather biased position on Brexit and is very much pushing a hard Brexit agenda".

A Legatum Institute spokesman said in a statement: "Christopher Chandler has never been associated directly or indirectly with Russian intelligence or the Russian state.

"Neither Christopher Chandler nor anyone at Legatum is aware of any such alleged 'investigation' by French authorities, not 16 years ago or at any time since.

"To be clear Christopher Chandler has never been approached at any time by the French or any other authorities regarding Russia and maintains a sterling record of ethical business practices earned over many decades.

"These accusations are complete nonsense, and have been previously rebutted by the Legatum Group."

# Founder of pro-Brexit thinktank has link with Russian intelligence, says MP

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – –

Ⓘ **theguardian.com**/world/2018/may/01/christopher-chandler-founder-of-pro-brexit-thinktank-has-link-with-russian-intelligence-mp-says

Luke Harding

May 1, 2018

A Conservative MP has claimed that a billionaire who founded an influential pro-Brexit thinktank has "a link with Russian intelligence".

In a speech made in the Commons under parliamentary privilege, Bob Seely alleged that Christopher Chandler had been an "object of interest" to French intelligence. Chandler, who founded the Legatum thinktank, rejected the claim as "complete nonsense".

Seely said that he and four other MPs had seen documents from Monaco's security department. These "brief, terse, factual files" related to "national security and money laundering" and included information supplied by the DST intelligence agency, France's equivalent of MI5.

The MP said senior French intelligence sources plus their British and American counterparts had "authenticated" their content. He added: "The documents indicated a link – a noted individual in this country – with Russian intelligence."

The files dated from 2005 and covered a period from the mid-1990s, he said. They concerned "Christopher Chandler and his brother", the MP said, adding that he was convinced the files were genuine.

He told the Commons: "According to the French intelligence services, as recorded by their colleagues in Monaco ... Mr Chandler is described as having been 'an object of interest' to the DST since 2002 on suspicion of working for Russian intelligence services."

Monaco intelligence division had marked Chandler's file with an S, to indicate "counter-espionage", he added.

The Legatum Institute has advocated hard Brexit and has had significant influence on ministerial thinking, especially over trade policy. Chandler and his brother Richard were born in New Zealand and made their fortunes from a series of investments in <u>Russia</u> in the 1990s.

Legatum robustly denied the MP's allegations on Tuesday. In a statement, the institute said that Chandler "has never been associated directly or indirectly with Russian intelligence or the Russian state".

It added: "Neither Christopher Chandler nor anyone at Legatum is aware of any such alleged "investigation" by the French authorities, not 16 years ago or at any time since.

"To be clear Christopher Chandler has never been approached at any time by the French or any other authorities regarding Russia and maintains a sterling record of ethical business practices earned over many decades."

1/2

It called the accusations "complete nonsense" and said Legatum had "previously rebutted them".

Speaking in the Commons, the MP Ben Bradshaw who has previously raised questions about the Kremlin's possible role in Brexit said he called for an investigation into Legatum last November.

Bradshaw said he was concerned by Seely's new "information" and by the "growing corruption, money laundering and sale of passports by Malta, where Chandler has just acquired citizenship". The MP called on the UK authorities to "urgently investigate".

Last year the Mail on Sunday published a detailed story on Chandler's alleged ties to Moscow. It claimed that Legatum's economics director, Shanker Singham, had met Boris Johnson and Michael Gove, and had coordinated a letter written by them to Theresa May demanding a hard Brexit.

Singham held discussions with leading cabinet Brexiters on multiple occasions, and saw representatives of David Davis's department six times in the year up to August 2017, it has been reported. Singham recently left to work for a rightwing thinktank. Legatum said at the time in a statement that Singham had been sought out for his "unparalleled knowledge and expertise".

Legatum has said it will do less Brexit work and instead concentrate on the benefits of international trade. Chandler and Legatum's chief executive, Mark Stoleson, became Maltese citizens in 2015. They say their applications were unrelated to Brexit, and were made the previous year.

The Legatum institute responded to the Mail on Sunday with a lengthy statement. Among other things, it said that Chandler was "a much-loved friend of the institute" but that he had no role within it.

# MP accuses founder of pro-Brexit Legatum Institute of being Russian agent

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**T** thetimes.co.uk/article/mps-accuse-founder-of-pro-brexit-legatum-institute-of-being-russian-agent-0wlwm5jfx

Deborah Haynes, Defence Editor | Lucy Fisher, Senior Political Correspondent



The billionaire behind a think tank with links to Conservative Brexiteers was accused in the Commons today of having connections to Russian intelligence dating back to 2002.

Bob Seely, the Tory MP for the Isle of Wight, used parliamentary privilege to quote from copies of what he said were Monaco security files containing information from the Monaco police and French intelligence, that identified Christopher Chandler as an "object of interest".

Mr Chandler, a New Zealand-born tycoon, provides substantial financial support to the Legatum Institute.

Mr Seely, an expert in Russian hybrid warfare, said that he was speaking out along with four other Tory and Labour MPs, because they believed it to be in the national interest.

He said that it would be possible for the documents to be made available to six parliamentary committees that are looking into Russian malign activities.

"These documents are brief, terse, factual files listing activities, associations and judicial actions," Mr Seely said during a debate on an anti-money-laundering bill.

"They have been authenticated by senior French intelligence sources and by British and American counterparts familiar with their contents.

"The documents link a noted individual in this country with Russian intelligence.

"These files are dated from 2005, they cover the period from the mid-1990s. The

documents concern Christopher Chandler and his brother. Christopher Chandler is a public figure known to the Legatum Institute.

Bob Seely used parliamentary privilege to quote from intelligence files

"According to the French security services as recorded by their colleagues in Monaco and clearly I am confident that these documents are genuine Mr Chandler is described as having been 'an object of interest to the DST since 2002 on suspicion of working for the Russian intelligence services'."

Mr Seely said that he was not making any criticism of the staff at Legatum, nor people engaged with its charitable work, nor other MPs who have dealt with the institute.

He said, however, that he and his colleagues, including Chris Bryant, the Labour MP for Rhondda, Ben Bradshaw, the Labour MP for Exeter, and Adam Holloway, the Conservative MP for Gravesham, "believe it is in the national interest" to speak out about the matter.

Mr Seely said that Russia posed a threat to free and open societies that must be understood and confronted. He said that Mr Chandler may be an innocent party "vulnerable to malign influence". He said that it was important for parliament to act to strengthen the UK's democracy to prevent such malign activity from undermining the country.

He also invited Mr Chandler to offer an explanation for the information contained within the files. Mr Seely said that he planned to write to Theresa May in the coming weeks.

Mr Bradshaw, a former culture secretary, said: "As he rightly said I first raised concerns about Legatum and Mr Chandler back in November. Does he agree with me that the information he has just put in the public domain combined with the growing concern about corruption, money laundering and the sale of passports in Malta, where Chandler has just acquired citizenship demand urgent investigations by the UK authorities now?"

Mr Bryant, chairman of the all-party group on Russia, said: "I commend the honourable member for what he said and I fully concur with what he's argued. I've seen the papers myself as well and I came to the same conclusion as him. Does he think that the Magnitsky clause will make a significant difference in being able to tackle this kind of hidden, pervasive influence in British society and British politics?"

Mr Seely replied: "Anything that helps us is important because we need to keep our society free of covert and malign influence." He said he was working with US, Canadian and New Zealand politicians to establish a code of best practice.

Liam Byrne, shadow digital economy minister, said: "Back in November last year [Mr Bradshaw] raised the issue of some significant agents of influence — the Chandler brothers, they happened to run an important think tank. It is a think tank that has enjoyed unrivalled access to ministers in one of the most important national debates that we are considering in this country.

"And the risk that we are running at the moment is that this support is financed from sources that derive from the Russian republic. And therefore it may be part of the panoply of active measures that have been drawn together since the re-election of President Putin

in 2012. He's made no secret of this , he set in out in the state of union address to the Russian people in 2013, some call it the Gerasimov doctrine, whatever it's called we saw the sharp edge of that sword on the streets of Salisbury just a few weeks ago."

# MP accuses founder of pro-Brexit Legatum Institute of Russia links

news.sky.com/story/mp-accuses-founder-of-pro-brexit-legatum-institute-of-russia-links-11355202



A Conservative MP has used parliamentary privilege to accuse the founder of a pro-Brexit think tank of links with Russian intelligence.

Bob Seely told MPs Christopher Chandler, who launched the Legatum Institute, was an "object of interest" to French intelligence in 2002.

The think tank immediately denied the claim, saying Mr Chancellor had never been associated with Russian intelligence or the Russian state.

Mr Seely, MP for the Isle of Wight, is an author and former soldier, journalist and academic who has written a book about Russia's involvement in the Caucasus.

Mr Chandler is a New Zealand-born billionaire who in 2006 founded the Legatum Institute, a think tank credited with helping shape Government policy on Brexit.

The MP made his allegation against Mr Chandler as MPs debated the Government's Sanctions and Anti-Money Landering Bill in the Commons.

Referring to files which he said were dated 2005 and covered the period from the mid-1990s, Mr Seely said: "These documents are brief, terse, factual files listing activities, associations and judicial action.

"They have been authenticated by senior French intelligence sources and by British and American counterparts familiar with their contents.

"The documents indicated a link to a noted individual in this country with Russian intelligence.

"These files are dated from 2005. They cover the period from the mid-1990s. The documents concern Christopher Chandler and his brother.

"Christopher Chandler is a public figure owing to the Legatum Institute.

"According to the French security services, as recorded by their colleagues in Monaco, and clearly I'm confident these documents are genuine, Mr Chandler is described as having been 'an object of interest to the DST since 2002 on suspicion of working for Russian intelligence services'."



Image: Bob Seely MP used parliamentary privilege to make his accusation

Mr Seely added: "Christopher Chandler's personal file is marked file code 'S', a DST marker indicating - if I understand correctly - a high or higher level of threat to France.

"In France now the letter 'S' is used to designate radical Islam, in Monaco then it was used to designate counter-espionage."

Mr Seely said he was not criticising Legatum Institute staff nor MPs who had dealt with the think tank, adding: "I've thought long and hard before making this statement but I've done so because I believe...it's in the national interest to do so.

"If people like Mr Chandler are vulnerable to malign influence - maybe he's an innocent party in this, who knows - especially if that information on them is covert, that matters to our democracy."

The MP continued: "It may be that Mr Chandler can provide a satisfactory explanation or argue these relationships - if they existed - are now historic, or are somehow misrepresented in the documents."

Later in the debate, former Labour minister Liam Byrne described the Legatum Institute as having "enjoyed unrivalled access to minsters in one of the most important national debates that we are considering in this country".

He told MPs: "And the risk, I put it no stronger than this, the risk that we are running at the moment is that this support is financed from sources that derive from the Russian republic and therefore it may be part of the panoply of active measures that have been drawn together since the re-election of President Putin in 2012."

But, a Legatum Institute spokesman hit back: "Christopher Chandler has never been associated directly or indirectly with Russian intelligence or the Russian state.

"Neither Christopher Chandler nor anyone at Legatum is aware of any such alleged 'investigation' by French authorities, not 16 years ago or at any time since.

## More from Brexit

- Shock defeat rounds off series of Brexit reverses in House of Lords
- Boris Johnson pressures PM to abandon 'crazy' customs partnership plan
- PM's customs option remains on the table, Business Secretary insists
- 'Like Russia at the UN': Former minister Greening hits out at eurosceptic Tories
- Verhofstadt in World Cup jibe after Farage says Belgium is 'not a nation'
- Peers defeat Government for tenth time on EU Withdrawal Bill over N Ireland

"To be clear Christopher Chandler has never been approached at any time by the French or any other authorities regarding Russia and maintains a sterling record of ethical business practices earned over many decades.

"These accusations are complete nonsense, and have been previously rebutted by the Legatum Group."

# MP accuses pro-Brexit think tank founder of being a Russian spy: Tory member uses parliamentary privilege to claim billionaire was an 'object of interest' to French intelligence

**dailymail.co.uk**/news/article-5680151/MP-accuses-pro-Brexit-think-tank-founder-Russian-spy.html

March 3, 5877521

The founder of a major pro-Brexit think-tank was dramatically accused of being a Russian agent in the House of Commons last night.

Conservative MP Bob Seely used parliamentary privilege to cite French intelligence relating to billionaire Christopher Chandler.

Mr Chandler, a New Zealand-born tycoon, provides substantial financial support to the Legatum Institute. The think-tank described the accusations as 'complete nonsense'.

Isle of Wight MP Mr Seely – a Leave supporter – quoted from copies of what he said were security files containing information from the Monaco police and French intelligence agency, the DST. The files identified Mr Chandler as being suspected of 'working for Russian intelligence services'.


© Reuters

Conservative MP Bob Seely used parliamentary privilege to cite French intelligence relating to billionaire Christopher Chandler (pictured), who backs the Legatum Institute

Mr Seely made the claims under parliamentary privilege, meaning he cannot be sued for

1/2

libel, and said he was speaking out because he believed it to be in the national interest.

'These documents are brief, terse, factual files listing activities, associations and judicial action,' he said. The files had been authenticated by intelligence sources in Britain, the US and France, he added.

'The documents indicated a link to a noted individual in this country with Russian intelligence,' he said.

'These files are dated from 2005. They cover the period from the mid-1990s. The documents concern Christopher Chandler and his brother. In citing this evidence I note the words of Ben Bradshaw, Labour MP for Exeter, who in November 2017 called for the House's Intelligence and Security Committee to examine Mr Chandler.

Isle of Wight MP Mr Seely (pictured) quoted from what he said were security files with information from the Monaco police and French intelligence agency, the DST

'According to the French security services, as recorded by their colleagues in Monaco – and clearly I'm confident these documents are genuine – Mr Chandler is described as having been "an object of interest to the DST since 2002 on suspicion of working for Russian intelligence services".'

Remain-backing MPs have previously raised questions about the Legatum Institute in Parliament. In December, former Liberal Democrat minister Tom Brake claimed the Legatum Institute had 'adopted a rather biased position on Brexit and is very much pushing a hard-Brexit agenda'.



© Chris McAndrew / UK Parliament (Attribution 3.0 U

The Legatum Institute, set up in 2007 by Mr Chandler, hosted a prominent event with Foreign Secretary Boris Johnson at the 2017 Tory conference, and has met Brexit and trade department ministers more than half a dozen times since the referendum.

A spokesman for the think-tank said: 'Christopher Chandler has never been associated directly or indirectly with Russian intelligence or the Russian state.

'He has never been approached at any time by the French or any other authorities regarding Russia and maintains a sterling record of ethical business practices earned over many decades.

'These accusations are complete nonsense, and have been previously rebutted by the Legatum Group.'

# Pro-Brexit Think-Tank Founder Accused By Tory MP Of Links To Russian Intelligence

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**huffingtonpost.co.uk**/entry/pro-brexit-think-tank-founder-accused-by-tory-mp-of-links-to-russian-intelligence_uk_5ae884a7e4b02baed1be52e2

May 1, 2018



Afolabi Sotunde / Reuters
Legatum Group founder Christopher Chandler

A Tory MP has claimed the founder of pro-Brexit think-tank the Legatum Institute was under suspicion of having worked for Russian intelligence services.

Speaking under the protection of parliamentary privilege on Tuesday, Bob Seely said he and four other MPs had seen documents linking billionaire Christopher Chandler with the Kremlin.

