# Exhibit 14



**(ENGLISH TRANSLATION)**

Canton Zurich
**Chief Public Prosecutor Office**

Mr.
lic. iur. Micheie Caratsch, Attorney-at-law
Baldi & Caratsch
Zeltweg 44, PO Box 1923
8032 Zurich

Florhofgasse 2
P.O. Box
8090 Zürich Paketadresse: PO Box
8090 Zurich
Telephone 043 258 22 00
Fax 043 258 22 40
www.staatsanwaltschaften.zh.ch

**lic.iur. Christian Philipp**
Public Prosecutor for Official Mandates
Direct number 0432582210
christian.philipp@ji.zh.ch

ref cp / 2018/10035770
Zurich, October 19, 2018

RECEIVED

October 24, 2018

**Request of 18.10.2018 for rectification**

Dear Colleague Caratsch

Referring to your petition of 18.10.2018 regarding rectification, I can confirm to you, after having inspected the corresponding Order of Termination of the Prosecutor's Office 1 of the Canton of Zurich, that I have been unable to determine any relationship between Sovereign (Forex) Ltd., Zurich and its affiliated companies which were the subject of the the investigation STA1/2002/171110015 and the Sovereign Group, which is headquartered in Monaco and belongs to Sovereign Asset Management Limited. Furthermore, I can confirm that your clients Richard and Christopher Chandler according to my findings, were not involved in the aforementioned proceedings of the Prosecutor's Office 1 of the Canton of Zurich conducted in the year 2002.

I hope to have been of service with this information.

Yours sincerely
Chief Public Prosecutor of the Canton of Zurich


lic.iur. Christian Philipp

For information to:
• State Attorneny lic.iur. M. Scholl concerning procedure no. STA 1/2002/171110015 with enclosed a copy of the Order of Termination STA 1/2002/171110015