# Exhibit 15

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER CHANDLER,<br><br>*Plaintiff*,<br><br>v.<br><br>DONALD BERLIN, *et al.*,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:18-cv-02136-APM<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF CHRISTOPHER CHANDLER

I, Christopher Chandler, declare and say as follows:

1. I am the Chairman and founding partner of Legatum. In addition to my business activities, I have long worked to establish and promote various philanthropic efforts including ending neglected tropical diseases, tackling slavery and human trafficking and promoting development in under-served and marginalized communities.

2. I am over the age of 18 and am competent to make this declaration. I have personal knowledge of each of the statements set forth below. I submit this declaration in opposition to the Defendants' most recent Motion for Summary Judgment in the above-captioned matter.

3. I am not aware of any public controversy about me that existed before 2017. In that year, I was unwillingly made the subject of such a controversy when

1

the British press published false and defamatory statements about me. It was not until the following year that I learned many of those statements derived from a false and defamatory report authored by Donald Berlin.

4. In May 2018, I learned that "ICI" had authored a report titled "Introduction and Overview Richard Chandler Limited Global Scan" (the "Pitch") that falsely accused me of various criminal wrongdoings—including money laundering, partnering with organized crime, bribery, and conspiring for Russian interests.

5. I also learned in May 2018 that Robert Eringer had commissioned ICI to prepare the Pitch, and that Berlin had published the Pitch to Eringer in 2003. Before May 2018, I had no knowledge that the Pitch or Berlin existed—and I certainly did not know that Berlin had published the Pitch to Eringer in 2003.

6. In 2018, I knew that, during much of 2002 and all of 2003, Eringer was employed by Albert II, Prince of Monaco, and he described himself as heading the so-called Monaco Intelligence Service.

7. I was deposed by Berlin's lawyers in October 2021. At that time, I testified about the embarrassment, shame, anguish, stress, anxiety, sleep loss, and loss of enjoyment that I experienced because of the false allegations about me that are at the center of this lawsuit.

8. I now know that these experiences were caused not only by Eringer, but also by Berlin and the ICI entities he controls through the Pitch they created for Eringer and Prince Albert II.

9. The embarrassment, anguish, stress, and the diminished quality of life that I had already experienced was exacerbated in 2018 after I learned that Eringer had commissioned the Pitch in 2002 and that Berlin had published the Pitch to Eringer in 2003.

10. Some of my distress after learning of Berlin's role was due to the realization that, because Berlin gave Eringer a copy of the Pitch in 2003, when he was employed by Prince Albert, the Pitch—including all its false, defamatory accusations about me—was very likely part of any official file the government of Monaco maintains or maintained about me. Some of my distress was due to the realization that Eringer had been given a purportedly reliable report full of false and defamatory accusations about me, which he could brandish to bolster the credibility of any lies he might tell about me.

11. My distress persisted even though the Pitch's accusations about me were not only false, but often demonstrably so as it had me in places and undertaking activities which never happened. For example, the Pitch accused me of attending a meeting in Geneva, Switzerland in early July 2002 as part of a conspiracy to

3

tortiously interfere with Russia's national reserve bank. But I was not in Switzerland in July 2002. My passport from the time, which I have reviewed, confirms that.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: January 6th, 2023.

Christopher Chandler