# Exhibit 17

The Chandler brothers own several high speed motorboats, Christopher Chandler operates the Sun Seeker 34 foot fast motorboat titled "Delta Flyer". Christopher also operates a Riva 30 foot Super Aquarama speed boat. Both vessels have a top speed of 60 knots which is exceptionally fast.

Christopher spends the weekends with his parents who reside for six months of the year at David Nevins old house Villa Fleur Du Cap and during the week he has one entire floor in the Sovereign Plaza which will be one of the top three floors within the building.

Christopher has a more amenable character than Richard but he does keep very much to himself, is known to disappear for what is described as holidays on his own and is completely and utterly devoted to his parents.

Lara Chandler

It is believed that Lara Chandler married Christopher in late 2002. She works directly beneath Christopher Chandler and is responsible for looking after the two villas and the accommodation in Sovereign Plaza. She is apparently of strong will and there is a clash of character between her and Christopher and although she is supposed to do as she is told she apparently very often refuses and does things her own way.

Nora Lynn Demongeot

This woman is a Thai national, apparently highly educated and articulate. She is employed by Christopher Chandler on a specific project in Thailand which is the creation of a millionaires club providing hotel, golf, extensive sports, fitness, relaxation and other facilities. Its exact location is not known although it is most definitely in Thailand.

Emily Monks

This woman is the personal assistant to Christopher Chandler although receives most of her instructions from Lara Chandler and is apparently skilful in dealing with the instructions and counter instructions received from Christopher Chandler. She does work most directly under Lara Chandler and apparently spends a lot of time in London organising Christopher Chandler's new house.