# Exhibit 18

# Re: The BROTHERS

| | |
|---|---|
| From | **Donald Berlin** <dberlin@icioffshore.com> |
| To | **Robert Eringer** <eringer33@aol.com> |
| Sent | Saturday, January 20, 2018 at 12:14 PM |
| Encrypted | No |
| Signed | No |

R

Book writing and wonderings is definitely your side of the street - I am only good for catchy quips.

Meanwhile, let's talk over the phone when able today.

I have some potential ideas over how to better monetize this, assuming what I shared before: it's either helpful to POTUS in someway; or unhelpful and bad for Chris Steele and Fusion GPS.

I would have to get a better sense of how the puzzle box looks.

Send me your Mud Line - sorry Cell Line.

Best Regards,


Donald M. Berlin
CEO/Chairman of the Board
Investigative Consultants, Inc.
2020 Pennsylvania Avenue NW
Suite 813
Washington DC 20006
(202) 237-1500 (Phone)
(202) 360-5229 (US Cell)
(202) 577-1730 (Foreign Cell)
(202) 237-8642 (Fax)
Email: dberlin@icioffshore.com
Skype Address:  Donald.m.berlin
Web Site Address: www.icioffshore.com

This email is protected under the Attorney Work Product and Attorney Client -- Privileged Communications Doctrine and is considered Privileged and Confidential. It is sent to you pursuant to the Attorney Work-Product Doctrine and other applicable privileges. We incorporate by reference all Terms and Conditions as cited on our web site at www.icioffshore.com, which applies to this email message, as well as all attachments, responses and forwarded emails. If this email was sent to you in error, please delete it immediately as it is intended only for the user that it is addressed to and no other person.


On Jan 20, 2018, at 10:50, Robert Eringer <eringer33@aol.com> wrote:

> D,
>
> All very well put.  You should be writing books.
>
> I'm off to the old homestead later this morning to wade waist-deep in pukey mud for more retrieval.
>
> Feel welcome to tell the other Don (in the WH) got phone me.
>
> R.

EXHIBIT
**PX-109**

ICIMAY22_00047

On Jan 20, 2018, at 7:42 AM, Donald M. Berlin <dberlin@icioffshore.com> wrote:

R

Yikes -- that's horrible, horrible, horrible!  My broken pipe of last Monday and the concurrent leak from hither to yon pales compared to your muddy business!  I am so sorry to hear of this awful news but I hope that you have some form of insurance to help.  A million dollar sounds like a near total loss or worst.

Needless to say, not a lot of people I know that would cough up a million smackers but depending on how they are relevbant their could be funders if they implicate Fusion GPS into some sort of hanky panky or if they exculpate the President in this rubbish Dossier business.

I never knew Chris Steele, but I am sure our mutual friend of long ago in London probably did and that is another way to inspire funders -- anything that nails him to the crucifixion cross.

However, what I don't get is why Fusion would -- in the past several weeks -- be interested in somehow getting their hands on these materials which must be ancient, right?

My vague recollection was that the Princely Person was most interested in trying to keep the Principality clean of dirty money and particularly that which came from Russia or people connected to Russia, for which the Brothers allegedly had some sort of connection.  Beyond that, I don't remember or know anything.

Nonetheless, let me make some calls and see what kind of interst their is, mindful of trying to protect your side because you definitely don't nee more mud slung your way...

Its a dirty business back here -- no pun intended.

d


On 1/20/2018 at 10:30 AM, "Robert Eringer" <eringer33@aol.com> wrote:

> D,
>
> As you may or may not know, I am (was) in Montecito, and took a direct hit in the mudslide eleven days ago.  Thankfully, all family members and pets escaped and it is a miracle I am still alive (I was in the house at the time); now relocated elsewhere.
>
> The documents of which you speak are safe and indeed you are correct about their explosive nature re the Brothers (and related issues).  It is a treasure trove and your contacts are not the only folks trying to find me and gain access to my docs.
>
> I need about a million dollars to fix my house so I'm open to offers.
>
> Feel welcome to share my email address with serious contenders.
>
> R.
>
>
>
>> On Jan 20, 2018, at 4:42 AM, Donald Berlin <dberlin@icioffshore.com> wrote:
>>
>> R
>>
>> An update on the dark side of DC — literally — owing to no lights.

If you were able, do you still have all of your old files on The Brothers and the so-called Russia Connection that the Princely Person was once interested in?

It appears that for some reason it is a key aspect of the Russian Dossier and Fusion GPS case; as Glenn Simpson has been madly trying to resurrect these reports in any way possible. My sense is that he either believes or was led to believe that these reports would in some way help his rather untenable situation.

Chris Steele was recently referred for criminal prosecution by the Senate Intelligence Committee and he is central to metastatic corruption within the highest levels of the FBI as detailed in a recently released HIPSI memo (classified at present) to the full committee. The strategy seems to be that they are going to flip Steele against Simpson (and not to mix metaphors but Steele might take such as deal less he land up behind Steel)

The Brothers work — done long ago — in some way figures into this report and Fusion GPS effort to surface same, but how?

Meanwhile, one of the few people one could trust on this issue and who is forward leaning on the "Fusion Collision" is Sara Carter at www.circa.com who works closely with Sean Hannity.

She may or may not wish to try and reach you as this new classified HIPSI report unfolds but for whatever reason, the Brothers are now front and Center and the work done on them "oh those many years ago" likewise appears to be of critical importance.

Unfortunately, I can't evaluate or assess how or why - but most likely Sarah could as she has 360 coverage and sources in all aspects of this particular story and devoted a lot of air time to the "Fusion Collision" nexus to the FBI. It's all way above my good self as I have no fidelity or transparency on this subject matter; but the sudden RE-emergence of the brothers is rather curious.

If you do decide to talk to her, I would only do so totally off the the record and deep background because as you of all people are keenly aware as a former FBI noc, they tend to get irritable and grouchy when their former people's engage in drudging up their dirty laundry...

Meanwhile, back to the dark side - since I am essential personnel and a Senior Manager - I would normally be returning to my Slave station come Monday at dawn but instead have a date "with dasch knife" at 0530 owing to a torn rotator cuff and debris is my shoulder owing to old injuries of hence past in Afghanistan. So if you wish to talk - call Sunday on Cell or home as I shan't be out from under the ether and home until Tuesday night, barring any untidiness in the operating room occasioned by stopping breathing.

Best to you my friend and kindly do not send jump ropes, empathy or sympathy - we accept pity or peanuts only.

Best Regards,

Don

Donald M. Berlin
CEO/Chairman of the Board
Investigative Consultants, Inc.
2020 Pennsylvania Avenue NW
Suite 813
Washington DC 20006
(202) 237-1500 (Phone)
(202) 360-5229 (US Cell)
(202) 577-1730 (Foreign Cell)
(202) 237-8642 (Fax)
Email: dberlin@icioffshore.com
Skype Address: Donald.m.berlin
Web Site Address: www.icioffshore.com

This email is protected under the Attorney Work Product and Attorney Client -- Privileged Communications Doctrine and is considered Privileged and Confidential. It is sent to you pursuant to the Attorney Work-Product Doctrine and other applicable privileges. We incorporate by reference all Terms and Conditions as cited on our web site at www.icioffshore.com, which applies to this email message, as well as all attachments,

ICIMAY22_00049

responses and forwarded emails. If this email was sent to you in error, please delete it immediately as it is intended only for the user that it is addressed to and no other person.

ICIMAY22_00050