UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER CHANDLER,<br><br>    *Plaintiff*,<br><br>    v.<br><br>DONALD BERLIN, *et al.*,<br><br>    *Defendants*. | Case No. 1:18-cv-02136-APM |

### **[PROPOSED] ORDER**

This matter is before the Court on Plaintiff's Motion for Partial Summary Judgment. Upon consideration thereof, the Court finds that the Motion should be **GRANTED**. Accordingly, it is **HEREBY ORDERED** that Plaintiff is entitled to summary judgment:

1. On the element of falsity (*i.e.*, that Defendants made false and defamatory statements about him);

2. On the element of publication (*i.e.*, that Defendants published those statements to at least one other person);

3. That the Defendants' statements about him were defamatory *per se*, such that he may recover presumed damages; and

4. That Defendants cannot show Plaintiff is any manner of public figure, such that Plaintiff may prevail in this matter without showing that Defendants made and published the statements at issue with actual malice.

**DONE AND ORDERED** this ___ day of _____, 2023.

_____
AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

*Counsel to Plaintiff*
    Thomas A. Clare (*efile*)
    Megan L. Meier (*efile*)
    Daniel P. Watkins (*efile*)

*Counsel to Defendants*
    John P. Dean (*efile*)
    Steven M. Oster (*efile*)