UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRISTOPHER CHANDLER,** )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>**DONALD BERLIN,** *et al.*, )<br>)<br>*Defendants*. )<br>) | Case No. 1:18-cv-02136-APM |

## DEFENDANTS' MOTION FOR RECONSDIERATION
## OF PORTIONS OF THE ORDERS ISSUED ON SEPTEMBER 5, 2023

Pursuant to Fed. R. Civ. P. ("Rule") 54(b), Defendants Donald Berlin, Investigative Consultants, Inc., and Investigative Consultants of Washington, D.C., Inc., respectfully move for reconsideration of portions of the Court's rulings in the September 5, 2023, order denying their motion for summary judgment, (Dkt. 102) (the "Summary Judgment Order"), and the September 5, 2023, order granting Plaintiff's motion for leave to amend the Complaint. (Dkt. 103.) As described more fully in their accompanying Memorandum of Points and Authorities, Defendants request the Court to reconsider its decisions:

    1. Allowing Plaintiff to assert claims arising out of any alleged republications of Mr. Berlin's Report to Prince Albert. Defendants contend that, in accord with the ruling of the Court of Appeals, Plaintiff is limited to claims for any initial harm that resulted from the 2003 delivery of Mr. Berlin's report to Robert Eringer.

-2-

2. Apparently stating that the following factual allegations are undisputed:

    a. that Mr. Eringer gave Mr. Berlin's report to Prince Albert; and

    b. that Mr. Berlin's report was the source for Mr. Eringer's later report about Mr. Chandler.

3. Identifying disputed issues of fact concerning Mr. Eringer's knowledge of whether Mr. Berlin's report was true or false, when Defendants' motion focused only on Plaintiff's allegations about that knowledge.

Counsel for Defendants have conferred with Plaintiff's counsel, who do not consent to this motion.

October 3, 2023                                                                Respectfully submitted,

*/s/ John P. Dean*
John P. Dean
D.C. Bar No.   362904
Steven M. Oster
D.C. Bar No. 376030

**OSTER McBRIDE PLLC**
1320 19th Street, N.W., Suite 601
Washington, D.C. 20036
(202) 596-5291 (p)
(202) 747-5862 (f)
soster@ostermcbride.com
johndean8@aol.com

*Counsel to Defendants*

## CERTIFICATE OF SERVICE

I certify that the foregoing motion, as well as the accompanying Memorandum of Points and Authorities and Proposed Order were filed using the Court's CM/ECF system and thereby served on counsel of record.

October 3, 2023                                            */s/ Steven M. Oster*
                                                                                     Steven M. Oster