UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER CHANDLER, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | )   Case No. 1:18-cv-02136-APM |
| | ) |
| DONALD BERLIN, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |
| | ) |

**DEFENDANTS' MEMORANDUM IN SUPPORT
OF THEIR MOTION FOR RECONSIDERATION**

**EXHIBIT ONE – ERINGER DEP. EXCERPTS**

```
 1   possession?
 2        A.   Yes.
 3        Q.   Okay.  And you were the author of the document?
 4        A.   Yes.
 5        Q.   Okay.  When did you create it?
 6        A.   It's dated November 2004.
 7        Q.   Okay.  And did you create it in the course of your
 8   work as an intelligence advisor for Prince Albert?
 9             MR. WATKINS:  Objection as to form.  You can
10   answer.
11             THE WITNESS:  Yes.
12   BY MR. OSTER:
13        Q.   Was it your regular practice to create documents
14   like this in the course of that work?
15        A.   Yes.
16        Q.   Do you recall this document, in particular?
17        A.   I do.
18        Q.   Could you turn to the fifth page.  There is a is a
19   parenthetical at the top of the page it says "Except those
20   used by the Chandlers."
21        A.   Yes.
22        Q.   Okay.  At this point we were willing to at
23   considerable expenses to commission a report from special
24   sources with a proven ability to access the Russian SVR's
25   registry; do you see that?
```

 1    A.   I do.

 2    Q.   Okay.  Was Donald Berlin that special source?

 3    A.   No.

 4    Q.   Who was that special source -- well, let me
 5 withdraw that -- you refer to the Russian SVR Registry,
 6 would you tell us what that refers to?

 7    A.   It refers to a channel that had been opened that we
 8 refer to or a code name of "Oracle."  So it was a system by
 9 which through intelligence sources, we were able to access
10 specific information from SVR archives or at least that's
11 how it was depicted to me.

12    Q.   Okay.  And when you wrote this report had you
13 already obtained information from the -- from Oracle?

14    A.   Yes.

15    Q.   When did you first start obtaining information from
16 Oracle?

17    A.   It was in December 1999 that Prince Albert first
18 asked for information on a Russian who wished to invest in
19 Monaco's soccer team.  And that would have been very first
20 file we would have created for Prince Albert through the
21 Oracle system.

22    Q.   Prior to Mr. Berlin's preparation of the limited
23 report, had you obtained information concerning the Chandler
24 brothers from Oracle?

25    A.   Yes.

```
 1      Q.   Had you obtained information from Oracle that
 2   indicated the Chandlers were laundering money through a
 3   company known as Sovereign?
 4           MR. WATKINS:  Objection as to form.
 5           THE WITNESS:  Yes.
 6   BY MR. OSTER:
 7      Q.   Had you obtained information from Oracle prior to
 8   the limited report that the Chandler -- withdraw it -- prior
 9   to the limited report, had you obtained information from
10   Oracle that Chandler, Christopher Chandler, was an agent
11   acting on behalf of the Russian government?
12      A.   Yes.
13      Q.   Did any of that information come from Donald
14   Berlin?
15      A.   No.
16      Q.   When did you first obtain information concerning
17   the Chandlers alleged laundering of money through a company
18   called Sovereign?
19      A.   If memory serves me correct, that would have been
20   about March of 2000.
21      Q.   And from whom did you obtain that information?
22      A.   That came through the Oracle system.
23      Q.   When did you first obtain information that
24   Christopher Chandler was an intelligent asset of the Russian
25   government?
```

```
 1              MR. WATKINS:  Objection as to form.  He can answer.
 2              MR. OSTER:  Yeah, let me withdraw that question.
 3      BY MR. OSTER:
 4         Q.   Did you ever obtain information indicating that
 5      Christopher Chandler was an intelligent asset of the Russian
 6      government?
 7         A.   Yes.
 8              MR. OSTER:  Did I say "intelligent"?
 9              THE REPORTER:  Mm-hmm.
10              MR. OSTER:  Oh, okay.  Well, he's an intelligent
11      man.  Let me rephrase the question.
12      BY MR. OSTER:
13         Q.   When did you first obtain information that
14      Christopher Chandler was a intelligence asset of the Russian
15      government?
16         A.   Probably would have been soon after I began working
17      full time for Prince Albert which was, as I mentioned, June
18      of 2002.  It was at that point that we picked up our
19      original reporting which came from Oracle and decided to go
20      into greater depth.  At that time is when the Oracle system
21      produced additional information on Christopher Chandler.
22         Q.   Okay.  Was Mr. Berlin in anyway involved in Oracle?
23         A.   No.
24         Q.   To your knowledge did Mr. Berlin provide any
25      information to you prior to the limited report concerning
```

```
 1   Christopher Chandler?
 2       A.   No.
 3       Q.   Since we're talking about Oracle, could you be a
 4   little more specific in explaining to us lay folks what
 5   Oracle is?
 6       A.   If you ask a specific question, I'll give you a
 7   specific answer.
 8       Q.   Okay.  Was Oracle a code name?
 9       A.   Yes.
10       Q.   Okay.  And what did that code name stand for?
11       A.   I believe it was based on the fact that we believed
12   that Oracle was meeting everybody is familiar with had a
13   wealth of information that we could buy access into.
14       Q.   And what was the source of that wealth of
15   information?
16       A.   The source?
17       Q.   Yes.
18       A.   Clair George.
19            MR. WATKINS:  Could I have a second?  My computer
20   just shutdown.
21            MR. OSTER:  Of course.
22            THE VIDEOGRAPHER:  Okay.  We're off the record at
23   8:50.
24            (Off the record.)
25            THE VIDEOGRAPHER:  Okay.  Back on the record at
```

```
 1    8:52.
 2    BY MR. OSTER:
 3        Q.   If I understood correctly, you had obtained
 4    information concerning laundering money and acting as an
 5    intelligence agent for the Russian's concerning Christopher
 6    Chandler prior to engaging Mr. Berlin to prepare the limited
 7    report, correct?
 8        A.   That is correct.
 9        Q.   Did you believe the Oracle source was reliable?
10             MR. WATKINS:  Objection as to form.
11             THE WITNESS:  It seemed to me reliable based on
12    past reporting that we had from Oracle.
13    BY MR. OSTER:
14        Q.   For how long prior to you're investigation of the
15    Chandlers, had you been using the Oracle source?
16        A.   Well, as I mentioned, we use the Oracle source for
17    an earlier report for Prince Albert on an ad-hoc basis.  And
18    it seemed because of the nature of the system and it being
19    run by very former, very senior C.I.A officers, I had every
20    reason to find it credible.
21        Q.   And you're referring primarily to Clair George?
22        A.   Primarily, yes.
23        Q.   By the way when you retained Mr. Berlin to prepare
24    the limited report, did you -- were you already working full
25    time for the Prince?
```

