UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRISTOPHER CHANDLER,** ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Case No. 1:18-cv-02136-APM |
| ) | |
| **DONALD BERLIN,** *et al.*, ) | |
| ) | |
| *Defendants.* ) | |
| ) | |

**[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION FOR RECONSDIERATION**

Upon consideration of Defendants' motion for reconsideration of portions of the orders issued on September 5, 2023, it is, this _____ day of _____, 2023:

**ORDERED,** that the motion is **GRANTED**; and it is further

**ORDERED,** that Plaintiff may seek redress in this case only for the initial harm, if any, caused by Defendants' publication of Mr. Berlin's report to Robert Eringer in 2003, and may not seek redress for any subsequent republications of that report; and it is further

**ORDERED,** that this Court has not decided whether it is undisputed: (1) that Mr. Eringer gave Mr. Berlin's report to Prince Albert; and (2) that Mr. Berlin's report was the source of Mr. Eringer's November 2004 report to Prince Albert. (Dkt. 20-6.); and it is further

**ORDERED,** that Defendants' motion for summary judgment is **GRANTED IN PART**. Plaintiff's claim that Mr. Eringer hired Mr. Berlin to deliver a false report to him is **DISMISSED WITH PREJUDICE.**

_____
Amit P. Mehta
United States District Court Judge

Copies to:

.

Megan Lambart Meier, Esq.
Daniel P. Watkins, Esq.

John P. Dean, Esq.
Steven M. Oster, Esq.