UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER CHANDLER,<br><br>Plaintiff,<br><br>v.<br><br>DONALD BERLIN, *et al.*,<br><br>Defendants. | No.1:18-cv-02136-APM |

**[PROPOSED] ORDER**

Upon consideration of the Parties' respective submissions concerning whether Plaintiff was a limited purpose public figure for his defamation claims against Defendants, it is the opinion of the Court that Mr. Chandler was a limited purpose public figure, subject to the law as it applies to limited purpose public figures as defamation plaintiffs.

SO ORDERED ON THIS __ DAY OF DECEMBER 2023.

_____
Amit P. Mehta
United States District Court Judge