# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRISTOPHER CHANDLER,** ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | **Case No. 1:18-cv-02136-APM** |
| ) | |
| **DONALD BERLIN,** *et al.*, ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

## DEFENDANT DONALD M. BERLIN'S DECLARATION
## IN SUPPORT OF HIS MOTION TO CONTINUE THE TRIAL

Defendant Donald M. Berlin states the following under oath in support of Defendants' Motion to continue the trial based on Mr. Berlin's severe illness (this declaration was made with the assistance of counsel, but reflects Mr. Berlin's testimony).

1. I am over eighteen years of age and of sound mind, and I make this declaration on personal knowledge. I am competent to testify to the facts set forth herein and, if called as a witness and placed under oath, would so testify.

2. I first became ill on Saturday, June 8, 2024. I tested positive for COVID-19. I am considered high-risk because of a prior history of COVID-related illness, pulmonary embolism, and two Deep Vein Thromboses, which require me to take blood thinners for the duration of my life.

3. Since then, my symptoms and condition grew worse. I was weak and fell, knocking two of my teeth out. I called for an emergency telemedicine appointment owing to my condition and was seen by Dr. Dreger, my regular physician, on July 17. During that visit,

I was prescribed COVID medications, including Paxlovid. However, in order to take this drug, I had to cease taking blood thinners for 72 hours.

4.  As a result, my condition continued to deteriorate and Dr. Dreger directed me to the nearest hospital, where I was seen on June 19th, 2024. At that time, I was coughing up blood, had difficulty breathing, fever, severe fatigue, and dehydration. A CAT scan revealed scarring on my lungs and partially collapsed lungs. My physician determined I could not participate in an arbitration, either in person or by Zoom, due to my illness.

5.  I continued to get worse.

6.  I was ordered back to the hospital last Friday for a series of tests. The tests took the better part of the day. Unfortunately, I drove myself and when I returned to the car in the garage, I was too weak and tired to drive. I decided to try and nap to regain some strength. I awoke hours later, still sick but able to drive home. Since then, my physician has ordered that I not drive.

7.  Yesterday, my physician prepared the attached letter stating that I cannot participate in a trial until August.

8.  Since I became sick, I have not been able to meet with my attorneys. I have been able to have brief Signal and email communications but have not participated in any preparation for my trial. I have not discussed my testimony. My attention span, weakness, and "brain fog" have been overwhelming and unrelenting.

9.  I have been prescribed steroids and antiviral medications since my last hospital visit that have also affected my concentration.

10.  No one wants to get this five-year nightmare over sooner than me. The last thing I want is to delay the trial. However, I deserve to be able to defend myself, to testify on

my behalf, and participate in the trial. I cannot do any of those things now, and I am feeling worse instead of better.

11.     Respectfully, there is sufficient cause to postpone the trial. I still cannot talk for more than a few minutes without extreme discomfort. I am not physically or mentally able to participate in a trial.

I declare under penalty of perjury, according to the laws of the Commonwealth of Virginia and the District of Columbia, that the preceding is true and correct.

July 3, 2024                               */s/ Donald M. Berlin*
                                            Donald M. Berlin