



direct primary care for life

## Fax Transmission

Date __7/2/24__

To __John Dean__

Fax No __202-747-5862__

From __Dr. Kathryn Dreger__

Pages (including this sheet) _____

Subject __Letter__

Requests/Instructions _____

_____

_____

_____

_____

Privileged and Confidential Communication

The information contained in this fax transmission message may involve confidential and/or privileged material that is solely transmitted for the purposes of the intended recipient(s). If the reader of this message is not an intended recipient, or if this message has been inadvertently directed to your attention, you are hereby notified that you have received this message and any attached document(s) in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify us immediately by return fax or phone and delete and destroy all copies of the original message.

Kathryn A. Dreger, M.D. | Internal Medicine

1715 N. George Mason Drive, Suite 308, Arlington, VA 22205 | **703. 276. 0630** | 703. 527. 5241 fax | **prime-plc.com**





07/02/2024

To whom it may concern,

I have had the pleasure of taking care of Mr. Donald M. Berlin since 2016. He was diagnosed with
COVID on June 14th and has had a significant effect from the infection. He has been evaluated by
myself at a virtual visit on 6/17/24, by the ER on 6/19/24 and in my office on 6/25/24 and by messaging
and phone almost daily since. He continues to struggle with his recovery, with profound fatigue, difficulty
concentrating and severe cough. He is too unwell to participate in any legal trials.

As many of us know, the cognitive effects of COVID can make paying attention to complex matters a
challenge for weeks following the illness. As a result, participating remotely by video would not change
the fact that his cognition will not be back to baseline until August 1st, 2024. At that time, he can proceed
with legal matters in accordance with the courts.

Please feel free to call with any questions or concerns,

Kathryn A. Dreger, MD

Kathryn A. Dreger, M.D. | Internal Medicine

1715 N. George Mason Drive, Suite 306, Arlington, VA 22205 | **703. 276. 0630** | 703. 527. 5241 fax | **prime-plc.com**