UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRISTOPHER CHANDLER,**<br><br>**Plaintiff,**<br><br>v.<br><br>**DONALD BERLIN,** *et al.*,<br><br>**Defendants.** | **No.1:18-cv-02136-APM**<br><br>**Hon. Amit P. Mehta** |

### [PROPOSED] ORDER

Upon consideration of Defendants' Motion to the Trial Date it is the opinion of the Court that the motion should be **GRANTED,** and it is hereby

**ORDERED**, that the parties shall propose dates in August for the trial.

**DONE** and **ORDERED** this ___ day of July 2024

 

_____
HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

Copies to:

    Counsel of Record