UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER CHANDLER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 18-cv-2136 (APM) |
| DONALD BERLIN, *et al.*, | ) |
| Defendants. | ) |

## VERDICT FORM

You may consider the below two questions in either order you wish.

1. Has Plaintiff Christopher Chandler proven by clear and convincing evidence that, when Defendant Donald Berlin sent the Report (Plaintiff's Exhibit 1) to Robert Eringer in 2003, Donald Berlin knew or recklessly disregarded that his claims of criminal wrongdoing by Christopher Chandler were false?

    Yes __X__   No _____

    If your answer to Question 1 is "no," your job is now complete. Please have your foreperson sign and date the Verdict Form. If your answer to Question 1 is "yes," you must address Question 2.

2. Have Defendants proven by a preponderance of the evidence that, before September 14, 2017, Christopher Chandler was on "inquiry notice" that Donald Berlin had sent the Report (Plaintiff's Exhibit 1) to Robert Eringer?

    Yes _____   No __X__

    If your answer to Question 2 is "yes," your job is now complete. Please have your foreperson sign and date the Verdict Form. If your answer to Question 2 is "no," you must address Question 1.

    If your answer to Question 1 is "yes," and your answer to Question 2 is "no," then please proceed to Question 3.

3. What amount in damages do you award to Christopher Chandler?

    $ __4,000,000__

10/21/2024
Date

███████
Signature of Foreperson

**[End of Verdict Form]**