CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

CHRISTOPHER CHANDLER

vs.

DONALD BERLIN

Civil/Criminal No.: 18-cv-2136 (APM)

## NOTE FROM JURY

We've arrived at punitive damages.

Date: 10/22/2024

Time: 12:48 PM

FOREPERSON