UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHRISTOPHER CHANDLER,

    Plaintiff,

v.                                                          Case No. 18-cv-2136 (APM)

DONALD BERLIN, et al.,

    Defendants.

## VERDICT FORM FOR PUNITIVE DAMAGES

What amount of punitive damages, if any, do you award?

Punitive Damages     $ 4,000,001

Your job is now complete. Have your foreperson sign and date this Verdict Form.

10/22/2024
Date

[signature redacted]
Signature of Foreperson

*[End of verdict form]*

1