**Alexander Burton**

| | |
|---|---|
| **From:** | Steve Oster <soster@ostermcbride.com> |
| **Sent:** | Wednesday, October 16, 2024 12:57 PM |
| **To:** | Alexander Burton |
| **Cc:** | Megan Meier; Daniel Watkins |
| **Subject:** | FW: Two Word Documents |
| **Attachments:** | Memorandum.docx; ACTIVITIES OF THE CHANDLER BROTHERS IN 2001.docx |

*Let this be filed.*
*[signature]*
*10/17/24*

**CAUTION - EXTERNAL:**

Here is the production of the documents to the plaintiff's counsel in February 2022.

I don't know if I gave them hard copies.

Respectfully,
Steven Oster

---

**From:** Steve Oster
**Sent:** Sunday, February 20, 2022 11:09 PM
**To:** Daniel Watkins <daniel@clarelocke.com>; Megan Meier <megan@clarelocke.com>
**Cc:** johndean8@aol.com
**Subject:** Two Word Documents

Daniel,

Here are two memoranda, one of which was produced with the ICI documents. They were both authored by William Lofgren. The two-page document was included in yesterday's production as a pdf. However, I wanted to get these to you with metadata. The documents correctly identify the author, but the date of creation seems to have changed when I opened/saved the documents.

I will print them out and add bates numbers by hand and will attempt to get copies that show the actual date of creation.

Regards,
Steven M. Oster
**OSTER McBRIDE PLLC**

1320 19th Street, N.W., Suite 601 • Washington, DC 20036
2000 Duke St., Suite 300 • Alexandria, VA 22314

Office: 202.596.5291 • Fax: 202.747.5862 • Cell: 703.577.8785
Email: soster@ostermcbride.com • Web: www.ostermcbride.com

1