*Admitted in Washington, D.C. only.



THE CONTENT OF THIS MESSAGE MAY BE PRIVILEGED AND CONFIDENTIAL. IT IS INTENDED FOR THE USE OF THE INDIVIDUAL(S) OR ENTITY(IES) NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE NOTIFY SENDER IMMEDIATELY AND DESTROY ANY COPY RECEIVED.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

## *ACTIVITIES OF THE CHANDLER BROTHERS IN 2001-02*

The following business activities of the Chandlers in 2001-02 may be of some interest to the client.

April 2001—The Chandlers discreetly acquired $47.5 million worth of Gazprom shares for Total/Fina/Elf. The Chandlers received $1.2 million for handling this acquisition.

August 2001—The brothers bought $25 million worth of Gazprom shares for the Bank Credit Agricole Swiss. They received $750,000 for their efforts.

December 2001—The brothers brokered the introduction of Credit Agricole Swiss to senior officials of the Libyan government and arranged to transfer $18 million from Libya to various Russian banks via Credit Agricole Swiss. Since that time Credit Agricole has been conducting discreet financial operations on behalf of the current Libyan leadership. In February of 2002, Credit Agricole Swiss paid the Chandlers $1 million for arranging this introduction.

March 2002—Using Sovereign Forex, the brothers bought $10 million worth of Yukos and Gazprom shares for Russian President Vladimir Putin and deposited them in the Bern branch of Credit Agricole Swiss.

September 2002—The brothers acquired $4 million worth of Gazprom shares for Russian Prime Minister Mikhail Kasyanov. They deposited these shares in the Bank of the Bahamas.

September 2002—The brothers acquired $1 million worth of Lukoil shares for Russian Foreign Minister Igor Ivanov and deposited them in the Bank of Zurich.

## *THE CHANDLER BROTHERS AND THE SOVEREIGN GROUP*

Richard and Christopher Chandler founded the Sovereign Group in 1992. Headquartered in Monaco, the Sovereign Group is a family of speculative funds and financial companies operating primarily in the high-risk markets of Russia and other republics of the former Soviet Union. The leading companies in the Group are Sovereign Forex and the United Financial Group.

### Relationship with Gazprom

From the very beginning, the Sovereign Group was closely tied to the giant Russian gas monopoly Gazprom, whose former chairman, Viktor Chernomyrdin, was for several years prime minister under President Yeltsin. In fact, some sources believe that the Chandlers created the Sovereign Group at the behest of Gazprom, and it is indisputably true that Sovereign Forex has for years acted as a front company for Gazprom senior executives.

Using a number of Russian companies, one of which is named "Beloye Ozero" (White Lake), Sovereign Forex and the United Financial Group have systematically bought Gazprom shares on behalf of Gazprom senior executives. It is estimated that Sovereign now controls approximately 1 billion shares, or 4% of Gazprom.

In addition to buying Gazprom shares, Sovereign Forex has set up personal, ciphered offshore accounts for Chernomyrdin, former Gazprom Chairman Rem Vyakhirev and other senior Gazprom managers in Gibraltar, the Channel Islands, the Seychelles and the Bahamas. In December 1999, the company assisted in establishing accounts in Monaco for former President Yeltsin and his family. It is believed that the Chandlers and their companies have similar relationships, although on a smaller scale, with the senior management of Lukoil and the electric power monopoly, UES.

### Non-Russian Clients

Through their various companies, the Chandlers also are able to launder funds and "hold" shares on behalf of non-Russian companies, which wish to remain anonymous. Sources report that among these companies are BP/Amoco, Total/Fina/Elf, and the Trump Group.

### Involvement with Organized Crime

In the fall of 2002, Russian authorities learned that the Chandlers were involved in laundering money for two notorious Russian organized criminal groups, the Solnetsevo Group in Moscow and the Far Eastern Group centered in Vladivostok and Nakhodka. This news alarmed the high-level "protectors" of the Chandlers, and in September the brothers were told that if they wanted to continue their lucrative activities in Russia, they would have to sever their ties with the Russian underworld. The Chandlers agreed to do so, but there is some question if they actually fulfilled the agreement.

## **Political Protection for the Chandlers**

The Chandler brothers and their activities have the blessing and protection of the most influential political circles in Russia. They include former Gazprom officials such as Chenomyrdin and Vyakhirev; current Gazprom board member and former deputy prime minister and finance minister Boris Fyodorov; former President Yeltsin and members of his family; and, finally, President Putin and members of his inner circle. As a result of their relationships with these powerful individuals, the Chandlers are virtually "untouchable" by Russian police and regulatory bodies. In the period 2001-2002, Russian authorities tried three times to open criminal investigations into the Chandlers and their businesses in Russia. On all three occasions they were ordered not to proceed.

## **Relationship with Credit Agricole**

The relationship between the Chandler brothers and Credit Agricole began in 1996. In May of that year the older brother, Richard, entered into a "gentlemen's agreement" with an unidentified vice-president of Credit Agricole in Geneva. Under the terms of the agreement, the Sovereign Group would use the bank to channel money of its Russian clients through Switzerland to offshore accounts around the world. This arrangement has been very successful and is still in force today.

At the end of 1998 Credit Agricole asked the Chandlers for help in its dispute with the National Reserve Bank of Russia (NRB). Credit Agricole wanted to drive the NRB out of business. The Chandlers used their close ties with the then President of Gazprom Rem Vyakhirev to have Gazprom withdraw from an arrangement with NRB in which it guaranteed 30% of the bank's registered capital. This put tremendous pressure on the NRB. In September 2000, Credit Agricole paid the Chandlers $10 million for this assistance.

But this apparently was not enough. In early July 2002, Credit Agricole again asked to use their influence with Gazprom to exert further pressure on the NRB. This time the Chandlers asked for $20 million for their assistance. After some bitter bargaining, Credit Agricole finally agreed. As a result, the Chandlers are using their leverage with senior Gazprom management, including board member Fyodorov, to force Gazprom to withdraw all Gazprom funds on deposit with the NRB.