| Government | ☐ |
|---|---|
| Plaintiff | ☑ |
| Defendant | ☐ |
| Joint | ☐ |
| Court | ☐ |

Christopher Chandler

VS.

Donald Berlin, et al.

Civil/Criminal No. 18-cv-2136 (APM)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | The Pitch - Intro. and Overview R. Chandler Limited Global Scan | 10/15/2024 | 10/15/2024 | Donald Berlin | |
| 2 | The Proposal between Berlin and Erringer | 10/15/2024 | 10/15/2024 | Donald Berlin | |
| 3 | Addendum - Richard Chandler Partial Global Scan | 10/15/2024 | 10/15/2024 | Donald Berlin | |
| 15 | 19970320 LITDIS Group re Kay v. First Continental.pdf | 10/15/2024 | | Donald Berlin | |
| 16 | Letter from G. Barnes to V. Papoutsis re Berlin/Litdis Group Licensing | 10/15/2024 | | Donald Berlin | |
| 19 | 20091005 R. Eringer v. Prince Albert Complaint .pdf | 10/16/2024 | | Christopher Chandler | |
| 34 | 20180914 Declaration of D. Berlin | 10/16/2024 | 10/16/2024 | Donald Berlin | |
| 54A | 20210912 Text Chain between Eringer and Oster | 10/17/2024 | 10/17/2024 | Robert Erringer | |
| 60 | Def.'s Suppl. Resp. to Pl.'s First Set of RFA | 10/15/2024 | | Donald Berlin | |
| 68 | 20100111 Email from Chandler to Richard re Monaco's Dirty Laundry | 10/16/2024 | 10/17/2024 | Christopher Chandler | |

| Government | ☐ |
|---|---|
| Plaintiff | ☑ |
| Defendant | ☐ |
| Joint | ☐ |
| Court | ☐ |

Christopher Chandler VS. Donald Berlin, et al.

Civil/Criminal No. 18-cv-2136 (APM)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 69 | 20151106 Email from Chandler to Marija re Damaging Article | 10/16/2024 | 10/17/2024 | Christopher Chandler | |
| 70 | 20120729 Email from Chandler to Payne re NZ Article | 10/17/2024 | 10/17/2024 | Christopher Chandler | |
| 75 | Wayback Capture of ICI History Page | 10/15/2024 | 10/15/2024 | Donald Berlin | |
| 80 | Wayback Capture of ICI Corporate Philosophy & Policy on Privacy and Proactive Governmental Regulatory Action | 10/15/2024 | 10/15/2024 | Donald Berlin | |
| 87 | Wayback Capture of ICI Home Page | 10/15/2024 | 10/15/2024 | Donald Berlin | |
| 89 | Wayback Capture of ICI Welcome Page | 10/15/2024 | | Donald Berlin | |
| 94 | Article: Fabrice Lhomme & Piotr Smolar, Le règlement de la dette angolaise aurait donné lieu à des détournements de fonds [Angolan debt settlement allegedly embezzled funds], Le Monde | 10/16/2024 | | Christopher Chandler | |
| 203 | Verified Complaint of Donald Marshall Berlin | 10/15/2024 | | Donald Berlin | |
| 213 | Defendant's Responses to Plaintiff's Second Set of Interrogatories (No.s 6-13) | 10/16/2024 | | Donald Berlin | |
| 401 | 2023 Balance Sheet | 10/21/2024 | 10/21/2024 | Donald Berlin | |