| Government | ☐ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ✓ |
| Joint | ☐ |
| Court | ☐ |

CHRISTOPHER CHANDLER
VS.
DONALD BERLIN, et al.

Civil/Criminal No. 18-cv-2136 (APM)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 5 | Confidential Document to H.S.H Prince Albert of Monaco RE: Special Intelligence Project | 10/17/2024 | 10/17/2024 | Robert Erringer | |
| 13 | Document titled "A.G. Briefing' | 10/17/2024 | 10/17/2024 | Robert Erringer | |
| 70 | Article- Art of the Ruse | 10/17/2024 | 10/17/2024 | Christopher Chandler | |
| 99 | Letter to CIA Reference to Dataveilant | 10/17/2024 | 10/17/2024 | Robert Erringer | |
| 101 | Letter to Mr. Berlin re. ICI's Fake Reports Concerning Christopher Chandler | 10/16/2024 | 10/16/2024 | Donald Berlin | |
| 102 | Complaint and Demand for Jury Trial | 10/17/2024 | 10/17/2024 | Christopher Chandler | |
| 103 | The Spymaster of Monte Carlo by Robert Eringer | 10/17/2024 | | Christopher Chandler | |
| 150 | Redacted Offer of Compromise from Defense Counsel | 10/16/2024 | 10/16/2024 | Donald Berlin | |
| 151 | Speaking Truth to Power, Internal Correspondence at Legatum | 10/21/2024 | 10/21/2024 | Christopher Chandler | |
| 155 | Plaintiff's Responses and Objections to Defendant's First set of Requests (Request for Admission No. 28 and Response) | 10/17/2024 | 10/17/2024 | Christopher Chandler | |

| | | |
|---|---|---|
| Government | ☐ | |
| Plaintiff | ☐ | |
| Defendant | ☑ | |
| Joint | ☐ | |
| Court | ☐ | |

CHRISTOPHER CHANDLER

VS.

DONALD BERLIN, et al.

Civil/Criminal No. 18-cv-2136 (APM)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 156 | Verified Complaint: Robert Erringer vs. Prince Albert | 10/17/2024 | 10/17/2024 | Christopher Chandler | |
| 158 | Email from James Mattison to Alan McCormick | 10/17/2024 | | Christopher Chandler | |
| 165 | Letter from Plaintiff's counsel to Robert Erringer | 10/17/2024 | 10/17/2024 | Robert Erringer | |
| 169 | Marked version of Exhibit 2 | 10/17/2024 | | Robert Erringer | |
| 170 | Report: The Chandler Brothers | 10/16/2024 | 10/16/2024 | Donald Berlin | |