UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER CHANDLER, | ) |
| *Plaintiff*, | ) ) ) Case No. 1:18-cv-02136-APM |
| v. | ) ) |
| DONALD BERLIN, and INVESTIGATIVE CONSULTANTS INC. | ) ) ) ) |
| *Defendants*. | ) |

# JUDGMENT IN A CIVIL ACTION

1. WHEREAS, on September 14, 2018, Plaintiff filed the above-captioned suit alleging defamation *per se*.

2. WHEREAS, between October 15 and October 22, 2024, the parties tried this case to a jury, with Judge Amit P. Mehta presiding. The jury returned a unanimous verdict for Plaintiff Christopher Chandler, finding that the Defendants acted with actual malice when publishing a 2003 Report (ECF No. 20-1) about Mr. Chandler, and that Mr. Chandler's claim was timely. (ECF No. 225.) The jury awarded $4,000,000 in general damages and $4,000,001 in punitive damages from Defendants Donald Berlin and Investigative Consultants Inc. (ECF Nos. 225, 229.)

3. Accordingly, it is ORDERED that judgment in favor of Plaintiff Christopher Chandler in the amount of $8,000,001 is hereby entered against Defendants Donald Berlin and Investigative Consultants Inc., who are jointly and severally liable for the entire award.

4. Further, the Plaintiff shall be entitled to his costs and to post-judgment interest at a rate of 4.19%.

2024.10.30
08:57:55
-04'00'

_____
United States District Judge

|  |  |
|---|---|
| Dated: October 24, 2024 | <u>/s/ Daniel P. Watkins</u><br>Amy McCann Roller (DC Bar No. 1044199)<br>Megan L. Meier (DC Bar No. 985553)<br>Daniel P. Watkins (*pro hac vice*)<br>Mark R. Thomson<br>MEIER WATKINS PHILLIPS PUSCH LLP<br>919 18th Street, NW, Suite 650<br>Washington, DC 20006<br>Telephone: (202) 318-3655<br>Email: megan.meier@mwpp.com<br>Email: daniel.watkins@mwpp.com<br>Email: mark.thomson@mwpp.com<br>Email: amr@mwpp.com<br><br>*Counsel for Plaintiff* |