The Legatum Institute has described the claims as "complete nonsense"

Seely said he was making the accusation public in order to battle the "malign influence of authoritarian states" such as Russia which present "a real and present danger to our nation".

The Isle of Wight MP said the documents, originally from Monaco, were "brief, terse, factual files listing activities, associations and judicial actions".

"The documents link a noted individual in this country with Russian intelligence," he said.

- ADVERTISEMENT -

"These files are dated from 2005. They cover the period from the mid 1990s.

"They have been authenticated by senior French intelligence sources and by British and American counterparts familiar with their contents."

He said: "Mr Chandler is described as having been 'an object of interest to the DST since 2002 on suspicion of working for Russian intelligence services'."

The Direction de la Surveillance du Territoire (DST) was the French equivalent of MI5 until 2008 when it was merged with another agency.

A spokesperson for the Legatum Institute said: "Christopher Chandler has never been associated directly or indirectly with Russian intelligence or the Russian state.

"Neither Christopher Chandler nor anyone at Legatum is aware of any such alleged 'investigation' by French authorities, not 16 years ago or at any time since.

"To be clear Christopher Chandler has never been approached at any time by the French or any other authorities regarding Russia and maintains a sterling record of ethical business practices earned over many decades.

"These accusations are complete nonsense, and have been previously rebutted by the Legatum Group."

The Legatum Institute has close links with the government and advocates for a so-called hard Brexit.

One of Legatum's former advisers, Crawford Falconer, is now the UK chief trade negotiator.

Matthew Elliott, who served as chief executive of the Vote Leave campaign, was made a Legatum Institute senior fellow last year.

# Alleged Russian agent Chris Chandler opened Pilatus account with US$ 5 M after introduction by Brian Tonna

May 2, 2018 at 09:27

(/#facebook)    (/#twitter)    (/#linkedin)    (/#email)    (/#whatsapp)
(https://www.addtoany.com/share#url=https%3A%2F%2Fmanueldelia.com%2F2018%2F05%2Falleged-russian-agent-chris-chandler-opened-pilat
by-brian-
tonna%2F&title=Alleged%20Russian%20agent%20Chris%20Chandler%20opened%20Pilatus%20account%20with%20US%24%205%20M%20after%

The story of billionaire Christopher Chandler and the news from the UK Parliament yesterday that Chandler was allegedly connected to Russian espionage might seem like a cold war spy story the Maltese can watch from their safe neutral distance. But it is not.

Christopher Chandler is Maltese.

So rephrase that headline in your head now. A Maltese citizen that banks at Pilatus Bank has been outed by a British Parliamentarian for having been flagged by French security services as an alleged Russian spy even as he infiltrated the British administration to promote hard Brexit.

Malta's citizenship sale scheme has a client base largely dominated by Russian plutocrats in close proximity to the Putin regime. Though others benefit from the scheme, Russian interests are clearly paramount in its design and its upkeep.

Christopher Chandler is a New Zealand born billionaire but sought to acquire Maltese citizenship and did so. You'd have to ask yourself why. The World's Passport Index for 2015 ranks Malta's passport joint-8th most powerful with Australia and Czechia with 157 points. New Zealand's passport ranks 9th with a 156. He was not making major leaps with his million euro acquisition.

He says he only used Pilatus Bank to pay for his passport, though that is an odd explanation as there are far more straightforward options to transfer payments to Malta's government.

It is also contradicted by sources from within Pilatus Bank that inform this website that Christopher Chandler actually deposited 5 million dollars to open his account there.

Christopher Chandler was introduced to Pilatus Bank by none other than Brian Tonna of Nexia BT who sat with Chandler and Pilatus Bank's CEO Hamidreza Ghanbari.

No due diligence was conducted by the bank before opening Christopher Chandler's account there.

Due diligence would have found that Christopher Chandler made his fortune in Russia in the 1990s.

The revelation that Chandler was suspected of association with Russian state interests was made by Conservative MP Bob Seely who claimed that a billionaire who founded an influential pro-Brexit thinktank has "a link with Russian intelligence". In a speech made in the Commons under parliamentary privilege, Bob Seely alleged that Christopher Chandler had been an "object of interest" to French intelligence. Chandler, who founded the Legatum thinktank, rejected the claim as "complete nonsense".

The Guardian today (https://www.theguardian.com/world/2018/may/01/christopher-chandler-founder-of-pro-brexit-thinktank-has-link-with-russian-intelligence-mp-says?CMP=Share_iOSApp_Other) also reports that speaking in the Commons, the MP Ben Bradshaw who has previously raised questions about the Kremlin's possible role in Brexit said he called for an investigation into Legatum last November. Bradshaw said he was concerned by Seely's new "information" and by the "growing corruption, money laundering and sale of passports by Malta, where Chandler has just acquired citizenship". The MP called on the UK authorities to "urgently investigate".

I wonder if any of those screaming supporters in Tritons Square will be thinking about the implications of this this morning.



Christopher Chandler



Hamidreza Ghanbari



Brian Tonna

(/#facebook)    (/#twitter)    (/#linkedin)    (/#email)    (/#whatsapp)
(https://www.addtoany.com/share#url=https%3A%2F%2Fmanueldelia.com%2F2018%2F05%2Falleged-russian-agent-chris-chandler-opened-pilat
by-brian-
tonna%2F&title=Alleged%20Russian%20agent%20Chris%20Chandler%20opened%20Pilatus%20account%20with%20US%24%205%20M%20after

**3 Comments** http://manueldelia.com/ **1** Login ▼

♡ Recommend  ⬆ Share Sort by Best ▼



Join the discussion…

LOG IN WITH       OR SIGN UP WITH DISQUS ?

Ⓓ Ⓕ Ⓣ Ⓖ      Name

**TruthPrevailsAlways** • an hour ago
Then you wonder (not) why Brian Tonna suggested New Zealand of all jurisdictions to Konrad Mizzi to open his trust. Wheels within wheels.
∧ | ∨ • Reply • Share ›

**Galeforce** • an hour ago
Net news figured out that this latest revelation is without news value and so failed to refer to it during the 10.00news.
∧ | ∨ • Reply • Share ›

**CIS** • an hour ago
Pure sleaze. What have we come to!
∧ | ∨ • Reply • Share ›

ALSO ON **HTTP://MANUELDELIA.COM/**

**Matthew Caruana Galizia on Adrian Delia's presence at yesterday's demo**
189 comments • 2 days ago
M F — Dear Adrian Delial have never met you - yet I have often mocked you.My prejudice, if you will, is based on the fact that before you became leader of PN, I noted, as did …

**You rang milord?**
23 comments • a day ago
Henry S Pace — It looks like Mussolini and Hitler era.

**GUEST POST: To those getting ready to go to Valletta**
21 comments • a day ago
Makjavel — The labour supporters thank their leader for removing their eyes , because they will not need to buy spectacles.It is all about being positive in life.

**- Manuel Delia**
17 comments • a day ago
Grey matter matters — There it is…the country is being run by thugs and we are at their mercy.Yesterday I saw a Mintoff clip circulating on facebook, by the MLP, in which …

✉ Subscribe   Add Disqus to your siteAdd DisqusAdd   🔒 Privacy   **DISQUS**



AED 665,000 TOTAL PRIZE MONEY  abu dhabi

## Subscribe

Subscribe here for email notification of new posts

**Name**

**Email \***

Subscribe


WORLD

GCC   MENA   Asia   Africa   Europe   The Americas   Oceania   Comment



# Billionaire Brexit-backer faces claims of Russia spy links

Think tank founded by Dubai-based Christopher Chandler dismisses claims as "nonsense"

Paul Peachey
May 2, 2018
Updated: May 2, 2018 04:21 PM

1 shares



Dubai-based businessman Christopher Chandler, who has provided financial backing to the Legatum Institute, was seen by French security officials as an "object of interest" because of suspicions he was working for the Russians, according to ruling party lawmaker Bob Seely, citing documents from 2005.

The Legatum Institute said the accusations were "complete nonsense" and that New Zealander Mr Chandler had "never been associated directly or indirectly with Russian intelligence of the Russian state". It said that it had rebutted similar allegations in the past.

The claims appear to have been linked to Mr Chandler's previous business activities in Russia in the 1990s. He was the founder of the investment company the Legatum Group which traded in the shares of Russian companies, including energy producer Gazprom.

Mr Seely said he was one of five lawmakers who had seen documents from a police department in Monaco that managed foreign residents in the area.

That information was based on information supplied by the French security service formerly known as the DST, he said. The documents had been authenticated by senior French, British and US intelligence sources familiar with their contents, Mr Seely claimed.

_____

Read more:

Malta considers expanding controversial cash-for-passport programme

Dubai-backed institute Legatum setting the tone for Brexit

_____

Mr Seely, a member of the Conservative party of Prime Minister Theresa May, was speaking during a debate about money laundering and sanctions policy. By making the allegations in parliament, he has a defence from defamation claims.

"I have been shown documents that we believe relate to our national security and money laundering," Mr Seely told parliament. He said the documents were "brief, terse, factual files" detailing activities, associations and undisclosed "judicial actions".

"According to the French security services, as recorded by their colleagues in Monaco… Mr Chandler is described as having been "an object of interest to the DST since 2002 on suspicion of…working for the Russian intelligence services."

The Legatum Institute think tank is believed to have strong links to leading "Brexiteers" who strongly supported the campaign to leave the 28-nation bloc, including Boris Johnson, the Foreign Secretary, and Michael Gove, the Environment Secretary. The institute has previously said that it was a vocal public critic of Russia over many years.

Supporters of the campaign to remain within the European Union have previously raised questions about Legatum. Ben Bradshaw, an opposition lawmaker, last year urged the parliamentary intelligence committee to examine the relationship with the government and Mr Chandler.

In a series of tweets, the Institute rebutted the claims made by Mr Seely. "Neither Christopher Chandler nor anyone at Legatum is aware of any such alleged 'investigation' by French authorities, not 16 years ago or at any time since," it said.



Legatum
@Legatum

Christopher Chandler has never been associated directly or indirectly with Russian intelligence or the Russian state. Neither Christopher Chandler nor anyone at Legatum is aware of any such alleged "investigation" by French authorities, not 16 years ago or at any time since.

8:20 PM · May 1, 2018

9    18 people are talking about this

"To be clear, Christopher Chandler has never been approached at any time by the French or any other authorities regarding Russia and maintains a sterling record of ethical business practices earned over many decades.

"These accusations are complete nonsense, and have been previously rebutted by the Legatum Group."

One of the other MPs who had seen the documents, Liam Byrne of the opposition Labour party, said that Legatum had "enjoyed unrivalled access to ministers in one of the most important national debates that we are considering in this country.

EDITOR'S PICKS

ECONOMY
UAE ties with UK strengthen rapidly as Brexit looms

COMMENT
China's ambitions leave Pakistan out in the cold

TRAVEL AND TOURISM
Executive travel: Hatta Fort rediscovers its old-favourite status

MENA
Beyond the Headlines: Israel puts nuclear deal into question




Earn a CISL certificate

Become a future-fit leader with sustainability skills and CISL validation – 8 weeks online

MOST READ

How Qatar made a conscious decision to engage with extremist groups

Iran threatens retaliation following mystery strikes on Syria military sites

China's ambitions leave Pakistan out in the cold

Ramadan hours for private schools in Dubai announced

FOLLOW US


READ THE PAPER

"And the risk, I put it no stronger than this, the risk that we are running at the moment is that this support is financed from sources that derive from the Russian republic and therefore it may be part of the panoply of active measures that have been drawn together since the re-election of President Putin in 2012," he said.

The UK has blamed the Russian state for a poison attack on a former Russian spy on UK soil in March, which triggered a global response with the expulsion of dozens of Moscow's diplomats.

The attack followed a series of warnings from the government about Russian cyber espionage and a claim by the Defence Secretary Gavin Williamson that attacks on the country's critical infrastructure could lead to thousands of deaths.

View the paper as it appeared in print

Download the e-reader

  

Advertisement

cherry servers    Bare Metal Servers    Powerful & Customizable Bare-Metal Servers - Check Our Server List

## RELATED ARTICLES



*EUROPE*

Prince Harry and Meghan Markle reveal details of their big day



*EUROPE*

Lost in translation? French President Macron calls Australian leader's wife 'delicious'



*EUROPE*

UK's May facing Brexiteer revolt over customs union



*EUROPE*

Armenia crisis deepens as opposition leader calls for strike after PM bid nixed

## VIDEOS



*AFRICA*

WATCH: Anger in Uganda over social media tax



*HERITAGE*

WATCH: Haq Al Laila serves up a treat in RAK



*MENA*

WATCH: Liverpool's Mohamed Salah is an Egyptian icon



*WORLD*

WATCH: How powerful is Russia?

## RECOMMENDED



*EUROPE*

Royal wedding: Prince Harry and Meghan Markle reveal details of their big day



*EUROPE*

Lost in translation? French President Macron calls Australian leader's wife 'delicious'



*EUROPE*

UK's May facing Brexiteer revolt over customs union



*EUROPE*

Armenia crisis deepens as opposition leader calls for strike after PM bid nixed

| UAE | WORLD | BUSINESS | OPINION | ARTS&CULTURE | LIFESTYLE | SPORT | VIDEOS |
|---|---|---|---|---|---|---|---|
| Courts | GCC | Economy | Comment | Film | Fashion | UAE | |
| Education | MENA | Banking | Editorial | Art | Food | Football | |
| Environment | Asia | Aviation | Feedback | Books | Luxury | Cricket | |
| Government | Africa | Property | Cartoon | Music | Travel | F1 | |
| Transport | Europe | Energy | | On Stage | Family | Horse Racing | |
| Heritage | The Americas | Technology | | Television | Home | Tennis | |
| Science | Oceania | Travel and Tourism | | Comment | Wellbeing | Rugby | |
| Podcasts | Comment | Comment | | | Motoring | North American | |
| Comment | | Markets | | | Comment | Comment | |
| | | Money | | | | Other Sport | |

 The National

About Us    Contact Us    Work With Us    Privacy Policy    Terms & Conditions    Advertise with Us    Subscribe    Sitemap

# British MP claims Kiwi think tank owner has Russian intel links

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**S** smh.com.au/world/europe/british-mp-claims-kiwi-think-tank-owner-has-russian-intel-links-20180502-p4zcrw.html

May 2, 2018

By Latika Bourke

Updated2 May 2018 — 7:50amfirst published at 7:19am

**London:** A British government MP has used parliamentary privilege to claim the founder of a leading pro-Brexit think-thank has links to Russian spies.

Bob Seely, a Tory MP who sits on the Parliament's select committee probing Russian interference, made the explosive claim about New Zealand-born, Monaco-based billionaire Christopher Chandler during debate in the House of Commons.

British MP Bob Seely used parliamentary privilege to make the explosive allegations.

British MP Bob Seely used parliamentary privilege to make the explosive allegations.

*Photo: Facebook/Bob Seely*

Seely, a former soldier and expert on Russian warfare, has worked on intelligence with the British army and said a handful of MPs had been shown documents they believed constitute a risk to Britain's national security.

"The documents concern Christopher Chandler and his brother. Christopher Chandler is a public figure owing to the Legatum Institute," he said.

"Mr Chandler is described as having been 'an object of interest to the DST [France's Directorate of Territorial Surveillance] since 2002 on suspicion of working for the Russian intelligence services," Seely told the Commons.