Trustpoint.One   Alderson
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

```
 1    BY MR. OSTER:
 2        Q.   Mr. Eringer, before we get back to Exhibit No. 3,
 3    we met before, correct?
 4        A.   Yes.
 5        Q.   And you gave me documents; is that correct?
 6        A.   Yes.
 7        Q.   Okay.  And you subsequently sent me documents; is
 8    that correct?
 9        A.   Yes.
10        Q.   Okay.  I will represent on the record that every
11    single document that I got from Mr. Eringer I produced to
12    Clare Locke.
13             Okay.  Are we looking at the page that begins with
14    money laundering?
15        A.   Yes.
16        Q.   Okay.  The next paragraph says "Our data valant
17    determined that Sovereign roots and entities at an address
18    traced to two operational bases in Moscow, a Radisson Hotel
19    and an office;" do you see that?
20        A.   Yes.
21        Q.   Okay.  What is the data valant?
22        A.   Money definition data valant is a P.I. who does
23    computer and data-generated investigations.
24        Q.   And by "P.I." you mean private investigator?
25        A.   Yes.
```

```
 1      Q.   When you refer to "our data valant" on the third
 2   page or the fourth page from the day of Exhibit 3, who were
 3   you were referring to?
 4      A.   Don Berlin.
 5      Q.   Okay.  And is this information that you obtained
 6   from the limited report?
 7      A.   I believe so.
 8      Q.   Did you obtain -- let me strike that -- prior to
 9   the limited report you had obtained information concerning
10   the Chandlers and Christopher Chandler, in particular, from
11   other sources including Oracle, correct?
12           MR. WATKINS:  Objection as to form.  You can
13   answer.
14           THE WITNESS:  Correct.
15           MR. OSTER:  If you could just let me finish the
16   question.
17           MR. WATKINS:  He said "Correct."
18   BY MR. OSTER:
19      Q.   Okay.  Did you answer?
20      A.   Why don't we start again.  Because I didn't
21   Mr. Watkins has a chance to object.
22      Q.   Prior to the report you had information on the
23   Chandler brothers in general and Christopher Chandler, in
24   particular, from other sources, correct?
25      A.   Yes.
```