Advertisement

"These documents are brief, terse, factual files listing activities, associations and judicial actions. They have been authenticated by senior French intelligence sources and by British and American counterparts familiar with their contents."

## Related Article

Seely said Chandler's file was marked "S" which he said meant he was regarded as a "high or higher level of threat to France". He said the letter S is used by the French to designate radical Islam and in Monaco, where the documents originated, S was used to denote counter-espionage cases.

He urged Chandler to provide an explanation saying he could be an "innocent party".

"Now it may be that Mr Chandler can provide a satisfactory explanation or argue these relationships, if they existed, are historic or are somehow misrepresented in the documents and I do not use privilege lightly," he said.

1/3

Seely supported the 'leave' campaign as did Chandler's think-thank.

The Legatum Institute hit back at the allegations.

"Christopher Chandler has never been associated directly or indirectly with Russian intelligence or the Russian state," a spokesman told Fairfax Media.

"Neither Christopher Chandler nor anyone at Legatum is aware of any such alleged 'investigation' by French authorities, not 16 years ago or at any time since.



Replay

## US slaps sanctions on Russian oligarchs

The US has slapped sanctions on Russian oligarchs close to Vladimir Putin in the most aggressive move yet to punish Moscow for alleged meddling in the 2016 US election

"To be clear Christopher Chandler has never been approached at any time by the French or any other authorities regarding Russia and maintains a sterling record of ethical business practices earned over many decades.

"These accusations are complete nonsense, and have been previously rebutted by the Legatum Group."

## Related Article

The institute's most high-profile political figure, trade expert Shanker Singham, who recently left for the Institute of Economic Affairs, privately advises Foreign Secretary Boris Johnson, Trade Secretary Liam Fox and the other prominent Leave campaigner Michael Gove.

Chandler is the founder of Dubai-based investment company Legatum Group, which funds the London-based think-thank the Legatum Institute Foundation. He and his brother set up a company called Sovereign Global in Monaco in 1986. In the 90s, they began investing in Russia's state-owned gas giant Gazprom.

In 2006, the brothers de-merged Sovereign and Christopher Chandler created the Dubai-based Legatum Group and, in 2009, founded the Legatum Institute in Mayfair, London.

Last year, *The Mail on Sunday*, which takes a different stance on Brexit to its daily publication, *The Daily Mail,* first reported on Russian links to the pro-Brexit Legatum Institute. It did not allege the links to Russian intelligence asserted by Seely on Monday. The paper claimed the institute was attempting to drive a so-called 'hard Brexit'.

The Institute dismissed the report as nonsense and "comical if it weren't so serious" and said Singham had been appointed six months prior to the Brexit referendum.

The British press have reported on Russian bots attempting to sway last year's election in favour of Labour's Jeremy Corbyn, who took a noticeably soft stance on Russia over the poisoning of the Russian ex-spy Sergei Skripal and his daughter Yulia in Britain earlier this year.

Seely said the "struggle of our generation" would be how the West deals with authoritarian states trying to subvert democracy through hybrid warfare, a term used to describe non-conventional tactics like cyber hacking and covert influence.

In February, he told Fairfax Media that Britain needed to take the lead because US President Donald Trump was compromised by Special Counsel Robert Mueller's investigation into Russian meddling into the US election.

He said he was working with legislators in Australia, the US and Canada on ways to curb Russia's increasing aggression.

License this article

Latika Bourke is a reporter for *The Sydney Morning Herald* and *The Age* based in London. She has previously worked for Fairfax Media, the ABC and 2UE in Canberra. Latika won the Walkley Award for Young Australian Journalist of the Year in 2010.



## Morning & Afternoon Newsletter

Delivered Mon–Fri.

By signing up you accept our privacy policy and conditions of use

Advertisement

# Former MI6 chief worked with Legatum Institute's Chandler

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**intelligenceonline.com**/corporate-intelligence/2018/05/02/former-mi6-chief-worked-with-legatum-institute-s-chandler,108309053-bre

May 2, 2018

<u>UNITED KINGDOM</u> Issue 805 dated 02/05/2018

In parliament on May 1, Conservative MP **Robert Seely** claimed that British businessman **Christopher Chandler**, the founder of the huge private equity firm **Legatum Group** and the **Legatum Institute**, was investigated by



the **DST**, the French counter-intelligence service, for his alleged role as an agent of Russian influence in the early 2000s. Seely and five other MPs claimed to have seen documents providing evidence of this assertion. According to *Intelligence Online*'s sources, Legatum has often instructed or worked with **Macro Advisory Partners** (MAP) the strategic consultancy founded by former **MI6** chief **John Sawers**. The two firms worked together on cases for British banking clients and for Angolan state financial interests.

*© Copyright Intelligence Online.*

*Reproduction and dissemination prohibited (Intranet...) without written permission.* - 108309080

Stay up-to-date

# Pro-Brexit think tank founder 'suspected of working for Russia'

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**T** thetimes.co.uk/article/pro-brexit-think-tank-founder-christopher-chandler-suspected-of-working-for-russia-xpghf6k3z



The billionaire behind a pro-Brexit think tank was accused in the House of Commons yesterday of being a suspected Russian agent with links to money-laundering.

Christopher Chandler was said to be an "object of interest" to the French, who suspected him of "working for the Russian intelligence services". The accusation was made using parliamentary privilege by Bob Seely, a Tory MP and member of the foreign affairs select committee. Mr Seely cited security files that he said were authenticated by French, UK and US sources.

Mr Chandler, a New Zealand-born tycoon in his late 50s, provides financial support to the Legatum Institute, a London-based think tank with strong links to cabinet ministers, MPs, economists and campaigners who support a hard Brexit. The billionaire provides support through the Legatum Group, a Dubai-based hedge fund he controls.

Bob Seely used parliamentary privilege to link Legatum to Russia

Yesterday's intervention by Mr Seely is the first time such an explicit alleged link has been drawn in public between the Kremlin and Legatum. The institute dismissed the claims as "complete nonsense". It came as Sir Mark Sedwill, the national security adviser, singled out Russia as the primary military and strategic threat to the UK.

Mr Seely, MP for the Isle of Wight, and others made their intervention during a debate on money laundering and said they were speaking out "in the national interest" to fight the "malign influence" of Russia. Mr Seely, who was elected last year and is pro-Brexit, was

1/3

supported by the Tory MP Adam Holloway and three Labour MPs, Chris Bryant, Ben Bradshaw and Liam Byrne.

Their claims are based on police files from 2005 which contained information provided by Monaco police and French intelligence covering a period from the mid-1990s.

"According to the French security services as recorded by their colleagues in Monaco . . . Mr Chandler is described as having been 'an object of interest to the DST [Direction de la Surveillance du Territoire, France's now-dissolved equivalent to MI5] since 2002 on suspicion of working for the Russian intelligence services'," Mr Seely said.

It is understood that copies have been passed to parliamentary committees investigating Russia-related activities and will be published on a parliamentary website as early as today once they have officially been translated from French into English. Mr Seely asked whether Mr Chandler could "provide a satisfactory explanation" about the allegations in written or oral evidence to one of the committees.

The security files also identify Mr Chandler's brother, Richard, according to Liam Byrne, who cited them in parliament when he alleged possible ties between the brothers and organised crime via two Russian energy companies, Lukoil and Gazprom, and a Chechen mafia figure.

Mr Byrne said that Mr Bradshaw had raised the issue of "significant agents of influence" in the UK in November. The Kremlin is known to run operations designed to influence people and policy using disinformation and other methods.

Speaking of the Chandler brothers' backing of the Legatum Institute, Mr Byrne said they "happen to run an important think tank that has enjoyed unrivalled access to ministers in one of the most important national debates in this country. And the risk that we are running at the moment is that this support is financed from sources that derive from the Russian republic."

Since the EU referendum, staff at the Legatum Institute have had significant access to senior politicians and officials. Its economics director, Shanker Singham, who left in March, held at least seven meetings with ministers and officials including Liam Fox and Michael Gove.

Senior figures from the Legatum Institute were also invited to meet Sir Jeremy Heywood, the cabinet secretary, while Crawford Falconer was a "special trade commissioner" for the organisation before being appointed as the government's chief trade negotiator.

In 2009 the Institute paid for David Davis, now the Brexit secretary, to attend a conference and in 2010 he was paid £5,000 for a speech. Steve Baker, now a Brexit minister, is a supporter.

Since the Brexit vote, Legatum has appointed Matthew Elliott, the former chief executive of Vote Leave, as a senior fellow.

Mr Seely said that he was not criticising Legatum Institute staff, those engaged in its charitable work or MPs who have dealt with it. A Legatum spokesman said: "Christopher Chandler has never been associated directly or indirectly with Russian intelligence or the Russian state. Neither Christopher Chandler nor anyone at Legatum is aware of any such alleged 'investigation' by French authorities, not 16 years ago or at any time since. Christopher Chandler has never been approached at any time by the French or any other authorities regarding Russia and maintains a sterling record of ethical business practices. These accusations are complete nonsense, and have been rebutted by the Legatum Group."

The Russian embassy in London did not respond to a request for comment.

QUESTION MORE                    L**I**VE



08:27 GMT, May 10, 2018

Home  / UK News  /

# Founder of Legatum, think-tank known for anti-Russia analysts, accused of links to Russian intel

Published time: 3 May, 2018 10:08
Edited time: 4 May, 2018 07:11



Legatum Group founder Christopher Chandler. © Afolabi Sotunde / Reuters

 29

The billionaire behind pro-Brexit think tank The Legatum Institute has been accused of links to Russian intelligence. Curiously though, the organization is linked to a string of analysts who are deeply critical of Moscow.

MP Bob Seely used British parliamentary privilege to make the claims against Legatum Institute founder Christopher Chandler.

The Tory MP for the Isle of Wight quoted from copies of security files that allegedly show the New Zealand-born tycoon as an *"object of interest"*. The documents contained information from Monaco police and French intelligence services, dating back to 2002.

> **Patrick Wintour**
> @patrickwintour
>
> Bob Seeley MP using parliamentary privilege names Christopher

Chandler businessman behind Legatum think tank as an object
of interest to the French intelligence services on the basis of his
links with Russian intelligence. Says 4 other MPs have seen
same papers.

6:45 PM - May 1, 2018

88      99 people are talking about this

*"According to the French security services as recorded by their colleagues in Monaco and clearly
I am confident that these documents are genuine Mr Chandler is described as having been 'an
object of interest to the DST since 2002 on suspicion of working for the Russian intelligence
services'."*

Legatum has robustly denied Seely's allegation, releasing a statement to rebut the MP's points.
The institute said that the accusations were *"unsubstantiated… laughable"* and *"suggestive of a
deeper agenda"*.

*"We refute in the strongest possible terms the allegation that The Legatum Institute Foundation
is aligned with, influenced by, or somehow connected to Vladimir Putin or the Russian state, or
has ever been,"* the statement said.

Chandler isn't the only big name linked with Legatum. Anti-Russian advocates and even a senior
Tory figure in the Cameron government are tied to the think tank - making Seely's allegations
against the research institute seem even more perplexing.



**Bryan MacDonald**
@27khv

Legatum employed @anneapplebaum & @peterpomeranzev as
lobbyists, at the same time (around 2014) they arguably ignited
the "Russia disinformation" panic which has gripped the US &
EU in recent years. If Legatum is connected to Russian
intelligence, the moon is a balloon. twitter.com/patrickwintour…

4:39 PM - May 2, 2018

25      20 people are talking about this

## Ed Lucas

Ed Lucas earns a good living from taking aim at Russia, both in academic papers, social media
and TV. Among his work for Legatum is a study about Russia titled 'Winning the Information
War'. The Times columnist spends a significant amount of time on Twitter slamming Russia. He
retweets others accusing Moscow of fake news, secretive behavior or other dodgy dealings…
and Lucas is already writing a book on the Skripal chemical attack.

## Anne Applebaum

Anne Applebaum is one of the go-to analysts if you want someone to criticize Moscow. She has
been writing about Russia since the early 1990s, and currently co-leads a major initiative aimed
at countering alleged Russian disinformation. She has been linked to Legatum since 2011, and
has written more than 130 pieces for the think tank in that time.



**Robert Colvile**
@rcolvile

Astonishing stuff from @IoWBobSeely. But re @LegatumInst itself, I keep coming back to this point: hiring @anneapplebaum to write multiple damning reports on Putin (li.com/related? tag=An…), and hosting Kasparov & @edwardlucas, is not obvious pro-Kremlin behaviour. twitter.com/rcolvile/statu…

7:25 PM - May 1, 2018

5     See Robert Colvile's other Tweets

## Peter Pomerantsev

Soviet-born British journalist Peter Pomerantsev has written papers for the Legatum Institute - notably a piece entitled 'Winning the Information War' - a paper *"that offers techniques and counter-strategies to combat Russian propaganda"*. Born in Kiev, Pomerantsev has always had a chequered relationship with Russia - his father was arrested by KGB agents when he was younger.





**BenAris**
@bneeditor

This is too rich. Legatum an "object of interest" in French investigation connections to Kremlin intelligence.

Legatum employed Peter Pomerantsev, author "nothing true, everything poss" coined "weaponisation of info"

and he working for the FSB??!!

the beast will eat itself

10:36 PM - May 2, 2018

8     See BenAris's other Tweets

Pomerantsev is probably most well-known for his anti-Russian book, 'Nothing is True and Everything is Possible: Adventures in Modern Russia', which explores the Russian TV industry, gaining the author - as he objectively states: "*access to every nook and corrupt cranny of the country*" in *"the Putin regime [which] becomes more aggressive"*.

## Oliver Letwin

As of January 18, Sir Oliver Letwin joined The Legatum Institute as a research fellow. Letwin is

one of the most senior names in recent Conservative governments, playing a key role in the coalition and Conservative governments led by David Cameron. Letwin served as Minister for Government Policy and Chancellor of the Duchy of Lancaster.

He leads a key program for Legatum: 'The World Ahead' - a new initiative that *"examines how the rise of India and China, during the course of the twenty-first century, can transform the lives of billions - ending widespread poverty and fostering a new era of stability and prosperity"*.

However you look at it, it's a strange group of people to be part of a group whose main source of funding is accused of links to Russian intelligence.

**Think your friends would be interested? Share this story!**

29

Trends: Russia news

*Follow the news MSM ignores:* **Like RT UK Facebook**




'Whole world turned red': Groom recalls deadly Saudi airstrike on Yemeni wedding

Drain the swamp? Trump made it worse – poll

**MORE FROM RT.COM**





**Russia's 'Syria tested' robotic vehicle shows off its firepower (VIDEO)**

**Police 'suppressing' case of teens killed by drunk driver because of 'nationality' —...**

**'Not your toy': 5,000 feminists go on topless SlutWalk in Tel Aviv in spirit of #MeToo (PHOTOS)**

**SPONSORED CONTENT**









**Try this energizing and rehydrating skin trick. Your face will appreciate it**

Hydroface

**Massage Cures The EyeSight!**

eyes.info

عاجل : لن تصدق ماذا فعل فهد مع أخيه بعد إكتشاف هذا الأمر

اقرأ المزيد

EngageYa

## Conversation (5)

Sort by **Best** ▾

🔔   **Log In**

Your nickname...

Add a comment...

---

**mostintelligent**  · 6d

When the brexit all went wrong; then we blame the Russians. (it's as easy we can make it; said England)

Reply · Share · *2 Likes* · 👍 👎

---

**df445**  · 6d

Has anyone investigated the allegiances of 10 Downing Street's cat yet, and if not, why not?