1  What is a full data globe can?
2      A.   It is Donald Berlin's terminology for doing a
3  comprehensive background check on a individual or company.
4      Q.   Okay.  And you recommended one be done on the
5  Chandler brothers?
6      A.   Including the Chandler brothers.  I recommended, as
7  you can see, they'd be done on all of the entities that were
8  mentioned.
9      Q.   And you refer to a talented data valant is that
10 Mr. Berlin?
11     A.   Yes.
12     Q.   Let's go to the next document.
13          THE REPORTER:  Do we want to make the deposition
14 confidential?
15          MR. WATKINS:  There is a procedure and are we on
16 the record?
17          THE REPORTER:  Yes.
18          MR. WATKINS:  There is a procedure within the
19 protective order for parties to identify portions of the
20 transcript for protective information.  I know we are to
21 give notice within 10 days of the deposition and we're going
22 to abide by that.
23          Just the confidentiality notations on exhibits are
24 separate from any stipulated or agreed upon.
25          MR. OSTER:  And for the record the deponent also

```
 1   has the right to designate all or part of the deposition as
 2   confidential under the protective order.
 3               (Defendants' Exhibit 9 was marked.)
 4   BY MR. OSTER:
 5       Q.   This document -- first of all, do you recognize it?
 6       A.   Yes.
 7       Q.   Can you tell me what it is?
 8       A.   It is a report on the Chandler brothers produced by
 9   the Oracle system.
10       Q.   Is it a copy of a document in your possession?
11       A.   Yes.
12       Q.   Okay.  Who is the author of this document?
13       A.   It came through Clair George.
14       Q.   When you say "came through Clair George," do you
15   know if he drafted it?
16       A.   I don't know that he drafted it, no.
17       Q.   Okay.  Do you know when you received this document?
18       A.   I couldn't tell you an exact date.  I can just tell
19   you it would have been after June 2002, when I was retained
20   by Prince Albert.  It might have been that summer or early
21   autumn of 2002.
22       Q.   Do you know whether or not you received this
23   document before the limited report?
24       A.   I definitely received it before the limited report.
25       Q.   Okay.  Turning your attention to the third page.
```

```
 1    By the way, you head this report by referencing to the
 2    "Campbell Brothers" to whom are you referring?
 3         A.   The Chandler brothers.
 4         Q.   I'm sorry.  I misspoke.  You had said that Clair
 5    George drafted this document?
 6         A.   I did not say that.  I said that it came through
 7    the Oracle system.  You asked me, "If he had drafted it?"
 8    And I said, "I don't know who drafted it."
 9         Q.   Did you draft it?
10         A.   I did not draft this document.
11         Q.   Okay.  Do you know who decided to call the
12    Chandlers the Campbell brothers?
13         A.   I do, yes.
14         Q.   Who was that?
15         A.   It was an individual by the name of the Bill
16    Lofgren.
17         Q.   And for what purpose did he give them that alias?
18         A.   He was pretty sketchy about any of the information
19    that anything coming from the Oracle system.
20         Q.   When you say "sketchy," what do you mean?
21         A.   Nervous.
22         Q.   What was he nervous about?
23              MR. WATKINS:  Objection.
24              THE WITNESS:  How dangerous it was.
25              MR. WATKINS:  Objection as to form.
```

1          THE WITNESS:  How dangerous it was for the
2    operatives.  As I understand it, more than one operative
3    within the Oracle system who I was told had access to S.V.R
4    archives.
5    BY MR. OSTER:
6        Q.   Could you turn to the third page of the document.
7    Very top refers to a very special relationship between the
8    Chandlers and Credit Agricole Swiss?
9        A.   I see that.
10       Q.   Okay.  Does that refresh your recollection as to
11   whether you first heard about a relationship between the
12   Chandlers and Credit Agricole from the limited report or
13   whether you had heard about that partnership prior to the
14   limited report?
15            MR. WATKINS:  Objection as to form.  And the
16   improper use of refreshing the witness's recollection.
17            THE WITNESS:  Well, indeed it does refresh my
18   recollection.  This report predates anything I received from
19   Donald Berlin.  I guess that is Exhibit 1.  So I would have
20   this information before Donald Berlin was asked by me to do
21   some data checks.
22   BY MR. OSTER:
23       Q.   So other than the addresses which you described
24   earlier as obtained from the limited report, did Don Berlin
25   disclose to you any information concerning the Chandlers

1   that you didn't already know?

2       A.   I would have to read thoroughly, but there was
3   nothing that interested my very much.

4       Q.   Okay.  In the very first paragraph under
5   "Background."

6       A.   Yes.

7       Q.   Okay.  Last sentence says "This search led the SVR
8   residentura in London to the Campbell brothers, Ronald and
9   Charles, British nationals with significant business
10  experience in the Far East and Latin America."