Reply · Share · *2 Likes* · 👍 👎

---

**wait**  · 6d

Kremlin is  the only place where you can get a decent job today.

Reply · Share · *1 Like* · 👍 👎

---

**x**  · 6d

Legatum is hosting the most extreme anti-Russian globalists and neo-conservatives.  If  Chandler is helping the Kremlin it is a reverse psychology play where extremists are used to discredit the less extreme anti-Russians.

Reply · Share · 👍 👎

> **x**  ➤ x · 6d
>
> Highly unlikely on the Kremlin's part.
>
> Reply · Share · 👍 👎

---

Terms · Privacy

⭕ Add Spot.IM to your site ·

Subscribe to RT newsletter to get stories the mainstream media won't tell you

E-mail

Subscribe

  

About | Submit

Login or Register

 

Be a **Food Hero** with **Too Good To Go**



openDemocracy**UK**
power & liberty in Britain

| openDemocracy | oDR | oD-UK | oD 50.50 | democraciaAbierta | Shine A Light | Transformation | More |

About | Donate | OurNHS | New Economics | OurBeeb | openJustice | Civil Society Futures

# Revealed: Legatum's "extraordinary" secretive monthly meetings with Brexit minister

**PETER GEOGHEGAN** and **JENNA CORDEROY** 4 May 2018

*A controversial think tank that argued for a hard Brexit and has been linked with Russian intelligence had monthly meetings with a leading Brexit minister.*



*Image: International Trade Minister Greg Hands. Credit: Dominic Lipinski/PA Images, all rights reserved.*

Department for International Trade minister Greg Hands MP arranged monthly meetings with Shanker Singham, then head of the Legatum Institute's trade commission. The meetings were scheduled for months in advance, an investigation by openDemocracy has found.

The Brexit department refused to confirm if any notes were taken of these meetings but our investigation found that no minutes were taken at previous "coffee catch-ups" and other meetings between Legatum and cabinet ministers and officials.

A former Labour minister told openDemocracy that these "extraordinary" revelations suggest the existence of "a secret kitchen cabinet charting the course of a hard Brexit".

Legatum emerged as one of the most influential voices in Westminster in the wake of the Brexit vote with senior Leave figures including Matthew Elliott joining the think tank. Legatum, which is a registered charity, raised eyebrows with its "unparalleled access" to Brexit minister David Davis and other senior government figures.

In just six weeks from the end of October, Legatum had more than half a dozen meetings with Brexit ministers and officials. Around the same time, Shanker Singham, Legatum's chief trade advisor, was implicated in a letter sent by Michael Gove and Boris Johnson urging Theresa May to take a harder stance on Brexit. Singham has since left Legatum.

Legatum was set up by Christopher Chandler, a New Zealand-born tycoon who was once a major shareholder in the Russian state energy firm Gazprom. Earlier this week, a Conservative MP used parliamentary privilege to name Chandler as 'on object of interest' to French intelligence services in 2002. Isle of Wight MP Bob Seeley claimed Chandler was suspected of working for the Russian secret service.

The extent of Legatum's access to the key Brexit trade department was revealed in a series of emails released under Freedom of Information legislation. The emails detail correspondence between Hands and Singham, with the British minister suggesting last October that the two "meet frequently and monthly is a good objective."

A meeting between Hands and Singham on October 31 was moved to the Commons "due to a three line whip" on a vote in the House. When Hands could not attend a meeting slated for November 21 his secretary suggested re-arranging for December 6. Singham wrote that this was "going to be difficult as we have to be in a meeting at 10DS [10 Downing Street] then". The pair eventually met the following day, at Legatum's upmarket Mayfair offices.

The emails also include discussions about re-arranging dates for the meetings in January and March of this year.

The emails suggest that Singham had a good relationship with trade secretary Liam Fox and even acted as an intermediary between the Turkish embassy in London and Department of International Trade. In one email, Singham suggested the Turkish ambassador meet with DIT trade advisor Crawford Falconer, who left Legatum last year to join Fox's department.

The Brexit trade department was sent drafts of Legatum reports that called for UK to leave the customs union and single market. Permanent secretary Antonia Romeo was briefed specially by Legatum on their trade policy recommendations, according to the emails.

Legatum's access to the Brexit trade department stands in contrast to some British businesses who have complained about lack of access to trade ministers. Last year, the North East Chamber of Commerce only got a meeting with ministers after publicly complaining to local MPs.

Responding to openDemocracy's revelations, former cabinet office minister Liam Byrne said that the "extraordinary emails lay bare a secret kitchen cabinet charting the course for a hard Brexit, off the books, behind closed doors."

He added, "It's frankly alarming given what's now emerged about the Russia links of the Legatum founders that their former staff are organising secretive meetings with profound consequences for Britain's future. We now need ministers to tell us immediately just what was discussed - and what was agreed," the Labour MP said.

As openDemocracy reported in March, the Department for Exiting the European Union refused to reveal details of a series of meetings between DExEU officials and Legatum. But responses to a FOI request sent by openDemocracy show that no minutes or notes were taken at a lunch meeting between Hands and Legatum in March 2017.

We also learned that no notes, minutes or list of guests were recorded at a dinner that senior Brexit trade official John Alty had with Legatum Institute Commissioners at the Chesterfield Hotel in Mayfair. Similarly there are no records from a "coffee catch up" that special advisor Amy Tinley and two other DIT officials had with Singham in September 2017.

A spokesperson for the Department of International refused to confirm or deny whether any notes had been taken during Hands' monthly meetings with Singham, or whether these regular meetings were still taking place.

A Department for International Trade spokesperson said:

"Trade ministers and officials meet a wide variety of stakeholders from across the UK, including businesses and civil society groups, to seek a broad range of views and support the government's trade policy development The department also regularly engages think tanks and campaign bodies on all sides of the political spectrum."

The spokesperson added that Crawford Falconer had not met the Turkish ambassador.

A spokesperson for Legatum Institute said that the charity was no longer conducting research into Brexit and was not aware of the latest meeting between Singham and Hands. Singham, who is a cleared trade advisor to the US government, left Legatum in March. He now heads the International Trade and Competition Unit at the think tank the Institute for Economic Affairs.

## We need your help to expose the DUP

**Theresa May is desperately clinging to power**, relying on the DUP, the hard-right party that has blocked same-sex marriage, and kept abortion illegal.



Worse still, they're bankrolled by dark money – we've exposed the shady group behind their lavish pro-Brexit campaigning, but they're still refusing to name their secret donors. Now they hold the balance of power at Westminster, it's even more vital that we find out who their paymasters are.

Can you **chip in to boost our investigation now**, so that **we can expose the dark money** bankrolling British politics?

**Donate now→**



Who is **bankrolling Britain's democracy?** Which groups shape the stories we see in the press; which voices are silenced, and why? Sign up here to find out.

| email address |
|---|

| Subscribe |
|---|

## Related Articles

### Legatum: the Brexiteers' favourite think tank. Who is behind them?

PETER GEOGHEGAN


*This article is published under a Creative Commons Attribution-NonCommercial 4.0 International licence. If you have any queries about republishing please contact us. Please check individual images for licensing details.*

We encourage anyone to comment, please consult the
oD commenting guidelines if you have any questions.

# Russian-linked think tank held monthly meetings with leading Brexit minister

inews.co.uk/news/brexit/russian-linked-think-tank-held-monthly-meetings-with-leading-brexit-minister

Peter Geoghegan                                                                                          May 4, 2018



A controversial think tank that argued for a hard Brexit and been linked with Russian intelligence had monthly meetings with a leading Brexit minister.

Department for International Trade minister Greg Hands MP arranged monthly meetings with Shanker Singham, then head of the Legatum Institute's trade commission.

The meetings were scheduled for months in advance, an investigation by the news website openDemocracy – which campaigns for greater democratic transparency – claims.

## 'Coffee catch-ups'

The Brexit department refused to confirm that any notes were taken of these meetings but no minutes were taken at similar 'coffee catch-ups' between Legatum and cabinet officials.

A former Labour minister said these "extraordinary" revelations suggest the existence of "a secret kitchen cabinet charting the course of a hard Brexit".

Legatum emerged as one of the most influential voices in Westminster in the wake of the Brexit vote. The think tank, which is a registered charity, raised eyebrows with its ability to get a hearing from leading cabinet ministers.

Singham, Legatum's chief trade advisor, was mentioned in a letter sent late last year by

Michael Gove and Boris Johnson urging Theresa May to take a harder stance on Brexit.

## An object of interest?

Legatum was set up Christopher Chandler, a New Zealand-born tycoon who was once a major shareholder in the Russian state energy firm Gazprom. Earlier this week, a Conservative MP used parliamentary privilege to name Chandler as 'an object of interest' to French intelligence services in 2002. Isle of Wight MP Bob Seeley claimed Chandler was suspected of working for the Russian secret service.

The extent of Legatum's access to the key Brexit trade department was revealed in emails released following a Freedom of Information request.

In October, Brexit minister Hands suggests he and Singham "meet frequently and monthly is a good objective". Meetings took place in the House of Commons, the Brexit trade department, and at Legatum's upmarket Mayfair offices, according to the emails.

## What are the consequences?

Former cabinet office minister Liam Byrne said that the "extraordinary emails lay bare a secret kitchen cabinet charting the course for a hard Brexit, off the books, behind closed doors".

"It's frankly alarming given what's now emerged about the Russia links of the Legatum founders that their former staff are organising secretive meetings with profound consequences for Britain's future. We now need ministers to tell us immediately just what was discussed – and what was agreed," the Labour MP said.

A spokesperson for Legatum Institute said that the charity was no longer conducting research info Brexit and was not aware of the monthly meeting between Singham and Hands. The Department for International Trade refused to confirm whether the monthly meetings between Hands and Singham had ceased.

"The department regularly engages think tanks and campaign bodies on all sides of the political spectrum," a spokesperson said.

# Tycoon Christopher Chandler attacks MPs who branded him Kremlin agent

𝐓 thetimes.co.uk/article/tycoon-christopher-chandler-attacks-mps-who-branded-him-kremlin-agent-3526wmwbk



The billionaire founder of a pro-Brexit think tank has accused MPs of abusing their position to name him as a Russian agent without the risk of being sued.

Writing in The Times Christopher Chandler says that the MPs made "untrue and damaging statements" while under parliamentary privilege after he was accused on Tuesday of being an "object of interest" to the French, who suspected him of "working for the Russian intelligence services".

The accusation was made by Bob Seely, a Conservative member of the foreign affairs select committee. He cited security files that he said were authenticated by French, British and US sources.

Mr Chandler, a New Zealand-born tycoon in his late 50s, provides financial support to the Legatum Institute, a London-based think tank with strong links to cabinet ministers, MPs, economists and campaigners for a hard Brexit. He provides support through the Legatum Group, a Dubai-based hedge fund he controls. Legatum has always denied taking a stance on Brexit.

In his article, Mr Chandler denies that he had "been associated with the Russian state in any capacity". He accuses the MPs of making "unspecified allegations of wrongdoing based on a discredited report from 16 years ago".

"Impugning my reputation while hiding behind parliamentary privilege shows the lack of confidence which they have in their claims. By using the floor of parliament to make defamatory, untrue and damaging statements, these MPs degrade public discourse and

undermine the very democracy they purport to be protecting," he says.

He calls on the MPs to publish their "dossier" of evidence against him.

Mr Seely, MP for the Isle of Wight, made the allegations during a debate on money laundering and said that he and his colleagues were speaking "in the national interest" to fight the "malign influence" of Russia. Mr Seely, who was elected last year and is pro-Brexit, was supported by the Tory MP Adam Holloway and three anti-Brexit Labour MPs, Chris Bryant, Ben Bradshaw and Liam Byrne. Their claims are based on police files from 2005, which contained information provided by Monaco police and French intelligence covering a period from the mid-1990s.

"Mr Chandler is described as having been 'an object of interest to the DST [Direction de la Surveillance du Territoire, France's now-dissolved equivalent to MI5] since 2002 on suspicion of working for the Russian intelligence services'," Mr Seely said.

Speaking of Mr Chandler's backing of the Legatum Institute, Mr Byrne said he "happens to run an important think tank that has enjoyed unrivalled access to ministers in one of the most important national debates in this country. And the risk that we are running at the moment is that this support is financed from sources that derive from the Russian republic."

Mr Chandler denies that he had any involvement in the institute's work and says he has never expressed a view on Britain leaving the EU.

"Many in the media and these MPs suggest otherwise, but I challenge them to point to one example of any statement by me one way or the other on Brexit," he says. "They cannot. Regardless of this truth, they seek to make me an emblem of Brexit and then, as with all others they perceive as enemies, discredit me in their quest to reverse the decision of the British public."

The MPs said that they would publish the dossier on Mr Chandler next week. Since the allegations were first made against him his company has undertaken an extensive lobbying and PR campaign to defend his reputation and has denied allegations that Legatum was being used to promote Brexit.

04/05/2018
Case 1:18-cv-02136-APM Document 20-9 Filed 01/06/23 Page 48 of 93
Case 1:18-cv-02136-APM Document 20-9 Filed 10/22/18 Page 47 of 92

 

Support our investigative journalism fund    Become a supporter

 THE SPINOFF

MAY 4, 2018

MADE POSSIBLE BY 



# Who is reclusive Kiwi billionaire Christopher Chandler? And is he a Russian spy?

Rebecca Stevenson | Business Editor
Cheat Sheet

**Welcome to the Cheat Sheet, a clickable, shareable, bite-sized FAQ on the news of the moment. Today, who is the New Zealand billionaire at the centre of a bubbling Brexit scandal?**

There aren't many billionaires who have called New Zealand home.

Of course there's Graeme Hart (dubbed by Forbes New Zealand's perennial richest person) with an estimated wealth of about $10 billion, and we're now claiming early Facebook investor, co-founder of PayPal and death-denier Peter Thiel as a Kiwi too, with about $2.5b to his name.

Then there are the two billionaire Kiwi brothers, Richard and Christopher Chandler. According to legend, they converted (and grew dramatically) the family's relatively modest wealth made from selling a chain of New Zealand department stores into significant investments in Russia, Japan, Brazil (they took a punt on state-owned telecoms operator Telebras) and the Czech Republic.

It's the Chandlers' Russian links that have seen the notoriously secretive Christopher Chandler thrust into the unfolding Brexit debacle. The duo, through their old investment vehicle Sovereign Global Investment, were early foreign investors in Russian gas giant Gazprom – widely understood to be controlled by Russia's political elite (current Russian Prime Minister Dmitry Medvedev was appointed chairman in 2000, for example) and considered a political pawn of Russian President Vladimir Putin.

But the brothers' investment in Gazprom predates Putin's rise to power – just – and the duo have claimed (in the few media interviews they've done) that their investment strategy is to put money into distressed or under-performing (often state-controlled) companies in emerging markets, pressure management into improved corporate governance, then sell out once that strategy bears fruit.



SECRETIVE NEW ZEALAND BILLIONAIRE CHRISTOPHER CHANDLER. (LEGATUM)

### So what's this got to do with Brexit?

After the Chandler brothers split their Sovereign fortune, Christopher set up a new fund, Legatum Capital, in 2006 in Dubai which spawned a think thank, the Legatum Institute Foundation. It's the institute that has inserted itself into the Brexit campaign, after its researchers lobbied (effectively, it's claimed) for a "hard Brexit" – giving up access to the European Union's single market, when (and maybe if) Britain leaves the EU.