11          MR. WATKINS:  Sorry.  Where are you?

12          MR. OSTER:  I'm on page 1 under "Background."

13          MR. WATKINS:  Oh, okay.  Thank you.

14  BY MR. OSTER:

15      Q.   Do you know who Ronald and Charles refers to?

16      A.   He would be referring to Richard and Christopher
17  Chandler just in same way that he restyled their last name
18  as the Campbells.

19      Q.   How do you know that Mr. Lofgren was referring to
20  the Chandlers other than -- well, let me just leave it
21  there.  How do you know?

22      A.   The report was commissioned on the Chandler
23  brothers and this is what was submitted.

24      Q.   In your experience -- let me withdraw that -- had
25  you worked with Mr. Lofgren before this report was prepared?

```
 1              MR. OSTER:  Yes.
 2              (Defendants' Exhibit 14 was marked.)
 3   BY MR. OSTER:
 4       Q.    Do you recognize this document?
 5       A.    Yes.
 6       Q.    Can you tell me what it is?
 7       A.    It looks to me the very next brief with Prince
 8   Albert.
 9       Q.    And do you recall that it took place in March of
10   2003 independent of the date?
11       A.    Yes.
12       Q.    Do you have a copy of this document in your
13   possession?
14       A.    Yes.
15       Q.    Did you author this document?
16       A.    I did.
17       Q.    Do you believe everything in this document is true?
18       A.    At the time I believed that there was good reason
19   that it could be true.
20       Q.    On page 11 there is a reference to "A special
21   relationship with Credit Agricole and the Chandlers."  Do
22   you see that?
23       A.    I do.
24              MR. WATKINS:  I will object, again, on the basis of
25   completeness.
```

```
 1                MR. OSTER:  Okay.
 2                MR. WATKINS:  Page 18 has an incomplete clause at
 3   the end.
 4                MR. OSTER:  I'm sorry.  Oh, yes.
 5   BY MR. OSTER:
 6        Q.   If you please turn to page 7 or the page that's
 7   numbered 7 at the bottom under the heading Chandler
 8   Brothers.  And then there was a Roman I special source
 9   reporting.
10        A.   I see.
11        Q.   Okay.  And that discussion continues through page
12   11 -- no, I'm sorry -- through page 14 I think of the
13   document.  I apologize.  Yes, it stops at page 14.  You're
14   reference to special source reporting?
15        A.   Okay.
16        Q.   Who was the special source?
17        A.   Oracle.
18        Q.   Did Donald Berlin play any role in reporting
19   information contained under the heading Special Source
20   Reporting?
21        A.   He was not involved in the special source
22   reporting.  That was specifically Oracle.
23        Q.   Were you happy with the limited report?
24        A.   Not terribly.
25        Q.   Why is that?
```

1  A.  It just didn't really tell me much of anything new.

2  Q.  If you take a look at page 15.  And for the record

3  this document was prepared after you received the limited

4  report, correct?

5  A.  And I think you need to look at Exhibit 1 to

6  confirm.  I just did that myself.  I can see that.

7  Q.  Okay.  The second full paragraph starts with the

8  word "Indeed."

9  A.  I'm sorry.  What page are we on?

10 Q.  Page 15.  The page numbered 15.

11 A.  Yeah.

12 Q.  The second paragraph starts with the word "Indeed"?

13 A.  Yeah, got it.

14 Q.  And you refer to your data valant determining that

15 the Sovereign Groups' entities in Zurich could be traced to

16 two operational addresses in Moscow; do you see that?

17 A.  I do.

18 Q.  Was your data valant Donald Berlin?

19 A.  Yes.

20 Q.  Okay.  It's reasonable -- let me withdraw that --

21 do you recall when you took any other information from the

22 limited report?

23 A.  I don't recall.  The report speaks for itself.  I

24 have to read and determine if there was anything else from

25 Donald Berlin, if that's what your asking me?

1   Q.   Mm-hmm.

2   A.   That's the only thing that strikes me in this
3   report that came from Donald Berlin.

4   Q.   Sitting here today, do you recall anything else
5   that came from Don berlin as opposed to your special source?

6   A.   Please ask that again.

7   Q.   With respect to the Chandlers.

8   A.   Yes.

9   Q.   Christopher Chandler, in particular.

10  A.   Yes.

11  Q.   Do you recall learning anything else about
12  Christopher Chandler from Don Berlin as opposed to your
13  special sources?

14  A.   No.

15  Q.   Was that the reason you were not happy with the
16  report?

17  A.   No.

18  Q.   What was the reason?

19  A.   The reason I was not happy with the report is, that
20  it never should have had the intelligence information that's
21  in there that we originally received from Oracle.

22  Q.   Do you know how the limited report came to have the
23  intelligence information that you already obtained from
24  Oracle?

25  A.   It would be speculative unreasonably certain it