Brexit is, unsurprisingly, turning toxic as competing interests jostle to control what an out-of-the-EU Britain would look like. Legatum wanted to influence the action.

### OK.... So where does the spying allegation come in?

Christopher Chandler's Russian-made fortune has been attracting significant negative publicity since last year. The *Mail on Sunday* trumpeted in November 2017 that it had uncovered a "Russian link to Boris Johnson and Michael Gove's successful plot to persuade Theresa May to take a tougher stance on Brexit". It

claimed Legatum's economics director, Shanker Singham, had met Boris Johnson and Michael Gove, and had co-ordinated a letter written by them to Theresa May demanding a hard Brexit.

That negativity has now manifested as a claim made by British MP Bob Seely (under parliamentary privilege so it can't result in legal action) that Christopher Chandler came to the attention of both Monaco's security department and French intelligence in the 1990s for having links with Russian intelligence.



THEY'VE BEEN DUBBED RECLUSIVE AND SECRETIVE, BUT THE BILLIONAIRE KIWI CHANDLER BROTHERS GAVE ONE IN-DEPTH INTERVIEW IN 2006.

**Yikes. What were these "links"?**

The *Guardian* reported that Seely claims he and four other MPs had seen documents from Monaco's security department. These "brief, terse, factual files" related to "national security and money laundering" and included information supplied by the DST intelligence agency, France's equivalent of MI5.

Further, he claims that "according to the French intelligence services, as recorded by their colleagues in Monaco ... Mr Chandler is described as having been 'an object of interest' to the DST since 2002 on suspicion of working for Russian intelligence services", and the "Monaco intelligence division had marked Chandler's file with an S, to indicate "counter-espionage".

**But the Chandlers were involved in Russian investments together?**

Seely claims the files dated from 2005 and covered a period from the mid-1990s, and concerned "Christopher Chandler and his brother".

**What does Mr Chandler say about all this?**

The now Maltese citizen with an EU passport says it's bullshit, basically. He's never even met Putin! You can read his latest response, titled "The truth is in the national interest" on Legatum's website. But it comes down to this, Christopher Chandler says: "I am not and never have been associated with the Russian state in any capacity. There is no evidence to support claims to the contrary."

"As I stated before, I have never had anything to do with Russian – or any other country's – intelligence services. If the Monaco authorities investigated this question at some point, they must have concluded the same, as they obviously never pursued the matter with me. Instead, I remained a resident in good standing in Monaco for the duration of my two decades there and for many years after I moved away."



RUSSIAN PRESIDENT VLADIMIR PUTIN (L) AND HEAD OF RUSSIAN GAS GIANT GAZPROM ALEXEI MILLER (R) PAY A VISIT TO A MILITARY OUTPOST IN NALCHIK ON FEBRUARY 4, 2008. (MIKHAIL KLIMENTYEV/AFP/GETTY IMAGES)

**Do we believe him?**

Of course we do. We don't have parliamentary privilege.

Legally dodgy jokes aside, the proof, as they say, is in the pudding. The "evidence" so far, as Christopher Chandler notes is, "unspecified allegations of wrongdoing... based on a discredited report from 16 years ago. These accusers have refused to release the full report to me for scrutiny. Calling for a response, while hiding the document at issue is patently dishonest. Moreover, impugning my reputation while hiding behind Parliamentary privilege shows the lack of confidence which they have in their claims."

"Since its founding, my business has been voluntarily audited and reviewed by the world's top firms and counterparties, and we have never had an adverse finding of any sort. In short, we have enjoyed an unbroken reputation for integrity, for over thirty years. Were this not true, those promoting the current fabrications would have delighted in exposing any shortcomings. They have found none. We have no skeletons in our closet."

AND, the new Maltese citizen says he has never even taken a public stance on Brexit! "Many in the media and these MPs suggest otherwise, but I challenge them to point to one example of any statement by me one way or the other on Brexit. They can not. Regardless of this truth, they seek to make me an emblem of Brexit and then as with all others they perceive as enemies, discredit me in their quest to reverse the decision of the British electorate."

And he's right; using parliamentary privilege to make such damaging claims is pretty weak-sauce when you know you'd get destroyed and probably reduced to pauper status if you even whispered it outside of Parliament's hallowed halls. It also shows the road to Brexit (or not) is going to be painful, personal, and vicious.

And look, we may not like private individuals making a literal fortune off the privatisation of state assets, but making a killing from the privatisation of state assets is practically the New Zealand way. Faye Richwhite or Brierley's anyone?

---

*The Spinoff's business section is enabled by our friends at Kiwibank. Kiwibank backs small to medium businesses, social enterprises and Kiwis who innovate to make good things happen.*

**Check out how Kiwibank can help your business take the next step.**

---

The Spinoff Longform Fund is dedicated to facilitating investigative journalism. Our focus is on supporting in-depth reporting on important New Zealand stories. Your donation will help us sustain this most resource-intensive form of journalism, ensuring that the most complex and important stories still get told.

Become a supporter

     



Related:



Why have Thompson & Clark been allowed to keep spying on us, in your name?



**Frances Mountier**
Guest writer
·
April 27, 2018



Guyon Espiner: What is Winston Peters' foreign policy, anyway?



**Guyon Espiner**
Guest writer
·
April 18, 2018

Case 1:18-cv-02136-APM Document 20-9 Filed 10/22/18 Page 53 of 92



### The Bulletin: Spies in the spotlight



**Alex Braae**
Staff Writer
Partner content
.
April 18, 2018

---

The Spinoff is made possible by the generous support of the following organisations.
Please help us by supporting them.






















TO THE TOP

## The Spinoff

The Spinoff is a New Zealand online magazine covering politics, pop culture and social issues. We also have a custom editorial division which creates smart, shareable content for brands.

How the Spinoff is funded

We drink L'affare by day and Garage Project by night and Ruby and Barkers look after us too.

The Spinoff is at Level 3, 30 Customs Street East, Auckland CBD 1010

## Sign up to the Spinoff Weekly

Receive a carefully curated selection of the week's best reading from The Spinoff every Monday evening.

## Contact

FOLLOW   242

© The Spinoff 2018

The Spinoff is subject to NZ Press Council procedures. A complaint must first be directed in writing, within one month of publication, to info@thespinoff.co.nz. If not satisfied with the response, the complaint may be referred to the online complaint form at www.presscouncil.org.nz along with a link to the relevant story and all correspondence with the publication.

04/05/2018
Case 1:18-cv-02136-APM   Document 20-9   Filed 01/06/23   Page 56 of 93
Who is reclusive Kiwi billionaire Christopher Chandler and is he a Russian spy?

# Billionaire accused in UK of being suspected Russian agent has Maltese passport

**I** **independent.com.mt**/articles/2018-05-07/local-news/Billionaire-accused-in-UK-of-being-suspected-Russian-agent-has-Maltese-passport-6736189444

Monday, 7 May 2018, 14:41   Last update: about 2 days ago



The Daily Mail has reported that "billionaire Christopher Chandler – whose Legatum Institute helped Boris Johnson and Michael Gove to lobby the Prime Minister for a hard Brexit – was accused in the House of Commons last week of being a suspected Russian agent with links to money-laundering."

Chandler, who has a Maltese passport, denies the claims.

Chandler was said to be a person of interest to the French, who had the aforementioned suspicions.

ADVERTISEMENT

Four British MPS made allegations in their Parliament based on documents circulating in intelligence circles, the newspaper reports.

The Daily Mail states that former British Culture Secretary Bradshaw has asked for an investigation by the UK authorities into "growing concern about corruption, money-laundering and the sale of passports in Malta." The newspaper notes that Chandler used Pilatus bank to secure the passport.

A UK MP said that the claims were based on papers which, originated from Monaco's Surete Publique – a police department that manages security and foreign residents in the area. He said that the claims were based on that information and on information given by French Direction de la Surveillance du Territoire, which was the French equivalent of MI5, the Daily Mail reported.



# Christopher Chandler: Russian spy? Money man for Putin and Trump? No — I'm just a shy billionaire

In his first interview since an MP alleged he was a Russian spy, Christopher Chandler says the 'Alice in Wonderland' claims are a novelist's invention — or a Kremlin plot

Tom Harper and Oliver Shah

May 13 2018, 12:01am, The Sunday Times



Christopher Chandler says claims he laundered money for Putin and Trump are false
RAY WELLS



Share                                                                 Save

Christopher Chandler is a man used to getting his own way. But last week, as the reclusive billionaire sat in Portcullis House, Westminster, not one of the resident MPs would answer his urgent calls, texts and emails.

In his first interview, the financier reveals that he wanted to challenge the politicians who recently used the right of

13/05/2018    Christopher Chandler: spy, money man for Putin and Trump? No, I'm just a shy billionaire | The Sunday Times

Case 1:18-cv-02136-APM   Document 22-10   Filed 10/22/18   Page 60 of 93

parliamentary privilege to name him on the floor of the House of Commons as an alleged Russian spy.

"I wanted to talk to the MPs and say: I don't know what you are thinking and where you got this from, but please talk to me," said Chandler. "Not a single one would."

The allegation in parliament, which cannot be challenged in the courts, could scarcely be more damaging in a climate that includes the suspected Kremlin-sanctioned poisoning of an MI6 spy in Salisbury, a criminal investigation into President Donald Trump's alleged collusion with Moscow and Russian attempts to support Jeremy Corbyn during the general election.

Chandler, who until recently had almost no public profile despite more than 30 years at the top of international business, was thrust into the spotlight less than two weeks ago when Bob Seely, the Conservative member for the Isle of Wight, and a group of other MPs stood up during a parliamentary debate and raised Chandler's alleged links to Moscow in the interests of "national security".

## UAE Resident?

You are only Tax Free while you are here. Start Planning Taxes Now. Free UA Guide! sg.swissglobalgroup.com

Seely said he had been shown "authentic" Monaco police files alleging that the French security services had once described the New Zealander as an "object of interest" suspected of "working for the Russian intelligence services".

Chandler, 58, who strongly denies the accusations, says the affair is a catastrophic case of mistaken identity that makes him feel he has "woken up down the rabbit hole with Alice in Wonderland . . . living in a world of non-reality".

His background may have provided ammunition for the allegation. The financier has owned residences in some of the world's most exotic locations, and a yacht that travels at 60 knots. In short, he is used to supping at the very top table.

He enjoyed a stratospheric rise from the family business in the small farming town of Hamilton, New Zealand, to settle in Monaco, a tax haven, when he was still in his twenties, before carving out a role in the 1990s privatisation of Russian state utilities. He has never been arrested, cautioned or convicted of any criminal offence and in recent years has dedicated himself

to philanthropy, including the establishment of the Legatum Institute which focuses on policies to lift billions out of poverty.

Unfortunately for Chandler, it is the creation of this political think tank in London during the maelstrom of the Brexit debate that has brought about the assault on his reputation.

The institute, based in Chandler's Mayfair townhouse in central London, came under scrutiny from the press when one of its associates was alleged to have helped Boris Johnson and Michael Gove secretly to lobby Theresa May to make preparations to crash out of the European Union without a deal from Brussels.

Chandler says Legatum's role in "the Brexit issue was an accident" and the associate, Shanker Singham, a trade expert who has since left the institute, was not acting under instruction from him: "Decisions are taken as close to the coalface as possible. I'm not involved. I don't determine what comes out of here."

Remain-supporting MPs were also concerned to discover that Singham attended policy summits at Chevening, the country house in Kent shared by Brexiteer ministers, and noted that another erstwhile Legatum associate, Crawford Falconer, had been appointed chief trade negotiation adviser at Liam Fox's department for international trade.

Chandler is bewildered by the row: "I don't understand what a hard Brexit is. My view is that if the British public voted to leave the EU, you are either in or out . . . it seems to me that if it's a clean Brexit, then you are out. If it's a dirty Brexit, then you are half out and half in and it's something else. But the institute has never taken a position."

Certainly the institute made an unlikely Russian front. Anne Applebaum, one of its most prominent figures until 2016, is both a Remainer and a hostile critic of Vladimir Putin. Nonetheless, Seely told the Commons that Chandler's link to Legatum had moved him to speak out in the "national interest".

Until last week Chandler had not seen the police files containing the claims about his past and was unable to respond properly to the allegations. The Sunday Times was able to assist.

About six months ago, a source approached this newspaper with a sensational 87-page dossier, including Monaco police files, alleging Chandler was one of the most important assets of

the SVR, Russia's equivalent of MI6. Intriguingly, the source said it was sharing the files in the interests of national security.

We spent weeks trying to corroborate the allegations, which included claims that Chandler was recruited by the SVR in London in 1992, then moved to Switzerland and acted as a "front for senior Russian government officials" as they looted state assets from the motherland and secreted them offshore with his help. Chandler strongly denies these claims.

Despite extensive inquiries in the UK, France and Switzerland, it was not possible to confirm the most serious claims. There the matter rested until the MPs' intervention. Chandler is furious that he has since been inundated with detailed requests for comment from journalists and MPs who have also apparently been shown the dossier.

"England is the mother of the western system of justice," he said. "It goes right back to Magna Carta, concepts of habeas corpus, innocent until proven guilty. Well, that's the principle. The MPs have turned that on its head."

The Sunday Times met Chandler at the Legatum Institute and showed him the report to help him answer the allegations. He shook visibly as he spent several hours reading and analysing the report with his lawyers.

Much of the "mystery file", Chandler claims, seems to have been created by Robert Eringer, who was hired in 2002 by Prince Albert II of Monaco to set up an embryonic Monaco Intelligence Service.

At the time, Chandler says, he had been resident there for 16 years and had moved his parents into the former estate of the actor David Niven in St-Jean-Cap-Ferrat, between Nice and the principality. For reasons unknown to Chandler, he became a target of Eringer who he says has a "very unusual background" as a tabloid journalist and novelist.

"It seems to me that while [Eringer] was there he was preparing the basis for his next spy novel," said Chandler. "He had access to a lot of high net worth individuals living in the south of France. I mean, it was wonderful material."

One of the most tantalising elements of the dossier is the level of personal detail about Chandler, much of which he admits is true. A photocopy of his passport is enclosed, along with details of his helicopter and the movements of his Sunseeker yacht. "A lot in there is factually accurate," he said. "We were surveilled? I

guess so. But then the dossier takes [the allegations] that extra step each time."

Eringer told The Sunday Times he had worked as a tabloid journalist and novelist, but he emphasised he was also a serious spy. "We worked closely with Monaco's police department and built liaison relationships with 20 foreign intelligence services, including the CIA, MI6 and French DST," he said.

"Prior to serving Prince Albert, I spent 10 years doing private sector intelligence with Clair George [former CIA deputy director, operations], and eight years working undercover for FBI counter- intelligence on missions that took me to Moscow and Havana."

Chandler believes the journalist-spy mixed up his Monaco-based business, Sovereign, with a group of Swiss companies of the same name.

The dossier alleges that Chandler masked his involvement in the Swiss companies via a network of nominee directors that included Jeffrey Revell- Reade, a fraudster who was convicted in the UK in 2014 over his involvement in a £70m "boiler-room" scam.

Chandler is adamant that he has never met Revell-Reade or any of the other alleged nominees. "First of all, they are not mine," he said.

"Never heard of them. Never met them. Didn't know they existed. Didn't know this Sovereign company existed. Knew nothing of this until this file surfaced. The answer is categorically no."

The Swiss companies were closed down after a 2002 investigation into suspected Russian money laundering.

"[Eringer] obviously spent a huge amount of time trying to find some link and connection, but there isn't one. It's a perfect storm in some ways. You've got this case of mistaken identity coupled with this unusual spy fellow in Monaco and so you create this narrative. For someone who just picks up [the dossier], you'd say 'wow, look at that' but it's relatively easily dismissed."

Much of the focus on Chandler's links to Moscow has centred on his past business dealings in Russia, when he made a fortune through investments in the post-communist state including a stake in Gazprom, the gas giant.

Chandler admits taking part in the controversial voucher auctions that transferred the vast state enterprises of the Soviet Union to private citizens. Many people did not understand the vouchers' true value and handed them over cheaply to embryonic oligarchs .

"You have to understand the challenge that they had in transitioning a massive country, 11 time zones, from Soviet control to a free market economy overnight," he said. "You can't cross a chasm in two small steps . . . it was an imperfect solution for an impossible problem.

"It was a high-stakes, multibillion- dollar game . . . there were no legal standards or cultural norms like western standards of behaviour."

However, he denied claims in the dossier that he was attracted to the "free-for-all" by Russian intelligence. Instead, he says he relied on the advice of respected financial institutions.

"We have always worked through international investment banks," he said.

What of the espionage? The dossier states that Chandler laundered money personally for former president Boris Yeltsin and, in March 2002, was given a "direct order" from the director of the SVR to "acquire $10m worth of Gazprom and Yukos shares for President Putin". According to the file, these were then deposited in a Swiss branch of Crédit Agricole, a French bank.

"Not even remotely," said Chandler. "Never met them. Never spoke to them. No one in my organisation has ever talked to anyone in their organisation. What is fascinating about the dossier is that there is not one photograph, not one share certificate, we were never in the same restaurant at the same time. This is what is so damnable about the whole thing."

He also denies ever having a banking relationship with Crédit Agricole.

In addition, the dossier alleges that the billionaire laundered funds "on behalf of non-Russian companies who desire that their financial transactions remain anonymous". Among these companies, it adds, is the "Trump Group".

"You may as well have put Mother Teresa in there and Mary Poppins," said Chandler. "I've never had personal contact with

Trump or his organisation. When I say that I am stupefied, you can maybe get a sense as to why."

He believes he may be the victim of a Russian "disinformation campaign", speculating that Legatum enraged the Kremlin when it researched state control of the media several years ago.

There is certainly smoke billowing around the story. Recently he admitted buying a Maltese passport to gain visa-free travel in the EU by investing more than £1m in the island's Pilatus bank. Not long afterwards the bank's assets were frozen and the owner arrested on unrelated money-laundering charges.

Daphne Caruana Galizia, a local investigative journalist, was making inquiries about the bank when she was killed by a car bomb last year.

Chandler says he knew nothing of the controversy around Pilatus when he decided to invest. "It was a respected passport from a respected country," he said. "When I went in there, we talked to a local bank and they introduced us to Pilatus. I didn't know them from Adam."

He now thinks it was a mistake to have given no interviews since he started his business career more than three decades ago.

"People call me secretive, which makes me laugh, because to be secretive you have to have secrets," he said.

"It's like having a blank canvas — if you don't fill it with something, other people are going to. "My error, my mea culpa here, is that I haven't created or sought a public narrative. I've just got on with it."

@tomjharper

### The life of Christopher Chandler

**1960** Born in Hamilton, New Zealand
**1982** Graduates in law from Auckland University
**1986** Moves to Monaco
**1992** Starts to invest in Russia
**1998** Takes just under 5% stake in Gazprom, the Russian gas giant
**2002** Comes to the attention of Monaco police and intelligence services
**2006** Leaves Monaco for Dubai

**2007** Founds Legatum Institute

**2018** Named in House of Commons as alleged Russian spy

---

Brexit

---

✉  f  𝕏                                                              ☆

Share                                                              Save



Train-lovers unite for the ultimate culinary adventure

◆ SPONSORED

What is the internet of things and how can it help you?

◆ SPONSORED

---

Comments are subject to our community guidelines, which can be viewed here.

## 1 comment

✏  @  + Follow                                          **Post comment**

**Newest** | Oldest | Most Recommended

---

**iain morse**  3 hours ago

There are no grounds to suspect Chandler of being anything but hostile to Putin but what of Chandler's ambitions for Legatum? Presumably he could buy or set up a newspaper or online media outlet but he prefers using his think tank to influence UK government policies. Is he also sponsoring Anne Applebaum's Professorship at the LSE? What are his ambitions and intentions in the UK context?

★ Recommend    ↩ Reply

livefyre 🔥

---

# THE SUNDAY TIMES

GET IN TOUCH

Contact us                                        Help

The Times Editorial Complaints                    The Sunday Times Editorial Complaints

Place an announcement                             Classified advertising

Display advertising                               The Times corrections

The Sunday Times corrections

---

MORE FROM THE TIMES AND THE SUNDAY TIMES

The Times e-paper                                 The Sunday Times e-paper

Times Currency Services                           The Sunday Times Wine Club

The Times Dating                                  Times Print Gallery

Times Crossword Club                              Sunday Times Driving

Times+                                            The Sunday Times Rich List

Insider City Guides                               Good University Guide

Schools Guide                                     The Brief

Best Places to Live                               Best Places to Stay

Announcements                                     Times Appointments

---

© Times Newspapers Limited 2018.
Registered in England No. 894646.
Registered office: 1 London Bridge Street, SE1 9GF.

Privacy & cookie policy                           Licensing

Commissioning Terms                               Terms and conditions

# Tycoon Christopher Chandler's firm 'launched coup with Putin'

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**T** thetimes.co.uk/edition/news/tycoon-christopher-chandler-s-firm-launched-coup-with-putin-279lt6sjl

Henry Zeffman, Political Reporter



The brother of a billionaire who has denied accusations from MPs of ties to Russia published a pamphlet stating their company helped <u>President Putin</u> stage a management coup at Gazprom.

Christopher Chandler, a New Zealand-born tycoon, was accused in the House of Commons this month of having been an "object of interest" to the French, who suspected him of "working for the Russian intelligence services". The accusation was made under parliamentary privilege by Bob Seely, a Conservative MP.

Mr Chandler denied this, saying that he had not "been associated with the Russian state in any capacity".

However, a pamphlet published last month by the Clermont Group, run by Mr Chandler's brother Richard, stated that when the brothers' company Sovereign Global was an investor in Gazprom they teamed with Mr Putin to launch a management coup.

The document, uncovered by *The Mail on Sunday*, said that in 2000 Sovereign appointed Boris Fyodorov, Russia's former minister of finance, to the board of directors of Gazprom. But Gazprom's management resisted change, and so "Sovereign appealed directly to President Vladimir Putin", and a "close ally" of Mr Putin then replaced the chief executive of Gazprom in 2001.

The brothers sold their stake in Gazprom in 2006. Christopher used some of his fortune to fund the Legatum Institute, a think tank that lobbied for a hard Brexit, although he says he does not control how it is run.

A Legatum spokesman said that if Richard Chandler was involved in writing the passage, he was trying to recollect events from 17 years ago and highlight the importance of corporate governance. Clermont said the passages were written in error and "used a shorthand to describe Sovereign's engagement with its investment in Gazprom".

# DAN HODGES: Putin really IS coming to get you...and our leaders are doing nothing about it

**dailymail.co.uk**/debate/article-5749369/DAN-HODGES-Putin-really-coming-leaders-doing-it.html

This morning Britain is under attack from Russia. As we remove the bunting and fold away our Union Jacks, Putin's army is mobilising. Every household in every street of every town is a potential target. But our senior politicians remain impotent. Among both the Left and the Right, winning the New Culture War is taking precedence over prevailing in the Second Cold War.

On Monday, MI5 chief Andrew Parker described how the Russian government was now 'the chief protagonist' in a campaign aimed at undermining Western democracy.

He explained how we are now under assault from a 'well-practised doctrine of blending media manipulation, social media disinformation and distortion with new and old forms of espionage, and high levels of cyber attacks, military force and criminal thuggery'.



© EPA

As we remove the bunting and fold away our Union Jacks, Putin's army is mobilising

His words were an echo of the warning issued last month by national security adviser Mark Sedwill, who told MPs that Russia was now 'the primary strategic threat to the United Kingdom'.

Those MPs listened intently. And then did nothing. No urgent questions were tabled in the Commons. No Minister appeared to explain how the Government intended to task our armed forces, intelligence and security services with responding to this real and present danger from a nuclear-armed foreign power. As the Russian bear padded closer, Britain's political class continued its slumber.

There are several reasons for our lethargy. One is a lingering complacency from our victory in the First Cold War. As the Berlin Wall fell, so our guard was lowered.

Another is the legacy of 9/11. Even as the Twin Towers crumbled, our defence and intelligence services were pivoting to focus on the new threats posed by Al Qaeda, and then IS.

There is also the changing nature of covert warfare. As Parker identified, the traditional gathering of intelligence has become secondary to the dissemination of propaganda. The agent with the keyhole camera has been usurped by the hacker in a St Petersburg basement.

But there is another, more important, factor. Part by chance and part by design, Russia is targeting the fault line where the competing ideologies of the hard Left and hard Right intersect. With the result that both factions are now providing unwitting cover for Putin's campaign of disinformation, disruption and political sabotage.

Last week there was a further twist in the ongoing saga of New Zealand businessman Christopher Chandler and his Brexit-facilitating think-tank Legatum.

At business questions, Labour MP Liam Byrne said: 'I understand that Mr Christopher Chandler has threatened six Select Committee chairs with proceedings in the European Court of Human Rights if they dare to probe his links with President Putin.' This followed the revelation earlier this month from Conservative MP Bob Seely that he was in possession of documents that revealed 'Mr Chandler is described as having been 'an object of interest to the DST [a French intelligence agency] since 2002 on suspicion of working for Russian intelligence services.' '

Chandler has consistently and passionately rejected an allegation of wrongdoing. He has mounted various defences, including malicious smears by a former FBI intelligence officer, a misinformation campaign by Kremlin officials, and a case of mistaken identity.

All or some of these explanations may well be true. But it's almost impossible to judge their validity because the Chandler case has been immediately pounced upon by supporters of Brexit, and twisted into what they claim is evidence of an attempt by Remain campaigners to undermine the referendum result.



On Monday, MI5 chief Andrew Parker described how the Russian government was now 'the chief protagonist' in a campaign aimed at undermining Western democracy. Pictured: Russian President Vladimir Putin, left, shakes hands with Syrian President Bashar al-Assad

'When Mrs May bungled the General Election last year, Remainers revived their drooping spirits. They began to deploy whatever means they could think of to stop Brexit,' one leading pro-Brexit commentator raged last week, adding that 'the more Remainiac Remainers decided to use dirty tricks'.

Sorry, that's not what happened. A cross-party group of backbench MPs – with diligence that put to shame their senior colleagues – came into possession of documents showing an influential foreign national, with interest in the UK, had a connection with a foreign intelligence service. Brexit or no Brexit, these are precisely the sort of issues Parliament should be examining.

But it's not just those on the pro-Brexit Right who are wary of proper scrutiny of Russian interference. The Corbynite Left are equally shy of paddling too deeply in these murky waters.

Two weeks ago it emerged that researchers at Swansea University had discovered more than 6,000 Russian Twitter accounts had attempted to rally support behind the Labour Party in the run-up to last year's election.

Patterns of activity were deemed similar to those used to mobilise support behind Donald

Trump in the US presidential election.

Again, there may be an entirely innocent explanation for these tweets. But again, it is hard to judge because no sooner was the research made public than an army of Corbynite supporters, cyber-warriors and surrogates swarmed on to social media to attack the findings, dismissing them as a 'smear'. They were not a smear. Speak to British intelligence sources and they will confirm a number of simple facts.

One is that the Russians have tried to influence Brexit. There is no evidence it had a material impact on the outcome of the referendum, or invalidates the result, but Russia sees Brexit as a useful tool for disrupting existing Western European political and defensive alliances.

IT also sees Brexit as assisting in a second Russian objective – Scottish independence. That's because this would lead to the closure of the Trident nuclear base at Faslane, and disrupt the UK's capacity to monitor and defend the strategically important Greenland/Iceland/UK gap.

Case 1:18-cv-02136-APM Document 20-9 Filed 10/22/18 Page 73 of 92




Jeremy Hunt was travelling back to London by train after a constituency visit when he had an awkward encounter

Another is that Russia is stepping up attempts to infiltrate the Labour Party. Partly this is because they welcome the leadership's stance on issues such as Nato membership and its

wider geo-political world view. But also because they see Labour's unofficial social media network as a useful tool for the dissemination of the Kremlin's own propaganda, especially in areas such as Syria. And the election result has made Moscow reassess the credibility of a Corbyn government.

But at the moment it is impossible to effectively counteract these threats. And that is because it's impossible to construct a political consensus for action. Theresa May has no desire to offend her hard-core Brexiteers; Jeremy Corbyn has no desire to offend the hard-core Stop The War contingent among his activist base.

So responding to the primary strategic threat to the UK is left to a handful of brave backbenchers and Select Committee chairmen.

Meanwhile, the bear pads closer. And as it does, the British political class remains soundly, and conveniently, asleep.

## Jeremy is in the bad books again

Jeremy Hunt was travelling back to London by train after a constituency visit when the woman sitting opposite him reached into her bag to remove some reading material. To his horror, Hunt realised her book of choice was Comrade Corbyn, Rosa Prince's biography of the great leader.

A tense few minutes ensued, as the Health Secretary tried to make himself as inconspicuous as possible. Finally, just as they approached their destination, the woman lowered her tome, and eyed him menacingly across the table.

'I'm sorry,' she said, 'but I can't even bring myself to look at you.'

A fortuitously brief encounter.

# We WON'T be bullied by you, MPs tell Brexit tycoon with links to Kremlin

dailymail.co.uk/news/article-5749267/Pro-Brexit-think-tank-backer-accused-trying-threaten-MPs-investigation-Russian-links.html

The billionaire backer of a controversial pro-Brexit think-tank was last night accused of trying to threaten MPs over their investigation into his Russian links.

Christopher Chandler, whose London-based Legatum Institute helped Boris Johnson and Michael Gove to lobby Theresa May for a hard Brexit, has sent legal letters to six Commons committees, claiming that his right to privacy is protected under European human rights law.

The letters have been interpreted by MPs as an attempt to overturn a 300-year-old tradition of parliamentary privilege, which preserves their freedom to speak out in Parliament without fear of being sued.

MPs are examining claims about Mr Chandler which have been circulating among intelligence agencies.

Earlier this month, Mr Chandler, who was born in New Zealand but who now has Maltese citizenship, was named in the Commons as an 'object of interest' to the French. Officials there suspect him of 'working for Russian intelligence services' and of being linked to money-laundering. Mr Chandler strongly denies the claims.

Christopher Chandler, whose London-based Legatum Institute helped Boris Johnson and Michael Gove to lobby Theresa May for a hard Brexit, has sent legal letters to six Commons committees

In the latest twist to the saga, former Labour Cabinet Minister Liam Byrne told MPs last week that Mr Chandler had 'threatened six Select Committee chairs with proceedings in the European Court of Human Rights if they dare to probe his links with President Putin'.

The MP added: 'I happen to believe that, if a New Zealander who is based in Dubai with acquired Maltese citizenship and a think-tank in Mayfair has suspect links, we should raise questions. Is it time to send a message from this House that we will not be bullied or intimidated by anyone?' The letters also prompted Speaker John Bercow to issue an unprecedented rebuke to Mr Chandler. He wrote to the tycoon warning him that the principle of parliamentary privilege is sacrosanct.

And the Speaker told Mr Byrne: 'I do not care who writes to me to exhort me to prevent or limit that right. It will make not the blindest bit of difference.'

After receiving his letter, Tory MP Tom Tugendhat, chairman of the powerful Foreign Affairs Committee, consulted the judgments and academic writings of his father – high court judge Sir Michael Tugendhat. Sir Michael is regarded as the country's leading expert on privacy law. The judgments and articles make clear that parliamentary privilege cannot be trumped by any other law.

Last week The Mail on Sunday revealed that Mr Chandler's brother Richard had boasted about how the pair had helped Putin's associates take control of Russia's energy giant Gazprom.

A pamphlet published by Richard Chandler's Clermont Group stated that, after the brothers placed their own director on the board, they teamed up with Putin to launch a management coup.

Christopher Chandler's aides, who deny that he was ever 'in cahoots with Putin', claim the passage was written in error.

The Legatum Group said: 'Anyone in a position of power acts as a bully if they make unfounded accusations without the facts and without giving their accused the right to address the claims fairly.

'These MPs have refused to speak to Legatum or Christopher Chandler despite repeated and respectful approaches, which at this point can only be interpreted as a wilful disregard for truth in order to advance a political agenda. For the sake of the good name of Parliament, we ask them to withdraw their outlandish claims and apologise for the hurt caused.'

# Pro-Brexit thinktank broke charity rules on politics, watchdog says

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

🅖 **theguardian.com**/politics/2018/jun/01/pro-brexit-thinktank-legatum-institute-broke-charity-rules-politics-watchdog

Holly Watt                                                                                                          May 31, 2018

A charity operating as an influential pro-Brexit thinktank "crossed a clear line" in its political work, according to the charities watchdog.

In a report published on Friday, the Charity Commission said the Legatum Institute Foundation breached strict rules that ban charities from political activities.

The commission warned that a report produced by the Legatum Institute, called the Brexit Inflection Report, could be seen as "promoting a political view directed towards securing a particular negotiating position" to achieve a "particular final outcome".

As a result, the charity's trustees were ordered to remove the report from the thinktank's website and be more cautious when publishing future reports on "controversial, highly political subjects".

The institute's output will be closely monitored in future.

The rightwing thinktank, which operates from a townhouse in Mayfair, was set up by the Legatum Group, whose founders include the New Zealand-born billionaire Christopher Chandler.

Early last month, the Conservative MP Bob Seely used parliamentary privilege to claim Chandler had been an "object of interest" to French intelligence because of his alleged links to Russian politics. The businessman has dismissed the claims of connections to Russia. He has also insisted that Legatum did not have a firm stance on Brexit, but was instead focused on prosperity.

Although the Legatum Institute charity was registered in 2011, it maintained a low profile before the Brexit referendum. As well as the Legatum Group, a private investment firm, there is also a non-charitable Legatum Foundation, which funded the report.



Christopher Chandler, one of the institute's founders, has been accused of having links to Russian politics, a claim he denies. Photograph: Afolabi Sotunde/Reuters

After the referendum, the Legatum Institute's former economics directorShanker Singham held several meetings with the pro-Brexit cabinet ministers Michael Gove and Boris Johnson. The reported goal of these meetings was to increase pressure on Theresa May to leave the single market and customs union.

The institute also reportedly helped Gove and Johnson write a letter to the prime minister last autumn setting out their blueprint for a post-EU Britain. Legatum has said Singham had been sought out for his "unparalleled knowledge and expertise" and also that Chandler was "a much-loved friend of the institute" but that he had no role within it.

The institute's chief executive is Baroness Stroud, who previously worked for the leading Brexiter Iain Duncan Smith.

There have been previous controversies over thinktanks and their charitable status. Several have become closely linked to political parties. Last year, the Institute of Economic Affairs removed two press releases from its website over concerns that they breached the guidance.

During the Charity Commission's inquiry into Legatum, the trustees said the Brexit report was intended to "analyse and assess the implications of the different political choices available for the UK" on its ability to independently negotiate a trade deal.

The watchdog said the publication of the report had gone too far from the stated purpose of the charity, which is to advance the education of the public.

The institute recently announced that it had completed its work on Brexit, and has also severed its ties to Matthew Elliott, who ran the Vote Leave campaign and was hired as a senior fellow last year.

David Holdsworth, the commission's chief operating officer, said: "Our case found that the Legatum Institute Foundation breached regulation with the publication of its Brexit Inflection Point report.

"Charities with educational purposes have a valuable role to play in public debates, but they must act responsibly. On such a highly political issue it is especially important that trustees can clearly demonstrate they are operating in line with our guidance to inform the public in a balanced and evidence-based way.

"With this report, the trustees failed to meet the required standards of balance and neutrality."

The institute's chair of trustees, Alan McCormick, said: "We are pleased that the commission has concluded its review of the Legatum Institute. As a board, the trustees take very seriously the institute's responsibility to educate the general public about how individuals, communities and nations can create the pathways from poverty to prosperity.

"Over the past five months we have worked closely with the commission, proactively reporting relevant information and answering all questions posed to us. We are pleased to see the official recognition on the part of the commission that the institute operates

independently and that we have systems in place which are designed to ensure balance and neutrality in our research and educational work.



theferret.scot/legatum-brexit-charity-commission

June 1, 2018

**A controversial think tank called the Legatum Institute has been strongly criticised by charity regulators following an investigation first reported by The Ferret last year.**

The investigation by the <u>Charity Commission</u> found that Legatum's work on Brexit "crossed a clear line" and "failed to meet the required standards of balance and neutrality".

<u>Legatum</u>, which is <u>a registered charity</u>, has emerged as one of the most influential think tanks in Westminster. Ministers have often cited its work to support Brexit policies on everything from tariffs to the Irish border.

In November, The Ferret <u>broke the news</u> that the Charity Commission had opened a compliance case into Legatum following reports that the charity was "promoting the views of pro-Brexiteers".

Now this investigation has found that a Legatum report, <u>*Brexit Inflection Point,*</u> did not present "balanced, neutral evidence and analysis" and was "not consistent" with the charity's objectives to promote education.

The report, which called for the UK to leave the single market and the customs union as soon as possible, "may be seen as promoting a political view…for the aim of a particular final outcome, and recommending specific government action that reflects this," the regulator found.

The Charity Commission has ordered Legatum to remove the report from its website and given formal regulatory advice to its trustees about maintaining independence and neutrality.

Previously, The Ferret has reported <u>documents</u> that show that the Charity Commission raised concerns about whether Legatum was "capable of becoming a charity" when the charity was registered in 2011.

<u>LIF response to CC (p. 53)</u>
<u>View entire document on DocumentCloud</u>
Commenting on the Charity Commission report, David Holdsworth, the regulator's chief operating, said: "Our case found that the Legatum Institute Foundation breached regulation with the publication of its Brexit Inflection Point report.

"Charities with educational purposes have a valuable role to play in public debates, but they must act responsibly. On such a highly political issue it is especially important that trustees can clearly demonstrate they are operating in line with our guidance to inform the public in a balanced and evidence-based way.

"With this report, the trustees failed to meet the required standards of balance and neutrality."

After the European Union referendum, Legatum became one of the most prominent pro-Brexit voices in British politics. Former Vote Leave chief executive, Matthew Elliott, joined the think tank, along with a number of leading Eurosceptics.

Legatum was said to have 'unparalleled access" to Brexit minister David Davis and other senior government figures. A recent openDemocracy investigation found that Brexit minister Greg Hands had arranged monthly meetings with Legatum's chief trade advisor, who has since joined the Institute of Economic Affairs.

Singham had multiple undeclared meetings with another Brexit minister, Steve Baker, according to reporting by Buzzfeed. On his website, Baker describes the Legatum Institute as "remarkable". A former Legatum trade advisor, Crawford Falconer, now holds a senior position at Liam Fox's Department of International Trade.

Legatum's links to Russia have also been the subject of intense media scrutiny. The charity was set up by Christopher Chandler, a New Zealand-born tycoon who was once a major shareholder in the Russian state energy firm Gazprom. In May a Conservative MP used parliamentary privilege to name Chandler as an "object of interest" to French intelligence services in 2002, suspected of working for the Russian secret service.

> Here we have a New Zealander with acquired Maltese citizenship and a fortune made in Russia, creating a Mayfair think-tank that abused charity rules to help win an argument for Hard Brexit. *Liam Byrne MP*

Former Labour minister, Liam Byrne MP, said the "incredibly damning" Charity Commission report "lays bare Legatum's abuse of charity rules to pursue a hard Brexit agenda which its founder Mr Chandler tried to deny".

"Here we have a New Zealander with acquired Maltese citizenship and a fortune made in Russia, creating a Mayfair think-tank that abused charity rules to help win an argument for hard Brexit. We have got to now debate how we stop this ugly new elite soft-power driving Britain over a cliff," Byrne said.

SNP MP Martin Doherty-Hughes, vice chair of the all-party parliamentary working group on charities and volunteering at Westminster, said: "This is a clear infringement of well know charitable legislative framework and highlights the insidious nature of this so called think tanks approach to the Brexit, the Charity Commission for England is well within its rights to throw the book at Legatum – I hope they do."

Jolyon Maugham of the Good Law Project called for the Charity Commission to look into other charities campaigning on Brexit.

"Charities are supported by public funds. And the quid pro quo is an obligation to deliver the public good – not the ideological agenda of wealthy private donors. The Legatum case, I am afraid, is endemic of a much bigger problem.

"The Charity Commission must now turn to look at whether it is right that taxpayers are obliged to fund the activities of other pamphleteers like the <u>Institute for Economic Affairs</u>, the so-called <u>Taxpayers' Alliance</u>, and the <u>Adam Smith Institute</u>."

The Charity Commission investigation is not the first time that the regulator has raised concerns about Legatum's charitable status. Back in 2011, when Legatum was registering as a charity, the regulator wrote that it was "not clear" whether Legatum was "capable of becoming a charity", according to <u>emails released</u> following freedom of information requests.

In an email response Legatum told the Charity Commission that its research would be "be based on neutral evidence and statistics and any conclusions made will be based on such evidence". The regulator subsequently granted Legatum charitable status.

The Legatum Institute's chair of trustees, Alan McCormick, said he was "pleased" that the Charity Commission had concluded its review but "concerned" by the request to remove the Brexit report from the think tank's website.

"Whilst we understand and will fulfil the Commission's request to remove the Brexit Inflection Report from our website, the Legatum Institute stands by its view that free trade and free enterprise have done more to lift people out of poverty than any other system. This is not a 'political' position but a position informed by empirical evidence and the experience of nations over the centuries – it is supported by a huge body of evidence and research."

3/3

# Legatum breached charity regulations with Brexit work, Charity Commission finds

**opendemocracy.net**/uk/peter-geoghegan/legatum-breached-charity-regulations-with-brexit-work-charity-commission-finds

# open Democracy**UK** 🦋
power & liberty in Britain

Peter Geoghegan 1 June 2018 (2018-06-01T00:00:01+01:00)
Controversial think tank influential amongst pro-Brexit ministers did not provide "balanced, neutral evidence and analysis" and was "not consistent" with the charity's objectives.



*Image: Afromusing/Flickr, CC 2.0*

Controversial think tank the Legatum Institute has been strongly criticised following an investigation by charity regulators. A report from the Charity Commission released today found that Legatum's work on Brexit "crossed a clear line"Legatum's work on Brexit "crossed a clear line" and "failed to meet the required standards of balance and neutrality".

Legatum, which is a registered charity, has emerged as one of the most influential think tanks in Westminster. Ministers have often cited Legatum's work to support Brexit policies on everything from tariffs to the Irish border.

An investigation by the Charity Commission found that a Legatum report, *Brexit Inflection Point,* did not present "balanced, neutral evidence and analysis" and was "not consistent" with the charity's objectives to promote education.

The report, which called for the UK to leave the single market and the customs union as soon as possible, "may be seen as promoting a political view...for the aim of a particular final outcome, and recommending specific government action that reflects this," the regulator found.

The Charity Commission has ordered Legatum to remove the report from its website and given formal regulatory advice to its trustees about maintaining independence and neutrality.

Separately, documents seen by openDemocracy show that the regulator expressed concern about whether Legatum was "capable of becoming a charity" when the charity was registered in 2011.

Commenting on the Charity Commission findings, David Holdsworth, the regulator's chief operating officer, said: "Our case found that the Legatum Institute Foundation breached regulation with the publication of its Brexit Inflection Point report.

"On such a highly political issue it is especially important that trustees can clearly demonstrate they are operating in line with our guidance to inform the public in a balanced and evidence-based way.

"With this report, the trustees failed to meet the required standards of balance and neutrality."

The Charity Commission opened a compliance case into Legatum in November 2017 following reports that the charity was "promoting the views of pro-Brexiteers". After the European Union referendum former Vote Leave chief executive Matthew Elliott joined the think tank, along with a number of leading Eurosceptics.

A recent openDemocracy investigation found that Brexit minister Greg Hands had arranged monthly meetings with Shanker Singham, Legatum's chief trade advisor. Singham, who has since joined the Institute of Economic Affairs, was implicated in a letter sent by Michael Gove and Boris Johnson urging Theresa May to take a harder stance on Brexit.

Singham had multiple undeclared meetings with another Brexit minister, Steve Baker, according to reporting by Buzzfeed. On his website, Baker describes the Legatum Institute as "remarkable". A former Legatum trade advisor, Crawford Falconer, now works at Liam Fox's Department of International Trade, where the New Zealander holds the post of first British Chief Trade Negotiation Advisor.

Legatum's links to Russia has also been the subject of intense media scrutiny. The charity was set up by Christopher Chandler, a New Zealand-born tycoon who was once a major shareholder in the Russian state energy firm Gazprom. In May, a Conservative MP used parliamentary privilege to name Chandler as "an object of interest" to French intelligence services in 2002, suspected of working for the Russian secret service.

Former Labour minister Liam Byrne said the "incredibly damning" Charity Commission report "lays bare Legatum's abuse of charity rules to pursue a Hard Brexit agenda which its founder Mr Chandler tried to deny".

"Here we have a New Zealander with acquired Maltese citizenship and a fortune made in Russia, creating a Mayfair think-tank that abused charity rules to help win an argument for Hard Brexit. We have got to now debate how we stop this ugly new elite soft-power driving Britain over a cliffWe have got to now debate how we stop this ugly new elite soft-power driving Britain over a cliff", Byrne said.

SNP MP Martin Doherty-Hughes, vice chair of the all-party parliamentary working group on charities and volunteering at Westminster, said:

"This is a clear infringement of well know charitable legislative framework and highlights the insidious nature of this so-called think tanks approach to the Brexit. The Charity Commission for England is well within its rights to throw the book at Legatum - I hope they do."

Jolyon Maugham of the Good Law Project called for the Charity Commission to look into other charities campaigning around Brexit.

"Charities are supported by public funds. And the quid pro quo is an obligation to deliver the public good - not the ideological agenda of wealthy private donors. The Legatum case, I am afraid, is endemic of a much bigger problem.

"The Charity Commission must now turn to look at whether it is right that taxpayers are obliged to fund the activities of other pamphleteers like the Institute for Economic Affairs, the so-called Taxpayers' Alliance, and the Adam Smith Institute."

The Charity Commission investigation is not the first time that the regulator has raised concerns about Legatum's charitable status. Back in 2011, when Legatum was registering as a charity, the regulator wrote that it was "not clear" whether Legatum was "capable of becoming a charity", according to emails released following Freedom of Information requests.

In an email response Legatum told the Charity Commission that its research would be "be based on neutral evidence and statistics and any conclusions made will be based on such evidence". The regulator subsequently granted Legatum charitable status.

The Legatum Institute's Chair of Trustees, Alan McCormick said he was "pleased" that the Charity Commission had concluded its review but "concerned" by the request to remove the Brexit report from the think tank's website.

"Whilst we understand and will fulfil the Commission's request to remove the Brexit Inflection Report from our website, the Legatum Institute stands by its view that free trade and free enterprise have done more to lift people out of poverty than any other system. This is not a 'political' position but a position informed by empirical evidence and the experience of nations over the centuries – it is supported by a huge body of evidence and research."

# Legatum Institute criticised by Charity Commission

FT ft.com/content/50952a76-64da-11e8-a39d-4df188287fff

June 1, 2018

Think-tank failed to provide a balanced view on post-Brexit trade

The Legatum Institute was ordered to remove the Brexit report from its website © FT Montage

The Legatum Institute breached its charitable objectives by publishing a report about the benefits of free trade after Brexit, the Charity Commission said.

The charities regulator said the think-tank, which has the charitable aim of advancing "education for the public benefit", had "crossed a clear line" with its report, Brexit Inflection Point, which it published last November.

It ordered Legatum to remove the publication from its website.

The Legatum Institute Foundation came under scrutiny in December after media reports highlighted its access to ministers and raised questions about whether Legatum was promoting pro-Brexit political views.

Opposition MPs called for a review of Legatum, its funding and its relationship with the government.

The think-tank is majority funded by the Dubai-based investment firm Legatum Group set up by New Zealand billionaire Christopher Chandler, who earlier this month was accused by MPs of having been suspected of ties to Russian intelligence. Mr Chandler has denied the accusations.

The Charity Commission opened a probe late last year to ascertain whether Legatum's activities were in accordance with its stated charitable aim.

It reviewed the role of trustees of protecting and promoting Legatum's independence.

The commission found that the charity operated independently of the Legatum Group, but criticised the Brexit Inflection Point report, which it said had failed to show that there might be potentially negative outcomes from Brexit.

"With this report, the trustees failed to meet the required standards of balance and neutrality," said David Holdsworth, chief operating officer of the Charity Commission.

Legatum said it stood by its view that free trade and free enterprise have done more to lift people out of poverty than any other system. "This is not a 'political' position but a position informed by empirical evidence and the experience of nations over the centuries", said Alan McCormick, its chair of trustees.

Before allowing the Legatum Institute Foundation to register as a charity in 2011, the Charity Commission questioned its close links to a Legatum Group company, which promoted a free-market, low-regulation approach to the economy, according to correspondence released under the Freedom of Information act.

At the time the Charity Commission asked trustees to demonstrate that they would be able to advance "education in the charitable sense rather than simply promoting a particular point of view".

The FT previously reported that following Brexit, Legatum went through a radical restructuring that former employees likened to a "purge". In addition to the newly appointed chief executive, Philippa Stroud, several other employees who held decidedly pro-Brexit views joined in the autumn of 2016.

In March this year Shanker Singham — who headed Legatum's Special Trade Commission — and three members of his team moved from Legatum to the Institute of Economic Affairs.

Nigel Farage's bankroller met Russian envoy three times then hooked him up with Trump's team | Daily Mail Online

Case 1:18-cv-02136-APM   Document 20-5   Filed 01/06/23   Page 89 of 93
Case 1:18-cv-02136-APM   Document 20-5   Filed 10/22/18   Page 89 of 92



Like 14.6M

Sunday, Jun 10th 2018   10AM 34°C   1PM 37°C   5-Day Forecast



**Mail** Online

**News**

| Home | News | U.S. | Sport | TV&Showbiz | Australia | Femail | Health | Science | Money | Video | Travel | Fashion Finder |

Latest Headlines | Royal Family | *News* | World News | Arts | Headlines | France | Pictures | Most read | Wires | Discounts                                    Login

ADVERTISEMENT

Lifestyle

-65%





AED 315          AED 542

# Brexit's secret Putin connection: Nigel Farage's bankroller met Russian envoy three times then hooked him up with Trump's team, as MI5 is urged to act

- Arron Banks had three meetings with Russian ambassador Alexander Yakovenko
- Banks previously claimed to have had only a 'boozy lunch' with the ambassador
- The former Ukip donor is also said to have given Russian officials telephone numbers for members of Donald Trump's presidential transition team

By MARTIN BECKFORD FOR THE MAIL ON SUNDAY

PUBLISHED: 22:01 BST, 9 June 2018 | UPDATED: 01:16 BST, 10 June 2018

         **253** shares   💬 **1.6k** View comments

Explosive new claims of Russian meddling in the **Brexit** referendum emerged last night as it was revealed that the millionaire who bankrolled the Leave campaign had a series of secret meetings with **Vladimir Putin**'s UK envoy.

Arron Banks had three meetings with Russian ambassador Alexander Yakovenko, fresh evidence shows, despite previously claiming to have had only a 'boozy lunch' with him.

Leaked emails written by Banks and his Leave.EU right-hand man Andy Wigmore – both close friends of ex-Ukip leader **Nigel Farage** – allegedly show they were in close contact with Russian officials throughout

Site Web                          Search

ADVERTISEMENT



Like
Daily Mail

+1
Daily Mail

Follow
@DailyMail

Follow
Daily Mail

Follow
@dailymailuk

Follow
Daily Mail

**Mail** Online



© Steve Finn/Splashnews  📷 +4

**Arron Banks (pictured with wife Catya) had three meetings with Russian ambassador Alexander Yakovenko,**

the referendum campaign and afterwards.

Former Ukip donor Mr Banks is also said to have given Russian officials telephone numbers for members of **Donald Trump**'s presidential transition team, just days after he and Mr Farage visited Trump Tower in the wake of the shock US election result.

The cache of messages will be considered by the Commons Digital, Culture, Media and Sport Select Committee, which is investigating Russia's attempts to subvert democracy with 'fake news'.

Mr Banks and Mr Wigmore last night set the stage for an electrifying hearing of the inquiry on Tuesday, vowing that they would give evidence to committee chairman Damian Collins about their emails being 'hacked'.

**SHARE THIS ARTICLE**



**RELATED ARTICLES**



Nicola Sturgeon hints she may NOT call for second...



On your way out Boris? Foreign Secretary leaves house with...

Mr Banks wrote on Twitter that the messages had been 'stolen' and added: 'At this rate I'll be attending @DamianCollins on Tuesday as planned!' He had previously vowed not to attend the hearing, branding the committee a 'partisan witch hunt' and accusing it of 'collusion' with pro-EU campaigners.

Mr Wigmore also tweeted Mr Collins yesterday: 'Fill your boots and all from #hacked emails, surely not legal? See you on Tuesday.' He tagged Mr Banks in the message.

Last night Mr Collins told The Mail on Sunday: 'The concern we have is there seems to be evidence of very close contact between Leave.EU and the Russian embassy during the referendum campaign, far greater than they have previously admitted to.

**DON'T MISS**



▶ **Victoria Beckham EXCLUSIVE: Posh looks sombre in London after furiously denying divorce rumours... while husband David lives it up in LA with female fan**



▶ **It's Danny Cry-er! TV hardman left in TEARS watching daughter Dani on Love Island after she broke down over Jack's cheating confession**
Doting dad



▶ **Bella Thorne shows off her armpit hair as she dons skimpy green bikini to frolic on the beach in Hawaii**
She's been having some fun in the sun



▶ **Amanda Holden, 47, shows off her phenomenal figure in skimpy bikini after revealing she NEVER diets**
Sizzling



▶ **PICTURE EXCLUSIVE: Smiling David Beckham is seen posing with a female fan in LA for the first time since denying divorce rumours with wife Victoria**



▶ **Peter Andre 'BANS ex-wife Katie Price from seeing their children Princess, ten, and Junior, 12 as her lifestyle is so out of control'**

▶ **Harry bags a shock role... as Meghan's secret stylist by personally helping his new royal bride pick the perfect outfits for her**



© Wigmore/Finn/Splash News  +4

**Banks and Nigel Farage meet President Donald Trump at the Trump Tower in NYC**

'We will be questioning Mr Banks and Mr Wigmore about this.'

Tuesday's showdown will coincide with crucial votes in the Commons on Brexit. Theresa May will attempt to stop rebel Tory MPs defeating the Government by backing amendments that would keep Britain in the Single Market or a customs union with the EU.

The Government and the intelligence services are likely to face calls to investigate the new evidence of contact between the Brexiteers and Putin's officials. Just last month MI5 chief Andrew Parker branded the Russian government the 'chief propagandist' in a campaign to undermine Western democracies.

Mr Banks, who is married to a Russian, has previously claimed his only contact with Russian officials came at a Ukip conference in 2015 when a man called 'Oleg' invited him to a private meeting with the ambassador. 'Our host wanted the inside track on the Brexit campaign and grilled us on the potential implications of an Out vote for Europe,' Mr Banks wrote in his book, Bad Boys Of Brexit. He said 'diplomatic relations improved' when the Russians produced a bottle of vodka that had been 'made for Stalin personally'.

Russian ambassador to UN says UK is 'afraid of discussion'




public engagements


Beyoncé dazzles in metallic silver bomber jacket and thigh-high boots as she gazes adoringly at husband Jay-Z during their tour concert in Glasgow


'Love Island was my therapy': Camilla Thurlow reveals she needed the villa after clearing up landmines, as she dishes on tears and that public romp


Dawn Ward EXCLUSIVE: Real Housewives of Cheshire star 'kicked out of charity ball for drunkenly storming the stage'


Love Island: Kendall's sister calls Rosie a 'prostitute' in furious rant following shock dumping from the villa
Kendall was ousted from the villa on Friday

ADVERTISEMENT


Microsoft Azure
Your apps. Your framework. Your platform. All welcome.
Try Azure — free

Mail Online

Love Island newbie

Nigel Farage's bankroller met Russian envoy three times then hooked him up with Trump's team | Daily Mail Online

Case 1:18-cv-02136-APM   Document 20-9   Filed 10/22/19   Page 91 of 92
Case 1:18-cv-02136-APM   Document 20-16   Filed 01/06/23   Page 92 of 92





**Banks previously claimed to have had only a 'boozy lunch' with Russian Ambassador Alexander Yakovenko (pictured)**



**The Government and the intelligence services are likely to face calls to investigate the new evidence of contact between the Brexiteers and Putin's (pictured) officials**

The new claims of closer contact between Mr Banks and Russia will raise fears among Leave backers that Brexit will be discredited in a welter of sleaze allegations. Last week MPs took the rare decision to vote to order Dominic Cummings – mastermind of the official Vote Leave campaign – to give evidence to the same committee over claims that he broke election spending rules.

Mr Cummings, former confidant of Cabinet Brexiteer Michael Gove, had said he would not attend. There have also been claims that Brexit campaigners misused personal data obtained via controversial firm Cambridge Analytica in order to target voters. The Electoral Commission watchdog is already investigating whether or not Mr Banks breached finance rules over Brexit campaign donations.

 **Megan Barton-Hanson 'sells explicit photos and videos to X-rated subscription service'** The Essex model sells nude images

 **Geordie Shore's Sophie Kasaei poses TOPLESS as she flaunts two stone weight loss in crochet jumpsuit** She's not been shy of sharing sultry selfies

 **Catherine Zeta-Jones, 48, shows off taut unlined face at son Dylan's graduation with Michael Douglas** The 48-year-old actress looked youthful

 **Bella Hadid enjoys breakfast in bed after glamorous week modeling around the globe** Bella posted a shot to her 18.3 million followers

 **Patsy Palmer looks every inch the proud mother as she watches her model son Fenton, 17, graduate from high school in Malibu** Former EastEnders star

 **Hailey Baldwin flaunts incredible figure in black bikini while chatting poolside with a pal in Miami** The 21-year-old looked incredible

 **Capital Summertime Ball: Rita Ora displays her leggy pins in orange PVC briefs with a daring dipped hem skirt during electric performance** Looking good

 **Dean Gaffney, 40, gifts girlfriend Rebekah Ward, 25, with a promise ring as a 'sign of commitment' to her** The EastEnders actor is smitten

 **Fleetwood Mac guitarist Danny Kirwan who joined the band when he was just 18 dies aged 68 in London** The band broke the news on Friday

 **Joseph and Kendra Duggar welcome first baby Garrett... bringing 19 Kids And Counting grandkids to 11** It's now 11 grandbabies and counting

ADVERTISEMENT

His meetings with Moscow's man in London are not the only suggestion of a Russian link to Brexit. This newspaper exposed last year how the pro-Brexit Legatum Institute helped Mr Gove and Boris Johnson press Mrs May for a 'hard Brexit'.

==Secretive billionaire Christopher Chandler, who runs the think-tank, angrily denied any Russian link. But last month he was accused in the Commons of being a suspected Russian agent with links to money-laundering. Mr Chandler was said to be an 'object of interest' to the French, who suspected him of 'working for Russian intelligence' – claims he strongly denied.==

==But his attempt to shrug off the Russian link was undermined when it emerged that his brother Richard Chandler's company said in a pamphlet that the brothers placed their own director on the board of Russian energy giant Gazprom, then teamed up with Putin to launch a management coup.==

ADVERTISEMENT

---

**Share or comment on this article:**

    

**253** shares

Add comment

**FROM THE WEB**                                                   Sponsored Links by Taboola



**Air Conditioning Is Now Finally Affordable Thanks To AirCool. Read More...**
AirCool



**New Jewel of Dubai Creek [Apartments Starting AED796,000]**
Sobha Creek Vistas



**Are You Tired Of Mosquitoes? Try This**
mytrendygoods.com



**This $89 Magic Air Cooler Is The Most Incredible Invention In 2018.**
CoolAir



**The Sexiest Striped Maxi Dresses Fantasy According To Man**
iFashionable



**These 3 Shouldn't Have Won The Lottery (But They Did!)**
theLotter.com



**My Wife and I almost got Separated, Good Thing I found this Roaming**



**13 Comics Showing What Love Looks Like Before and After 30**



**1 Million People Are Using This App To Learn A Language In 2018**



**Mail** Online



▶ **Love Island: Meet the THREE new sexy singles set to rock the villa as two models and a social media sensation reveal who's their type on paper**



▶ **Laura Simpson exhibits her ample bust and peachy derriere in a scanty white bodysuit for night out in Manchester** Sizzling



▶ **Showing him what he's missing? Fergie flaunts legs in tiny shorts while out in LA with son... after Josh Duhamel's date with Eiza Gonzalez**



▶ **David Walliams could net huge cash boost after putting £5.35m north London home on the market for £2million more than he paid for it 13 years ago**



▶ **TALK OF THE TOWN: Benedict shuns the boards as the star admits he wants to spend more time with his family**



▶ **TALK OF THE TOWN: Britain's first 'It granny' as Tamara Beckwith, 48, reveals her daughter Anouska, 31, is due to give birth within six**